RECEIVED
IN CLERK'S OFFICE

APR 2 0 2017

U.S. DISTRICT COURT
MID. DIST. TENN.

Linda F. Ellison,

    Plaintiff,

Vs.

**CASE NO. _____**
**Jury Trial Demand**

Clarksville Montgomery County School;
Marvin Wilson, Janet Staggs, Principle;
Jeanine Chester Johnson, Chief Human
Resource Officer; Carol L. Joiner, General
Counsel, Et al.,

    Defendants.

**COMPLAINT FOR VIOLATIONS OF TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C.§2000 *et seq*; TITLE I OF THE AMERICANS WITH DISCIBILITIES ACT OF 1990, 42 U.S.C.§12101 *et seq* CHALLENGING THE EMPLOYMENT PRACTICES OF THE CLARKSVILLE MONTGOMERTY COUNTY SCHOOL SYSTEM**

## NATURE OF THE ACTION

This is an action under **TITLE VII of the CIVIL RIGHTS ACT OF 1964, 42 U.S.C.§2000**

*et seq*; and **TITLE I OF THE AMERICANS WITH DISCIBILITIES ACT OF 1990, 42**

**U.S.C.§12101 *et seq*.** the **Americans with Disabilities Act Amendments of 2008 (ADAAA),** as

well as **Title I of the Civil Rights Act of 1991,** to correct employment practices on the basis of

age and disability discrimination, sexual and workplace harassment, hostile work environment,

and to provide "monetary relief, including pecuniary and non-pecuniary compensatory and

punitive damages, and injunctive relief" to Plaintiff who has been adversely affected by such

practices.

## JURISDICTION

Jurisdiction of this **Honorable Court** is invoked pursuant to **28 U.S.C.§451,1331, 1343, 1357,**

**TITLE VII OF THE CIVIL RIGHTS ACT OF 1964, 42 U.S.C.§2000 *et seq*, e-5(f)(3), (4),**

**(5), e-5(g)(1), (2)(B)(i); Section 102 of the Civil Rights Act of 1991, 42 U.S.C§1981a(1), (2),**

**(3), TITLE I OF THE AMERICANS WITH DISCIBILITIES ACT OF 1990, 42 U.S.C.§12101** *et seq.*

In the instant action, the employment practices alleged to be unlawful were committed in the jurisdiction of the **United States District Court** for the **Middle District of Tennessee.**

## CONDITIONS PRECEDENT

First, Plaintiff filed a **Tennessee Human Rights Complaint**, alleging discrimination on the basis of disability and sex discrimination, workplace harassment, hostile work environment, and retaliation with the **Tennessee Human Rights Commission (herein THRA)**, on 02/09/2016. **See [Exhibit #1: Tennessee Human Rights Complaint]**.

More than thirty (30) days prior to the institution of this action, the **EEOC** issued Plaintiff a "**Notice Of Right To Sue (***Issued Upon Request***)**" which was issued on March 1, 2017. **See [Exhibit #2: Notice Of Right To Sue, Katha W. Kores, Director]**. The notice demonstrates a right to institute a civil action under **Title VII of the Civil Rights Act of 1964, Title I of the Americans with Disability Act of 1990**, and the **Genetic Information Nondiscrimination Act**.

## PARTIES TO THIS LAWSUIT

1. Plaintiff: Linda F. Ellison, 149 Darlene Dr., Apt. B, Clarksville, Tennessee 37042;

2. Defendant **Clarksville Montgomery County School System (herein CMCSS),** 621 Gracey Ave. Clarksville, Tennessee 37040;

3. Jeanine Chester Johnson, 621 Gracey Ave. Clarksville, Tennessee 37040;

4. Marvin Wilson, Custodian, East Montgomery Elementary School, 230 McAdoo Creek Road, Clarksville, Tennessee, 37043

5. Defendant Janet Staggs, Principle, East Montgomery Elementary School, 230 McAdoo Creek Road, Clarksville, Tennessee, 37043;

6. Carol L. Joiner, General Counsel, Investigator, **CMCSS,** 621 Gracey Ave. Clarksville, Tennessee 37040.

## STATEMENT OF CLAIMS

### Sexual Harassment

### I

Plaintiff alleges she has been employed by **CMCSS** as Lead Custodian, since 2007; and until she filed a **Sexual Harassment Complaint** against a coworker, she worked at East Montgomery Elementary School. Even more, Plaintiff alleges that her performance as such has been satisfactory to superior. See **[Exhibit #3: CMCSS Maintenance/Transportation/Warehouse Performance Evaluation Form, Sept. 2014 & 2016]**. However, she has a physical impairment and/or disability per **42 U.S. Code§12102(1)(A), (B), (C); (3)(A)**. See **[Exhibit #4: Department Of Workers Claims, Worker Compensation Board, Frankfort, Kentucky, 40601, Agreement As To Compensation And Order Approving Settlement, Claim No. 1026261, Nov. 4, 1994, (indicates a Tear [in] left rotator cuff); Exhibit #5: Workers Compensation Statistical Data Form, State File # 23594-03, Aug. 27, 2004, (indicates Tendonitis in both writs, an impairment rating of 3% as it relates to upper extremities, 12% [disability] in upper extremities of the left and right)]**.

### II

Also, Plaintiff alleges that at all times relevant here between 2013 and 2016, (1) she is a female; (2) she is African American; (3) she is over the age of 40; (4) she has a disability; (5) that she was utilizing a "protected activity" when she filed a sexual harassment complaint with the **CMCSS Human Resource** department; as well as the **THRC**.

### III

Plaintiff alleges that the fact, circumstances, and events complained of herein fall within the "continuing violations doctrine". This doctrine allows Plaintiff to bring this suit where she had knowledge of violations prior to the limitations period but failed to bring any civil action. The purpose of the "continuing violations doctrine" is precisely to allow Plaintiff to seek relief for

violations prior to the limitations period, if those violations are part of a pattern of related violations that continue into the limitations period, as it the instant case. Here, the records of Defendant **CMCSS** demonstrates such pattern.

## IV

Plaintiff alleges that at all relevant times, the above named Defendants individually, and/or in active concerts or participation committed violations representing violation(s) of **Title VII** by (1) subjecting her to repeated acts of sexual harassment, (2) refusing to provide her with reasonable accommodations based upon her alleged sexual and workplace harassment; (3) retaliating against her based on a job position transfer from one school to another, after she engaged in protected activity (the filing of a sexual harassment complaint with the **CMCSS Human Resource** department and the **THRA**); and (4) subjecting her to a hostile work environment.

## V

Plaintiff alleges that sometime during the first week in February 2013, she had discussed a financial problem she was having at the time with a group of coworkers. Thereafter, on February 22, 2013, Defendant Wilson gave Plaintiff a personal check for $500.00; specifically stating that it was a gift to help her along. <u>**See**</u> **[Exhibit #6: Check Draft, #3117, Bank of America, Feb. 22, 2013]**.

## VI

Plaintiff also alleges that after the February 22, 2013, gift; on March 8, 2013, Defendant Wilson approached her and inquired into "what she was doing for the weekend". Plaintiff replied that "she was a home body and didn't go out much". At this time Wilson stated "…he could probably find something to do if he had someone to do it with."

## VII

Further, Plaintiff alleges that from that point through 2014, until after the filing of the **Sexual Harassment Complaint** with Defendant **CMCSS**; and up until February 18, 2016, when she was transferred, Defendant Wilson (1) repeatedly made sexually suggestive comments stating

"…he liked the way she wore her jeans and how they fit"; (2) made sexually explicit gestures by making moaning and groaning sounds when he would walk pass her; (3) failed and refused to follow direct orders as it relates to his job duties where she was his Lead; (5) laughed and responded "that he wasn't going to get in trouble, and that he would not be fired or transferred."

## VIII

Plaintiff alleges that, Defendant Wilson actions were unwelcomed and unsolicited conduct of a sexual nature, and clearly amounts to a (1) sexual advance and request; (2) verbal communications of a sexual nature, and (3) derogatory sex based comments.

## IX

It is the further allegations of the Plaintiff that Defendant Wilson harassed her through conduct of a sexual nature as defined and prohibited by **Title VII** and **CMCSS Administrative Policy**. More over, Plaintiff alleges that such harassment and hostile work environment lasted from 2013 to 2016.

## X

Plaintiff alleges that **CMCSS Human Resource** records indicate that Defendant Wilson has at least three (3) prior sexual harassment complaints filed against him before the alleged incident(s) contained herein. Specifically, on January 18, 2008, two (2) sexual harassment complaints were submitted by two (2) different **CMCSS** employees. Thereafter, on March 31, 2008, another sexual harassment complaint was submitted against him. These complaints relates to his employment at Glenellen Elementary School. **See [Exhibit #7: CMCSS Letter of Reprimand, Jan. 29, 2008; Exhibit #8: CMCSS Letter of Concern, April 11, 2008]**. Also, on Sept. 17, 2013, a third sexual harassment complaint was submitted against Wilson at **East Montgomery Elementary School**. **See [Exhibit #9: CMCSS Report of Investigation of Sexual Harassment Complaint by Employee, dated 09/17/2013]**.

The Plaintiff alleges that as it relates to the January 18, 2008, complaints; Defendant Wilson was disciplined with a "Letter of Reprimand", and as to the March 31, 2008, complaint; given a "Letter of Concern". See [Exhibit #7: CMCSS Letter of Reprimand, Jan. 29, 2008; Exhibit #8: Letter of Concern, April 11, 2008]. With regard to the Sept. 11, 2013, complaint; the only disciplinary actions was "a meeting/discussion in a office". See [Exhibit #10: Correspondence and Email of Cindy Miller, 09/17/2013].

## XII

It is also the allegation of the Plaintiff that the Director of **CMCSS** has designated Defendant Chester Johnson as the **Chief Human Resources Officer** who is the **District's Human Rights Officer** to receive reports or complaints of sexual harassment.

## XIII

Plaintiff alleges that both Defendants Chester Johnson and Joiner are the approving authority for the procedures outlined in **CMCSS ADMINISTRATIVE POLICY HUM-A047** and **HUM-P019, Reporting Allegations Of Sexual Harassment Procedure**. See [Exhibit #11: CMCSS ADMINISTRATIVE POLICY, HUM-A047, Exhibit #12: HUM-P019].

## XIV

Plaintiff alleges that Defendants Staggs, Chester Johnson, and Joiner individually, and/or in active concerts or participation failed and refused to comply with their own departmental policies which adopts the prohibitions of **Title VII** as it relates to **CMCSS ADMINISTRATIVE POLICY, (1) HUM-A047-Sexual Harassment Policy, pg.1, (first three (3)) para. and sec. a.; (2) HUM-P019- Reporting Allegations Of Sexual Harassment Procedure, pg.1, 4.0 DEFINITIONS: 4 - 4.1, pg.1 5.0 PROCEDURE: 5.1, pg.2 - 5.3.2, 5.4, 5.5, pg.3 – 5.7; (3) CMCSS Employee Handbook, pgs. 36 – 35**. See [Exhibit #11: CMCSS ADMINISTRATIVE POLICY, HUM-A047; Exhibit #12: CMCSS ADMINISTRATIVE POLICY HUM-P019, [Exhibit #13: CMCSS Employee Handbook].

## XV

Plaintiff alleges that Defendants Staggs, Chester Johnson, and Joiner failed and refused to (1) prohibit any and all forms of sexual harassment which was a form of sexual discrimination in violation of **Title VII of the Civil Rights Act of 1964**; (2) find or make a determination that Defendant Wilson actions resulted in a violation of **Title VII** and **CMCSS District Policy**; (3) maintain a working environment that is free from sexual harassment; (4) act promptly to investigate the complaint of sexual harassment; (5) promptly take appropriate action to protect her from further sexual harassment; (6) promptly discipline Wilson who clearly violated **Title VII** and **CMCSS District Policy**; nor took other appropriate action(s) reasonably calculated to end the sexual harassment; (7) personally provide a completed form outlined in **CMCSS District Policy HUM-F038**; (8) properly and appropriately consider the surrounding circumstances and the nature of the sexual advances, and Wilson's prior history of sexual harassment; (9) take immediate steps, to protect the Plaintiff pending completion of an investigation alleging sexual harassment. **See [Exhibit #14**: CMCSS District Policy HUM-F038].

## XVI

That after the filing of the **Sexual Harassment Complaint** against Defendant Wilson; neither Defendants Staggs, Chester Johnson, nor Joiner separated Defendant Wilson from Plaintiff for her safety, but forced said parties to work together for a total of thirty-three (33) days. Plaintiff requested that Defendant Wilson be moved to another school but was told there were no open custodian positions in the system. However, Defendant **CMCSS** records indicate that there was in fact two (2) open positions at other school facilities at this time. **See [Exhibit #15: CMCSS Custodial Openings as of 02/16/2016]**. Plaintiff was the Lead Custodian and the supervisor of Defendant Wilson.

## XVII

Plaintiff alleges that at no time has she received a copy of the findings of the investigation in this case per **CMCSS-HUM-F038**. <u>See</u> **[Exhibit #14**: **CMCSS ADMINISTRATIVE POLICY, HUM- F038]**.

## XVIII

It is the allegation of Plaintiff that Defendants **CMCSS**, Staggs, Chester Johnson, and Joiner individually, and/or in active concerts or participation "did not" appropriately discipline Defendant Wilson who "clearly" violated **TITLE VII** and **CMCSS District Policy**. This is ironic, considering the fact that all such policies mandate that sexual harassment "is not tolerated" and **CMCSS District Policy, HUM-A047** "makes submission to such conduct or communication a term and/or condition, either explicitly or implicitly, of retaining employment..."<u>See</u> **[Exhibit #11: CMCSS ADMINISTRATIVE POLICY, HUM-A047]**.

## XIX

Even more; Plaintiff alleges that Defendants **CMCSS,** Chester Johnson, and Joiner has "illegally allowed sexual harassment". This is demonstrated by the fact that said Defendants only disciplined Defendant Wilson in the past with a "written reprimand", a "letter of concern," and a meeting/discussion in a school office as it relates to the third incident. But such is more problematic considering the fact that the **CMCSS Contract Of Employment For Non-Licensed Personnel** of Defendant Wilson clearly indicates (1) at section **3. Termination,** subsection **(b.)** that the Director of Schools for **CMCSS** "may terminate an Employee's employment for incompetence...improper conduct...in accordance with the provisions of Tennessee law"; (2) at section **4. Discipline** Wilson understood and agreed that "the Director...Employee's immediate supervisor [has] the right to direct and control [his] employment with the District...[and] to discipline..." Subsections **(a.) - (d.)** outlines the form(s) of discipline; and (3) at section **5.** that Wilson "has read and understand the Districts policy

prohibiting sexual harassment and discrimination…" Thus, Defendant Wilson should have been terminated in the instant case. **See [Exhibit #16: CMCSS Contract Of Employment For Non-Licensed Personnel, for Marvin L. Wilson]**.

## XX

It is the allegation of the Plaintiff that the "letter of concern" clearly indicates that "although the evidence 'did not' indicate…sexual harassment…[Wilson was] previously reprimanded…for inappropriate sexual comments that were made at the workplace." **See [Exhibit #10: Correspondence and Email of Cindy Miller, 09/17/2013]**. Again, this is ironic, considering the fact that "inappropriate sexual comments" equates to sexual harassment, and Defendants Chester Johnson and Joiner has "Approval Authority" as it relates to **CMCSS ADMINISTRATIVE POLICY HUM-P019,** and Defendant Joiner as **CMCSS Legal Counsel** is mandated to review and approve such policy every two (2) years. **See [Exhibit #12: CMCSS ADMINISTRATIVE POLICY HUM-P019.**

## XXI

Plaintiff alleges that in determining whether the alleged conduct complained of constitutes sexual harassment, Defendant Chester Johnson, and/or Joiner, the investigating official(s); "did not", but should have considered the surrounding circumstances of Defendant Wilson's prior instances of reported sexual harassment. Also, the nature of the sexual advances where Defendant Wilson asked her for sexual favors for money was a "grave matter 'not to' " consider, where Plaintiff presented Defendant Chester Johnson, and Joiner with a copy of a bank draft for a $500.00, personal check from Defendant Wilson. As well as, considering the fact that **CMCSS District Policy** allows the investigation to consist of any documents deemed pertinent by the investigation official.

## XXII

Further Plaintiff alleges that Defendants Staggs, Chester Johnson, and Joiner individually, and/or in active concerts or participation refused and failed to exercise reasonable care to prevent, and promptly correct Defendant Wilson's harassing behavior; and is liable for any of his and/or their creation of a hostile work environment. Here, it without doubt that such supervisory Defendants were negligent in permitting the [offending] conduct to occur or continue after she filed a complaint. Plaintiff tried and attempted to take advantage of any preventive or corrective opportunities provided through the complaint filed with **CMCSS Human Resource**. However, such attempts to grieve or seek redress were thwarted.

## XXIII

### Retaliation

Plaintiff alleges that Defendants **CMCSS,** Staggs, Chester Johnson, and Joiner has the power to hire, fire, demote, promote, transfer, or discipline her; as well as the ability to exercise significant direction over her daily work.

## XXIV

Plaintiff also alleges that Defendants **CMCSS**, Staggs, Chester Johnson, and Joiner retaliated against her where they transferred her form **East Montgomery Elementary** to **Minglewood Elementary** after filing a **Sexual Harassment Complaint** against Defendant Wilson. Here, it is without question that retaliation was a motivating factor for the adverse employment action (job transfer), for Plaintiff was employed at **East Montgomery Elementary** for ten (10) consecutive years before being transferred. Liability depends on whether the protected trait (filing a **Sexual Harassment Complaint)** "actually motivated the Defendants decision" and "had a determinative influence on the outcome". Here, the action of Plaintiff being transferred "would not" have occurred without the event of her filing the complaint.

## XXV

The Plaintiff alleges that three (3) of **Title VII's** specified criteria has been satisfied: (1) discrimination based on sex, (2) the employee's opposition to employment discrimination, and (3) the employee's submission of or support for a complaint that alleges employment, discrimination.

## XXVI

Plaintiff further alleges, since the filing of the **Sexual Harassment Complaint** with Defendants **CMCSS Human Resources**, they have engaged in unlawful retaliatory practices in violation of **Section 704(a) of Title VII, 42 U.S.C. § 2000e-3(a)** because she opposed discriminatory practices and instituted a **THRC** and **EEOC** complaint.

## XXVII

More over, Plaintiff alleges that the above named Defendants individually and together knew, that she had filed a claim with the **THRC**, alleging sexual discrimination, workplace and sexual harassment, and hostile work environment, after filing a grievance with the **CMCSS Human Resource** department. relative to age and disability discrimination; as well as, sexual and workplace harassment.

## XXVIII

It is alleged by Plaintiff that where, as in the instant case, an adverse employment action occurs very close in time after a Defendants learns of her protected activity, such "temporal proximity" between the events is significant enough to constitute evidence of a causal connection for the purposes of satisfying a *prima facie* case of retaliation.

## XXIX

Here, Plaintiff alleges that the facts and evidence demonstrates that the retaliatory conduct Defendant **CMCSS**, Chester Johnson, and Joiner's was sufficiently severe enough so as to dissuade her from making or supporting a charge of discrimination; where she waited almost; or over three (3) years to bring such a charge In the instant case, supervisors and members of

management have condoned, tolerated, and encouraged the acts of retaliation, and have responded to the Plaintiff's complaints so "inadequately that the response manifests indifference or unreasonableness under the circumstances." In analyzing the significance of any given act of retaliation, "[c]ontext matters. The real social impact of workplace behavior often depends on a "constellation of surrounding circumstances, expectations, and relationships" which are not fully captured by a simple recitation of the words used or the physical acts performed.

**XXX**

Plaintiff alleges that even if Defendants Staggs, Chester Johnson, and Joiner harassment does not culminate in a tangible employment action, the employer Defendant **CMCSS** can be vicariously liable for the supervisor's creation of a hostile work environment. "A supervisor's power and authority invests his or her harassing conduct with a particular threatening character, and in this sense, a supervisor always is aided by the agency relation."

**XXXI**

**Hostile Workplace And Environment**

Plaintiff alleges, and have establish that: (1) she is a member of a protected class; (2) she was subjected to unwelcome harassment based on sex, disability, and retaliation; (3) the harassment had the effect of unreasonably interfering with her work performance and created an objectively intimidating, hostile, or offensive work environment; and (4) there exists some basis for liability on the part of the employer Defendants **CMCSS**.

**XXXII**

Plaintiff also alleges that her workplace at **East Montgomery Elementary**, between the times relevant here, permeated with discriminatory intimidation, ridicule, and insult that is sufficiently severe or pervasive to alter the conditions of the her employment and created an abusive working environment. Plaintiff's "work environment viewed as a whole" satisfies the legal definition of an abusive work environment.

XXXIII

It is alleged by Plaintiff that the retaliatory actions of Defendants **CMCSS**, Wilson, Chester Johnson and Joiner was "severe and pervasive enough to create an environment that a reasonable person would find hostile and/or abusive; and she subjectively regarded her environment at **East Montgomery Elementary** as abusive." "The frequency of the discriminatory conduct and its severity; unreasonably interfered with the Plaintiff work performance." This is evidenced by the fact that the records of Defendant **CMCSS** demonstrates that from May 20, 2013, to June 6, 2014, former principle Yvonne C. Hackney of East Montgomery Elementary used "exaggerated purported deficiencies" in memos and reprimand as an excuse, and in an attempt, to terminate her employment. **See [Exhibit #17: Letter Of Reprimand Apr. 30, 2010; Exhibit #18: Letter Of Reprimand May 20, 2013; Exhibit #19: Written Comments for Areas Needing Improvement, Jun. 6, 2013]**.

XXXIV

Plaintiff alleges that the records of Defendants **CMCSS** clearly demonstrate that procedures were instituted to terminate her employment. Such, request for termination was initiated by principle Yvonne C. Hackney, and acted upon by Defendant Chester Johnson. However, after it was later discovered that Plaintiff had "no written misconduct incidents in her files", a demotion(s) was discussed. This is ironic and clearly demonstrates hostile work place and environment where termination procedures were implemented without cause or evidence. When it was then determined that a demotion wasn't warranted, the termination proceedings/procedures were terminated. **See [Exhibit #20: Request for Termination Memo, Yvonne Hackney, Jun. 30, 2014]**.

## XXXV

### Disability Discrimination

It is the further allegation of Plaintiff that Defendants **CMCSS,** and Chester Johnson attempt to terminate her was a pretext, and based on the perception that she was too old and disabled to work as Lead Custodian.

## XXXVI

Moreover, Plaintiff alleges that the above named Defendants individually and together knew, that she had been diagnosed with a serious knee problem since 2009 and had a scope procedure performed in 2015.

## XXXVII

Plaintiff alleges that Defendant's reason for making a determination to terminate or demote her after they were aware of her medical conditions and disability in this case is pre-textual.

## XXXVIII

Plaintiff alleges that Defendant's reason for making a determination to terminate or demote her after they were aware of her medical conditions and disability in this case is pre-textual.

## XXXIX

The effect of the events described above has been to deprive Plaintiff of equal employment opportunities in retaliation for exercising her federally protected rights.

## XXXX

The unlawful employment practices described above were intentional.

## XXXXI

The unlawful employment practices described above were done with malice or with reckless indifference to the federally protected rights of Plaintiff.

## XXXXII

Plaintiff alleges that the effect of the practice complained of in paragraphs **VII** through **XXXXI** above has been to deprive her of equal employment opportunities and otherwise adversely

effected her status as a employee, because of allowed sexual harassment, age and disability discrimination. The effect of the practices complained of above has been to deprive Plaintiff equal opportunities and otherwise adversely affect her status as an employee.

## **PRAYER FOR RELIEF**

**WHEREFORE**, the Plaintiff respectfully request that this **Honorable Court**:

A. Grant a permanent injunction enjoining Defendants, their agents, servants, and any person in active concert and participation with them, from maintaining a hostile work environment based on sex, age, disability, or engaging in any other employment practice that discriminates on the basis of sex, age, disability; and from retaliating against employees who oppose practices made unlawful by **Title VII** and **Title I.**

B. Order Defendants to institute and carry out it's policies, practices, and programs that eradicate the effects of its past and present unlawful employment practices.

C. Order Defendant **CMCSS** to make Plaintiff whole by providing compensation for past and future pecuniary and non-pecuniary losses resulting from the unlawful practices described above, including but not limited to emotional pain, suffering, inconvenience, mental anguish, lost of enjoyment of life, humiliation, loss of self esteem and loss of civil rights in amounts to be determined at trial.

D. Order Defendant **CMCSS** to pay Plaintiff punitive damages for its malicious and reckless conduct as described above in the amounts to be determined at trial.

E. Order Defendant **CMCSS** to provide training to its officers, managers and employees regarding discriminatory harassment and retaliation in the workplace.

F. That unless restrained by this **Honorable Court** Defendants **CMCSS** will continue to arbitrarily, capriciously, erroneously and illegally violates her rights.

G. That the issuance of the restraining order will not cause undue inconvenience or loss to the Defendants. And that the Plaintiff's request for extraordinary relief is to immune herself from the aforementioned deprivations and violations of her civil rights.

Specifically, the Defendants in this action have not comported with the requirements of the aforementioned federal Acts and Legislation, nor comported with the requirements of Due Process pursuant to the Fourteenth Amendment to the united States Constitution.

Respectfully submitted;

*Linda F. Ellison*

Linda F. Ellison, **Pro se**
149 Darlene Drive, Apt. B
Clarksville, Tennessee 37042

## CERTIFICATE OF SERVICE

I, Linda Ellison, hereby certify that a true and exact copy of the foregoing has been mailed, First Class prepaid Priority mail to the Office of the Clarksville City Attorney, Lance Baker, One Public Square, Clarksville, Tennessee 37040, on this the _18_ day of _April_, 2017.

Respectfully submitted;

*Linda F. Ellison*

Linda F. Ellison, **Pro se**
149 Darlene Drive, Apt. B
Clarksville, Tennessee 37042

# EXHIBIT LIST-LINDA ELLISON

1. **Exhibit #1: Tennessee Human Rights Complaint;**
2. **Exhibit #2: Notice Of Right To Sue, Katha W. Kores, Director;**
3. **Exhibit #3: CMCSS Maintenance/Transportation/Warehouse Performance Evaluation Form, Sept. 2014 & 2016;**
4. **Exhibit #4: Department Of Workers Claims, Worker Compensation Board, Frankfort, Kentucky, 40601, Agreement As To Compensation And Order Approving Settlement, Claim No. 1026261, Nov. 4, 1994;**
5. **Exhibit #5: Workers Compensation Statistical Data Form, State File # 23594-03, Aug. 27, 2004;**
6. **Exhibit #6: Check Draft, #3117, Bank of America, Feb. 22, 2013;**
7. **Exhibit #7: CMCSS Letter of Reprimand, Jan. 29, 2008;**
8. **Exhibit #8: CMCSS Letter of Concern, April 11, 2008;**
9. **Exhibit #9: CMCSS Report of Investigation of Sexual Harassment Complaint by Employee, dated 09/17/2013;**
10. **Exhibit #10: Correspondence and Email of Cindy Miller, 09/17/2013;**
11. **Exhibit #11: CMCSS ADMINISTRATIVE POLICY, HUM-A047;**
12. **Exhibit #12: HUM-P019;**
13. **Exhibit #13: CMCSS Employee Handbook;**
14. **Exhibit #14: CMCSS District Policy HUM-F038;**
15. **Exhibit #15: CMCSS Custodial Openings as of 02/16/2016;**
16. **Exhibit #16: CMCSS Contract Of Employment For Non-Licensed Personnel, for Marvin L. Wilson;**
17. **Exhibit #17: Letter Of Reprimand Apr. 30, 2010;**
18. **Exhibit #18: Letter Of Reprimand May 20, 2013;**
19. **Exhibit #19: Written Comments for Areas Needing Improvement, Jun. 6, 2013;**
20. **Exhibit #20: Request for Termination Memo, Yvonne Hackney, Jun. 30, 2014**

①



**STATE OF TENNESSEE**
**TENNESSEE HUMAN RIGHTS COMMISSION.**
**CENTRAL OFFICE**
**TENNESSEE TOWER**
312 ROSA L PARKS AVE, 23RD FLOOR
NASHVILLE, TENNESSEE 37243
(615) 741-5825 Fax (615) 253-1886
Toll Free: 1-800-251-3589
Spanish Toll Free Line: 1-866-856-1252
www.tn.gov/humanrights

# 34

*MK* 2/9/16

**RECEIVED**

FEB 1 8 2016

TENNESSEE HUMAN RIGHTS COMMISSION
NASHVILLE

---

**DISCRIMINATION COMPLAINT**
(DEPARTMENT USE ONLY)

THRC# _1-074-16_  HUD# _____  EEOC# _25A-2016-00214_

**1. TYPE OF COMPLAINT.** Check which type of complaint you are filing:
☑ EMPLOYMENT  ☐ HOUSING  ☐ PUBLIC ACCOMMODATION  ☑ TITLE VI

**2. COMPLAINANT CONTACT INFORMATION.** Provide your name and address.

NAME _Linda Faye Ellison_   ADDRESS _149 Darlene Drive_
TELEPHONE ( )   CELL _931 318-1899_   APT No. _B_   CITY _Clarksville_
E-MAIL _lindafe1955@g.mail.com_   DATE OF BIRTH _9-11-55_   COUNTY _Montgomery_   STATE _Tenn._   ZIP _37042_

Provide the contact information of someone who can assist us in contacting you should we have difficulty in reaching you.
NAME _LaBryant King_   ADDRESS _149 B Darlene Drive_
TELEPHONE ( 931 ) _338-7886_   CELL ( 615 ) _638-5714_   CITY _Clarksville_   STATE _Tenn._   ZIP _37042_

**3. RESPONDENT CONTACT INFORMATION.**
Provide the name of the entity (employer / housing provider/ business/agency) and address that you believe discriminated against you:

ENTITY _Clarksville Montgomery County School System_   ADDRESS _621 Gracey Avenue_
TYPE OF BUSINESS _School (Elementary)_   CITY _Clarksville_   STATE _Tenn._   ZIP _37040_
(FOR EMPLOYMENT ONLY) NAME OF IMMEDIATE SUPERVISOR   TELEPHONE ( 931 ) _648-5600_   COUNTY _Montgomery_
_Janet Staggs_

**4. WHEN DID THE DISCRIMINATORY ACT(S) OCCUR?**
Beginning date of the alleged discriminatory act?   _2-2-16_

Most recent date of the alleged discriminatory act?

Is the alleged discriminatory act ongoing? ☑ YES  ☐ NO

# EMPLOYMENT COMPLAINTS ONLY

*(COMPLETE THIS BOX ONLY IF YOU ARE SUBMITTING AN EMPLOYMENT COMPLAINT)*

## EMPLOYMENT HISTORY

EMPLOYMENT BEGAN ON: 6/7/07

EMPLOYMENT ENDED ON: _____

PAY RATE/SALARY: 14.35 hour

JOB TITLE AT THE TIME OF HIRE: Custodian

CURRENT JOB TITLE OR TITLE AT THE TIME OF TERMINATION: Lead Custodian

NAME OF HR/PERSONNEL DIRECTOR: Jeanine Johnson

NUMBER (#) OF EMPLOYEES: 4,000 or more

DID YOU FILE WITH THE EEOC? ☑ YES ☐ NO

**BASIS OF DISCRIMINATION: Why do you believe you were discriminated against?** *Please mark below only the categories which apply. Specify within the categories you mark.*

☑ RACE: _____

☐ COLOR: _____

☐ NATIONAL ORIGIN: _____

☐ DISABILITY: _____

☑ SEX/GENDER: ☐ MALE ☑ FEMALE

☐ RELIGION: _____

☐ CREED: _____

☑ AGE (40 AND OVER): _____

☐ RETALIATION

*Check below if you were retaliated against because of any of the following:*

☐ FILED A COMPLAINT OF DISCRIMINATION

☐ GAVE TESTIMONY OR OTHERWISE PARTICIPATED IN A DISCRIMINATION INVESTIGATION

☐ OPPOSED, OR OBJECTED TO DISCRIMINATION

☑ OTHER: Filed a sexual harassent complaint

**WHICH OF FOLLOWING EMPLOYMENT ACTION(S) WERE TAKEN AGAINST YOU?** *(Check only those that apply.)*

☐ DISCHARGED

☐ LAID OFF

☐ SUSPENDED

☐ HARASSED/INTIMIDATED

☐ RETALIATED AGAINST

☐ TRANSFERRED

☐ DEMOTED

☐ FAILURE TO HIRE

☐ FAILURE TO PROMOTE

☐ FAILURE TO RECALL

☐ DENIED BENEFITS (LEAVE, INSURANCE, ETC.)

☐ DENIED PAY RAISE

☐ DENIED RELIGIOUS ACCOMMODATION

☐ DENIED DISABILITY ACCOMMODATION

☑ OTHER they left me and the person
i filed the complaint on in the same
work enviroment, and I fear for my
Safety. hostile work enviroment

**IN YOUR OWN WORDS, TELL US WHAT HAPPENED.** Give dates, when applicable. Also, describe how others were treated differently than you. Use additional paper if needed.

During the first part of 2013, I was dealing with financial problems. Also, at this time I confided in a co-worker Mr. Marvin Wilson, and a few other staff members about such situation. As a result, on February 22, 2013, Mr. Wilson approached me with in a personal check for $500.00 and stated that such was a gift to help me out of my situation.

Subsequently, sometime around March 8, 2013, Mr. Wilson approached me and asked me what I was doing for the weekend, and I responded that I was a homebody and that I wasn't into the habit of going out, and that I liked. He responded, that he could find something to do if he had someone to do it with. And my reply was always that "you have a wife". These advances went on for several weeks in which I just ignored and didn't respond.

Thereafter, Mr. Wilson would make statements in regard to my figure, and how my clothes was fitting. From that point his actions escalated to walking behind me and making sexual grunting sounds and advancements. Also, I would confront Mr. Wilson about a job assignment, duty, or responsibility and he would look directly down at my breast. On several occasions I asked Mr. Wilson what he was looking at, and he would either smirk at me and refused to respond. Also, as time progressed, Mr. Wilson would refuse to fulfil certain directives that I would give him as it relates to his job assignments. These actions and occurrences of Mr. Wilson went on from time to time during the period between 2013 and 2015.

As a result of the aforementioned actions on the part of Mr. Wilson, on December 10, 2015, I filed a complaint with the Clarksville Montgomery County School System alleging sexual harassment, work placé harassment, and hostile work environment.

On January 11, 2016, I was contacted by Carol Joiner Hunan Resource General Counsel and she informed me that she would meet with me and start the investigation on the January 12, 2016.

On February 2, 2016, General Counsel Joiner informed me that she had determined that it was my word against his, because there was no witnesses, and Mr. Wilson denied the allegations. At this time she directed me to learn to get along with Mr. Wilson so that work together as a time. She further informed me that she would contact Jason Hodge Operation Manager, and he would get with Principal Staggs to work out a plan with Mr. Wilson and myself so we could work together as a team.

At first I requested to be transferred, but considering the fact that I was the Lead Custodian I asked Mr. Hodge to transfer Mr. Wilson. He told me that he would get with General Counsel Joiner and give him time to work it out.

On February 18, 2016, I was transferred from my job position in retaliation.

IMPORTANT NOTICE

*To file in state court: For Employment, Housing and Public Accommodation Complaints:*
You, as the Complainant, have the right to hire an attorney and file a civil lawsuit in the state court system, either Chancery or Circuit, at any time during the investigation of this complaint. If you choose this option, you must file suit within one (1) year after the alleged discriminatory practice ceases, and prior to any determination being made by the Tennessee Human Rights Commission (THRC). Unlike federal law, state law does not toll the statute of limitations on your claim while your charge is being investigated and/or mediated by this agency. You are not required to file a complaint with the THRC, nor do you need the THRC's permission before you can file suit in Chancery or Circuit court. If you file a civil lawsuit in Chancery or Circuit court, then pursuant to state law, THRC must administratively close its investigation of your complaint.

If THRC issues a *final* determination in your case, and you subsequently file a civil lawsuit in state court asserting the same allegations as your THRC complaint, then your case may be dismissed. However, within 30 days of receipt of THRC's *final* determination, you may file a private action in either Chancery or Circuit court appealing the determination.

*For Housing Complaints only:*
If a federal law is involved, this agency will send the Department of Housing and Urban Development (HUD) a copy of our Notice of Determination. HUD will then mail the parties a Notice of Closure of this case. Notwithstanding the determination by HUD, the Fair Housing Act provides that the complainant may file a civil action in an appropriate court within two (2) years after the occurrence or termination of the alleged discriminatory housing practice. The computation of this two-year period does not include the time during which this administrative proceeding was pending.

*For Employment Complaints only:*
If a federal law is involved, this agency will send the Equal Employment Opportunity Commission (EEOC) a copy of our Notice of Determination. The EEOC will then mail the parties a Notice of Closure of this case and/or a Right to Sue in federal court. A lawsuit must be filed in an appropriate court within ninety (90) days of receipt of the EEOC Notice of Closure/Right to Sue.

*For Title VI Complaints only:*
An individual has the right to file an administrative complaint against any state department or agency (recipient), or subrecipient receiving Federal financial assistance.

**By signing this complaint form, you are acknowledging that you have read and understand your rights as set forth above.**

**Declaration:** *I declare under penalty of perjury that the foregoing information in my complaint is true and correct.*


_Linda Ellison_                              2-17-2016
Complainant Signature                        Date


HR-0022 (Rev 7/13)                                                        RDA 1654

**WITNESSES.** Please list any individuals that may have information that supports or clarifies your complaint. Include as much contact information as possible. *This list will not be provided to the Respondent(s) named in your complaint.*

1. Name _Carol Joiner_ (based upon personal conversations and sta
First            Last     during hearing)
Address _____ Apt # ____ City _Clarksville_ State _Tn._ Zip _37040_
Phone Number (_931_) _930-7941_

2. Name _Janet Staggs_   Based upon personal conversations and
First           Last     statement during hearing
Address _____ Apt # ____ City _Clarksville_ State _Tn._ Zip _37040_
Phone Number (_931_) _358-2868_ -

3. Name _Merideth Weipert_   Based upon personal conversations as
First           Last     statement during hearing
Address _____ Apt # ____ City _Clarksville_ State _Tn._ Zip _37040_
Phone Number (_931_) _358-2868_

4. Name _Jason Hodge_   Based upon personal conversations
First           Last     and statement during hearing
Address _____ Apt # ____ City _Clarksville_ State _Tn._ Zip _37040_
Phone Number (_931_) _218-3710_

5. Name _____
First           Last
Address _____ Apt # ____ City _____ State _____ Zip _____
Phone Number (___)

6. Name _____
First           Last
Address _____ Apt # ____ City _____ State _____ Zip _____
Phone Number (___)

**OPTIONAL:** For statistical and informational purposes only. Please select all that apply.
What is your race/ethnicity?
☐ ASIAN   ☐ AMERICAN INDIAN OR ALASKA NATIVE   ☑ BLACK   ☐ PACIFIC ISLANDER   ☐ WHITE

Are you of Hispanic, Latino, or Spanish origin? ☐ YES   ☑ No
If yes, please specify (I.E., MEXICAN, PUERTO RICAN, ETC.): _____

☐ OTHER ORIGIN, SPECIFY: _____

How did you learn about the Tennessee Human Rights Commission?
☐ Radio    ☐ Television    ☑ Friend    ☐ Other, specify _____

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

### NOTICE OF RIGHT TO SUE *(ISSUED ON REQUEST)*

| | |
|---|---|
| To: **Linda Ellison**<br>**149 Darlene Drive, Apt. B**<br>**Clarksville, TN 37042** | From: **Memphis District Office**<br>**1407 Union Avenue**<br>**Suite 901**<br>**Memphis, TN 38104** |

☐ *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR §1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| **25A-2016-00214** | **Rhonda J. Ellison,**<br>**State & Local Coordinator** | **(615) 736-5899** |

*(See also the additional information enclosed with this form.)*

NOTICE TO THE PERSON AGGRIEVED:

**Title VII of the Civil Rights Act of 1964, the Americans with Disabilities Act (ADA), or the Genetic Information Nondiscrimination Act (GINA):** This is your Notice of Right to Sue, issued under Title VII, the ADA or GINA based on the above-numbered charge. It has been issued at your request. Your lawsuit under Title VII, the ADA or GINA **must be filed in a federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

[X] More than 180 days have passed since the filing of this charge.

[ ] Less than 180 days have passed since the filing of this charge, but I have determined that it is unlikely that the EEOC will be able to complete its administrative processing within 180 days from the filing of this charge.

[X] The EEOC is terminating its processing of this charge.

[ ] The EEOC will continue to process this charge.

**Age Discrimination in Employment Act (ADEA):** You may sue under the ADEA at any time from 60 days after the charge was filed until 90 days after you receive notice that we have completed action on the charge. In this regard, **the paragraph marked below applies to your case:**

[ ] The EEOC is closing your case. Therefore, your lawsuit under the ADEA **must be filed in federal or state court <u>WITHIN 90 DAYS</u> of your receipt of this Notice.** Otherwise, your right to sue based on the above-numbered charge will be lost.

[ ] The EEOC is continuing its handling of your ADEA case. However, if 60 days have passed since the filing of the charge, you may file suit in federal or state court under the ADEA at this time.

**Equal Pay Act (EPA):** You already have the right to sue under the EPA (filing an EEOC charge is not required.) EPA suits must be brought in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

If you file suit, based on this charge, please send a copy of your court complaint to this office.

On behalf of the Commission

*Katha— W Kores*

MAR 0 1 2017

**Katharine W. Kores,**
**Director**

*(Date Mailed)*

Enclosures(s)

cc:  **Carol Joiner, General Counsel**
**CLARKSVILLE MONTGOMERY COUNTY SCHOOL SYSTEM**
**621 Gracey Avenue**
**Clarksville, TN 37040**

**Tennessee Human Rights Commission**

Clarksville-Montgomery County School System

Maintenance/Transportation/Warehouse Performance Evaluation Form

23260 - ELLISON, LINDA
Employee Name

From: -     To: September 2015
Rating Period

72460 - LEAD CUSTODIAN
Job Title

EAST MONTGOMERY ELEMENTARY
Work Location

The above named employee is due an evaluation for continued employment and/or movement to the next step increase on the salary schedule. Please complete this evaluation and return it to the Human Resources Office. The employee is to sign the evaluation form and receive a copy. Evaluation grades of *Superior, Needs to Improve* and *Unsatisfactory* are to be supported by written comment.

| Evaluation Criteria | Unsatisfactory | Needs to Improve | Satisfactory | Very Satisfactory | Superior |
|---|---|---|---|---|---|
| Trade Knowledge - Ability to apply required skills | | | | ✓ | |
| Dependability - Proper task completion in a timely manner | | | | ✓ | |
| Planning - Ability for scheduling work and materials | | | | | ✓ |
| Customer Relations - Conduct and relationship with customers | | | | ✓ | |
| Team Work - Coordination and work relations with other trade skills | | | ✓ | | |
| Availability - Work attendance and punctuality | | ✓ | | | |
| Appearance - Properly dressed and groomed / vehicle maintained | | | | | ✓ |
| Guidance - Ability to give and receive suggestions on task and trade | | | | ✓ | |
| Training - Willingness and ability to provide and accept training in trades | | | | | ✓ |
| Safety - Aware of and practices proper safety measures | | | | | ✓ |
| Communication Skills - Effectiveness in giving and taking directions and communicating with customers | | | ✓ | | |
| Professional Development - Ability and desire to keep abreast on trade skills | | | | ✓ | |

Superior Contributions: _____

Written comment for areas needing improvement or unsatisfactory: _____

[✓] I recommend continued employment and step increase according to Administrative policy HUM-A046.

[ ] I recommend continued employment, but withhold step increase pending re-evaluation in six months.

[ ] I recommend dismissal for unsatisfactory performance.

09/23/15
Date

*Janet Staggs*
Signature - Immediate Supervisor

09/23/15
Date

I have reviewed this evaluation with my immediate supervisor. (Employee may comment on the back of form)

*Linda Ellison*
Signature - Employee

_____
Date

_____
Signature - Human Resources

12/13/06, Rev. A          CLS-F020          Page 1 of 1

Case 3:17-cv-00729   Document 1   Filed 04/20/17   Page 25 of 103 PageID #: 25

Ellison, Linda
Comment shared about Linda's superior contributions:

Very helpful, polite, great to work with!

23260 - ELLISON, LINDA
Employee Name

From: -    To: SEPTEMBER 2014
Rating Period

72460 - LEAD CUSTODIAN
Job Title

EAST MONTGOMERY ELEMENTARY
Work Location

The above named employee is due an evaluation for continued employment and/or movement to the next step increase on the salary schedule. Please complete this evaluation and return it to the Human Resources Office. The employee is to sign the evaluation form and receive a copy. Evaluation grades of *Superior*, *Needs to Improve* and *Unsatisfactory* are to be supported by written comment.

| Evaluation Criteria | Unsatisfactory | Needs to Improve | Satisfactory | Very Satisfactory | Superior |
|---|---|---|---|---|---|
| Trade Knowledge - Ability to apply required skills | | | | | X |
| Dependability - Proper task completion in a timely manner | | | | | X |
| Planning - Ability for scheduling work and materials | | | | | X |
| Customer Relations - Conduct and relationship with customers | | | | X | |
| Team Work - Coordination and work relations with other trade skills | | | | X | |
| Availability - Work attendance and punctuality | | | X | | |
| Appearance - Properly dressed and groomed / vehicle maintained | | | | | X |
| Guidance - Ability to give and receive suggestions on task and trade | | | | | X |
| Training - Willingness and ability to provide and accept training in trades | | | | | X |
| Safety - Aware of and practices proper safety measures | | | | | X |
| Communication Skills - Effectiveness in giving and taking directions and communicating with customers | | | | X | |
| Professional Development - Ability and desire to keep abreast on trade skills | | | | | X |

Superior Contributions: Ms. Ellison has done a superior job in realigning her team and maintaining the quality of the building.

Written comment for areas needing improvement or unsatisfactory: _____

[X] I recommend continued employment and step increase according to Administrative policy HUM-A046.

[ ] I recommend continued employment, but withhold step increase pending re-evaluation in six months.

[ ] I recommend dismissal for unsatisfactory performance.

2/9/15
Date

Signature - Immediate Supervisor

I have reviewed this evaluation with my immediate supervisor. (Employee may comment on the back of form)

2/9/15
Date

Linda Ellison
Signature - Employee

_____
Date

Signature - Human Resources

12/13/06, Rev. A          CLS-F-020          Page 1 of 1

Scanned from a Xerox Multifunction Device.pdf                    https://owa.cmcss.net/owa/WebReadyView.aspx?t=att&id=Rg...

You are currently viewing:    Scanned from a Xerox Mult....pdf (82 KB)          Print...      Help

You can either click the link to open the original attachment or right-click the link to save the file.

Page  1    of 1       |◄ ◄ ► ►|

Form 110-I Injury
Revised 3/4/92

**DEPARTMENT FO WORKERS' CLAIMS**
**WORKERS' COMPENSATION BOARD**
**FRANKFORT, KENTUCKY   40601**

AGREEMENT AS TO COMPENSATION AND ORDER APPROVING SETTLEMENT

Claim No. 1026861

Linda Ellison _____, Plai

Lourdes Hospital _____, Defend

Plaintiff, Linda Ellison _____, Residi

(Street Address, Apt., P.O. Box) 1762 Madison

(City/Town) Paducah _____, (Street) KY _____(Zip) 4

and Defendant(s), Lourdes Hospital
have reached an agreement in regard to compensation for the injury sus
by said employee and submit the following statement of facts relative

Date of Injury 5-4-93 _____, Date Disability Began   5-5-93

Nature of Injury Tear left rotator cuff

Place of Accident Lourdes Hospital, Paducah, Kentucky

Cause of Accident cleaning under bed & strained her shoulder

Probable Length of Disability N/A

based upon an average weekly wage of $ 240.80 _____, Plaintiff
receive compensation as follows:

565.4758 weeks Rehabilitation expenses and attorney fees shall

deducted from the lump sum settlement of $10,504.45.

(160.53 X (18%) X 565.4758).  Medical shall remain open pursuant to KRS

This 4th   Day of November _____, 19 94 .

(615-741-8352)
(615-350-4549)

# WORKERS' COMPENSATION STATISTICAL DATA FORM

| Fraud Warning: It is a crime to knowingly provide false, incomplete or misleading information to any party to a workers' compensation transaction for the purpose of committing fraud. Penalties include imprisonment, fines and denial of insurance benefits | THIS FORM MUST BE FILED WITH THE CLERK OF THE COURT CONTEMPORANEOUSLY WITH THE FINAL ORDER IN ALL WORKERS' COMPENSATION CASES IN WHICH THE COURT EITHER TRIES THE CASE OR APPROVES A SETTLEMENT. FOR SETTLEMENTS SUBMITTED TO THE DEPARTMENT OF LABOR & WORKFORCE DEVELOPMENT FOR APPROVAL, SUBMIT THIS FORM WITH THE APPROVAL REQUEST. NEITHER THE ORDER OF THE COURT NOR THE DEPARTMENT'S APPROVAL IS FINAL UNTIL THIS FORM IS FULLY COMPLETED AND FILED WITH THE APPROPRIATE ENTITY. [STATUTORY AUTHORITY: TCA 50-6-244(b), (d)] | This area for Court use only. |
|---|---|---|
| This area for Department use only. RECEIVED SEP 27 2004 TDOL WORK COMP DIV. | | |

23594-03

## I. EMPLOYEE INFORMATION

23594-03

| 1. STATE FILE # Oct 2518-TH | 2. SOCIAL SECURITY NO. 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 | 3. DATE OF INJURY 03/14/03 |
|---|---|---|
| 4. FIRST NAME: Linda | 5. MIDDLE INITIAL: F. | 6. LAST NAME: Ellison |

| 7. ADDRESS: 1711 #D Baltimore Dr. | 8. CITY: Clarksville | 9. STATE: TN | 10. ZIP: 37043 |
|---|---|---|---|

| 11 COUNTY & STATE OF RESIDENCE AT TIME OF INJURY: COUNTY: Mongomery STATE: TN | 12. COUNTY & STATE OF RESIDENCE AT CONCLUSION OF CASE COUNTY: Mongomery STATE: TN |
|---|---|

| 13. INSURER FILE # 010916-017027-WC-01 | 14. DATE OF BIRTH: 09/11/55 | 15. DATE OF HIRE: 09/28/02 |
|---|---|---|

| 16. EDUCATION LEVEL: LESS THAN 9TH GRADE ☐  SOME HIGH SCHOOL ☐  GED ☐  HIGH SCHOOL DIPLOMA ☐ SOME COLLEGE/ASSOC DEGREE ☐  BS/BA ☐  GRADUATE/ PROFESSIONAL ☐ |
|---|

| 17. ABLE TO RETURN TO PRIOR EMPLOYMENTS? YES ☒ NO ☐ N/A ☐ | REASONABLY TRANSFERRABLE JOB SKILLS? YES ☒ NO ☐ N/A ☐ READ & WRITE AT 8TH GRADE LEVEL? YES ☐ NO ☒ |
|---|---|

| 18. GENERAL WORK HISTORY (check all that apply) | CLERICAL ☒  CONSTRUCTION ☐  FACTORY WORK ☒  MANAGERIAL ☐  MANUAL LABOR ☐ PROFESSIONAL ☐  RESTAURANT ☐  SALES, RETAIL, SERVICE ☐  TRANSPORTATION ☐ |
|---|---|

## II. CLAIM/INJURY INFORMATION

| 19. INJURY OCCURRED: IN TN ☒ OUT OF STATE ☐ | 20. TN COUNTY OF INJURY: Montgomery | 21 AVERAGE WEEKLY WAGE: $500.00 |
|---|---|---|
| 22. WEEKLY COMP RATE: $300.00 | 23. SALARY PAID IN LIEU OF COMP? YES ☐ NO ☒ | 24. DATE OF FIRST TTD PAYMENT: None |

| 25. NATURE OF PRIMARY INJURY/ILLNESS: (AMPUTATION, CARPAL TUNNEL, HERNIA, HERNIATED/RUPTURED/SLIPPED DISC, LACERATION, PINCHED NERVE, SPRAIN, STRAIN, ETC) Tendonitis          N-52 |
|---|

| 26. BODY PART: (ARM, BACK, FOOT, HAND, LEG, NECK, WRIST, ETC) wrist - left and right          B-34 |
|---|

| 27. WAS SURGERY PERFORMED? YES ☐ NO ☒ | 28. WAS PSYCHOLOGICAL INJURY CLAIMED? YES ☐ NO ☒ | 29. WAS PSYCHOLOGICAL INJURY SOLE CLAIM? YES ☐ NO ☒ |
|---|---|---|

| 30 DID EMPLOYEE RETURN TO WORK FOR SAME EMPLOYER? YES ☒ NO ☐ N/A ☐ | 31. RETURN TO WORK PAY WAS: LESS ☐, SAME ☒, HIGHER ☐, N/A ☐ |
|---|---|

| 32. FIRST DATE OUT OF WORK: No lost time | 33. FINAL RETURN TO WORK DATE: NLT | 34 TOTAL NUMBER OF DAYS LOST: NLT |
|---|---|---|

| 35. MMI DATE: | 36 DATE RETURNED TO WORK BY PHYSICIAN: | 37. IS EMPLOYEE CURRENTLY EMPLOYED? YES ☐ NO ☐ N/A ☐ |
|---|---|---|

| 38. IS EMPLOYEE CURRENTLY RECEIVING SOCIAL SECURITY DISABILITY? YES ☐ NO ☒ N/A ☐ | 39. IF "YES", DID SS DISABILITY RESULT FROM WORK INJURY? YES ☐ NO ☐ N/A ☐ |
|---|---|

| 40. WAS CLAIM DENIED? YES ☐ NO ☒ | 41. IF "YES" TO 40, STATE BASIS OF DENIAL: STATUTE OF LIMITATIONS ☐, NOTICE ☐, NOT WORK RELATED ☐, INTOXICATED/POSITIVE DRUG TEST ☐, OTHER, SPECIFY, |
|---|---|

| 42. DID INJURY RESULT IN DEATH? YES ☐ NO ☒ IF YES, THEN LIST NAME, ADDRESS, DATE OF BIRTH, AND RELATIONSHIP OF ALL DEPENDENTS: |
|---|

| NAME: | ADDRESS: | DATE OF BIRTH | RELATIONSHIP TO DECEASED: |
|---|---|---|---|
| NAME: | ADDRESS: | DATE OF BIRTH | RELATIONSHIP TO DECEASED: |
| NAME: | ADDRESS: | DATE OF BIRTH | RELATIONSHIP TO DECEASED: |

2004160383

| STATE FILE # | SOCIAL SECURITY NO:<br>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 | DATE OF INJURY<br>03/14/03 |
|---|---|---|

## III. EMPLOYER INFORMATION

| 43. EMPLOYER NAME: (not parent co., DBA where injured employee works)<br>Electrolux Home Product | 44. FEIN:<br>06-1215988 | 45. COUNTY: (of employer location)<br>Robertson |
|---|---|---|

| 46. ADDRESS:<br>1100 Industrial Dr. | 47. CITY:<br>Springfield | 48. STATE:<br>TN | 49. ZIP:<br>37172 |
|---|---|---|---|

| 50. DID EMPLOYER HAVE A CERTIFIED DRUG FREE WORKPLACE PROGRAM?<br>YES ☒ NO ☐ N/A ☐ | 51. WAS EMPLOYER SELF INSURED?<br>YES ☐ NO ☐ N/A ☐ |
|---|---|

| 52. NAME OF INSURANCE CARRIER:: | 53. INSURANCE CARRIER FEIN: |
|---|---|

| 54. ADDRESS: | 55. CITY: | 56. STATE: | 57. ZIP: |
|---|---|---|---|

| 58. CLAIMS ADMINISTRATOR OR TPA FIRM NAME: (If Different From Insurance Carrier)<br>Gallagh Bos tt | 59. CLAIMS ADM/TPA FEIN. |
|---|---|

| 60. ADDRESS:<br>29210C | 61. CITY:<br>N L | 62. STATE:<br>TN | 63. ZIP:<br>3 10 2 7 |
|---|---|---|---|

| 64. NAME OF CASE MGMT PROVIDER: | 65. PROVIDER FEIN: |
|---|---|

| 66. ADDRESS: | 67. CITY: | 68. STATE: | 69. ZIP: |
|---|---|---|---|

## IV. MEDICAL AND VOCATIONAL EXPERTS

### NAMES OF TREATING PHYSICIANS

| | (A) LAST NAME | (B) FIRST NAME | (C) MI | (D) TITLE | (E) LICENSE NUMBER |
|---|---|---|---|---|---|
| 70. | Rudolph | Wilma | | MD ☒ DO ☐ DC ☐ | |
| | (F) IMPAIRMENT RATING (%) | (G) TO BODY OR SPECIFIC MEMBER: | | (H) SCHEDULED MEMBER LOCATION<br>LEFT ☐ RIGHT ☐ N/A ☐ | |
| 71. | Huffman | Donald | | MD ☒ DO ☐ DC ☐ | |
| | (F) IMPAIRMENT RATING (%)<br>0% | (G) TO BODY OR SPECIFIC MEMBER:<br>0% | | (H) SCHEDULED MEMBER LOCATION<br>LEFT ☐ RIGHT ☐ N/A ☐ | |
| 72. | McLaughlin | Stephen | | MD ☒ DO ☐ DC ☐ | |
| | (F) IMPAIRMENT RATING (%)<br>0% | (G) TO BODY OR SPECIFIC MEMBER:<br>0% | | (H) SCHEDULED MEMBER LOCATION<br>LEFT ☐ RIGHT ☐ N/A ☐ | |
| 73. | Fishbein | Richard | | MD ☒ DO ☐ DC ☐ | |
| | (F) IMPAIRMENT RATING (%)<br>3% R 3% L | (G) TO BODY OR SPECIFIC MEMBER:<br>upper extremities | | (H) SCHEDULED MEMBER LOCATION<br>LEFT ☐ RIGHT ☒ N/A ☒ | |

### EMPLOYEE'S IME(s)

| | (A) LAST NAME | (B) FIRST NAME | (C) MI | (D) TITLE | (E) LICENSE NUMBER |
|---|---|---|---|---|---|
| 74. | | | | MD ☐ DO ☐ DC ☐ | |
| | (F) IMPAIRMENT RATING (%) | (G) TO BODY OR SPECIFIC MEMBER: | | (H) SCHEDULED MEMBER LOCATION<br>LEFT ☐ RIGHT ☐ N/A ☐ | |
| 75. | | | | MD ☐ DO ☐ DC ☐ | |
| | (F) IMPAIRMENT RATING (%) | (G) TO BODY OR SPECIFIC MEMBER: | | (H) SCHEDULED MEMBER LOCATION<br>LEFT ☐ RIGHT ☐ N/A ☐ | |

### EMPLOYER'S IME(s)

| | (A) LAST NAME | (B) FIRST NAME | (C) MI | (D) TITLE | (E) LICENSE NUMBER |
|---|---|---|---|---|---|
| 76. | Coogan | Phillip | | MD ☐ DO ☐ DC ☐ | |
| | (F) IMPAIRMENT RATING (%)<br>0% | (G) TO BODY OR SPECIFIC MEMBER:<br>UE left and right | | (H) SCHEDULED MEMBER LOCATION<br>LEFT ☒ RIGHT ☒ N/A ☐ | |
| 77. | | | | MD ☐ DO ☐ DC ☐ | |
| | (F) IMPAIRMENT RATING (%) | (G) TO BODY OR SPECIFIC MEMBER: | | (H) SCHEDULED MEMBER LOCATION<br>LEFT ☐ RIGHT ☐ N/A ☐ | |

### EMPLOYEE'S VOCATIONAL EXPERT

| | (A) LAST NAME | (B) FIRST NAME | (C) MI | (D) TITLE | (E) VOCATIONAL DISABILITY RATING |
|---|---|---|---|---|---|
| 78. | | | | PHD ☐ MA ☐ OTHER ☐ | |
| 79. | | | | PHD ☐ MA ☐ OTHER ☐ | |

### EMPLOYER'S VOCATIONAL EXPERT

| | (A) LAST NAME | (B) FIRST NAME | (C) MI | (D) TITLE | (E) VOCATIONAL DISABILITY RATING |
|---|---|---|---|---|---|
| 80. | | | | PHD ☐ MA ☐ OTHER ☐ | |
| 81. | | | | PHD ☐ MA ☐ OTHER ☐ | |

### CHIROPRACTIC/PHYSICAL THERAPY

| 82. CHIROPRACTIC TREATMENT? YES ☐ NO ☒ N/A ☐<br>IF YES, NUMBER OF VISITS? | 83. PHYSICAL THERAPY? YES ☒ NO ☐ N/A ☐<br>IF YES, NUMBER OF VISITS? 6 |
|---|---|

RECEIVED

SEP 2 7 2004

TDOL WORK COMP DIV.

✗ Employee's IME

| STATE FILE # | SOCIAL SECURITY NO. 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 | DATE OF INJURY 03/14/03 |
|---|---|---|

## V. TYPE OF CONCLUSION AND COURT IDENTIFICATION INFORMATION

- [ ] TRIAL (Applicable only when the case has been TRIED by the court.)
- [ ] SETTLEMENT APPROVED BY COURT -COMPLAINT FILED (Applicable only when a lawsuit has been initiated by the filing of a complaint and summons.)
- [ ] COMPLAINT FILED – VOLUNTARY DISMISSAL TAKEN
- [X] SETTLEMENT APPROVED BY COURT - COMPLAINT NOT FILED. (Applicable only when a lawsuit has NOT been initiated by the filing of a complaint – term "joint petition" used to refer to this type of procedure for purposes of this form.)
- [ ] SETTLEMENT APPROVED BY DEPARTMENT OF LABOR & WORKFORCE DEVELOPMENT (Applicable only when the approval is by the Department.)
  - [ ] COMPLAINT NEVER FILED    [ ] COMPLAINT FILED AND DISMISSED

| 84. STYLE OF CASE: Linda Ellison v. Electrolux et. al. | | 85. COURT DOCKET NO: |
|---|---|---|
| 86. COUNTY: Davidson | 87 COURT: Chancery | 88. FULL NAME OF TRIAL JUDGE/CHANCELLOR |
| 89 DATE COMPLAINT FILED: | 90. DATE OF TRIAL: N/A | 91 DATE JOINT PETITION FILED: 8/27/04 |
| 92 DATE OF SETTLEMENT APPROVAL: | 93. NAME OF APPROVING JUDGE/CHANCELLOR | |
| 94. DATE OF SETTLEMENT APPROVAL BY SPECIALIST: | 95. NAME OF SPECIALIST APPROVING SETTLEMENT | |

## VI. BENEFIT REVIEW CONFERENCE

| 96 DATE OF CONFERENCE: | 97 SETTLED? YES [ ] NO [ ] N/A [X] | 98 NAME OF SPECIALIST |
|---|---|---|

## VII. TRIAL RESULTS   N/A

| 99a. PPD% N/A | TO BODY OR SPECIFIC MEMER: | LEFT [ ] RIGHT [ ]; NUMBER OF WEEKS: |
|---|---|---|
| 99b. PPD% N/A | TO BODY OR SPECIFIC MEMER: | LEFT [ ] RIGHT [ ]; NUMBER OF WEEKS |
| 100 PTD? YES [ ] NO [ ] N/A [ ] IF YES, NUMBER OF WEEKS? | | 101. DEATH CLAIM? YES [ ] NO [ ] N/A [ ] |
| 102 JUDGMENT FOR EMPLOYER? YES [ ] NO [ ] N/A [ ], SELECT BASIS: STATUE OF LIMITATIONS [ ]; NOTICE [ ], NOT WORK RELATED [ ]; NO PERMANENCY [ ]; INTOXICATION [ ]; WILLFUL MISCONDUCT [ ]; OTHER, SPECIFY | | |

## VIII. SETTLEMENT TERMS

| 103a PPD% 12% | TO BODY OR SPECIFIC MEMER: upper ext. left | LEFT [X] RIGHT [ ]; NUMBER OF WEEKS: 24 |
|---|---|---|
| 103b PPD% 12% | TO BODY OR SPECIFIC MEMER: upper ext. right | LEFT [ ] RIGHT [X]; NUMBER OF WEEKS: 24 |
| 104 PTD? YES [ ] NO [X] N/A [ ] IF YES, NUMBER OF WEEKS? | 105. DEATH CLAIM? YES [ ] NO [X] N/A [ ] | |
| 106 FUTURE MEDICAL EXPENSE: CLOSED [X]; OPEN FOR LIFE [ ]; OR, OPEN FOR A SPECIFIED PERIOD? [ ] | | |
| 107. WAS MONEY PAID TO CLOSE FUTURE MEDICALS? YES [X] NO [ ] N/A [ ] | 108 DATE MEDICALS WERE OR WILL BE CLOSED: upon approval | |
| 109 IF BODY AS WHOLE, DID EMPLOYEE WAIVE RECONSIDERATION RIGHTS UNDER TCA 50-6-241(a)(2)? YES [ ] NO [ ] N/A [ ] | 110 WAS CASE SETTLED PURSUANT TO TCA 50-6-206(b)? YES [ ] NO [ ] N/A [ ] | |

## IX. SECOND INJURY FUND

| 111 WAS SECOND INJURY FUND A PARTY TO SUIT? YES [ ] NO [ ] N/A [X] | | 112. WAS JUDGMENT ENTERED AGAINST SECOND INJURY FUND? YES [ ] NO [ ] N/A [ ] | |
|---|---|---|---|
| 113. APPORTIONMENT: | (1) EMPLOYER; ____%, #WKS. ____ TOTAL AMT. | (2) SECOND INJ FUND ____%, #WKS. ____ TOTAL AMT | |

RECEIVED
SEP 2 7 2004

TDOL WORK COMP DIV

## X. MONETARY AMOUNTS PAID

page 4 of 4

| TYPE OF BENEFIT | PAID PRIOR TO TRIAL/ SETTLEMENT | PAID PURSUANT TO TRIAL RESULTS | PAID PURSUANT TO SETTLEMENT TERMS | TOTAL PAYMENTS |
| --- | --- | --- | --- | --- |
| 114. TEMP TOTAL DISABILITY | | | | |
| 115. TEMP PARTIAL DISABILITY | | | | |
| 116. PERMANENT PARTIAL DISABILITY | $14,400.00 | | | ✓ |
| 117. PERMANENT TOTAL DISABILITY | | | | |
| 118. DEATH BENEFITS | | | | |
| 119. BURIAL EXPENSES | | | | |
| 120. MEDICAL EXPENSES TOTAL (includes medicine, PT, chiro, hospital, MD/no costs, tests) | $4,751.73 | | | ✓ |
| 121. CASE MANAGEMENT COSTS | | | | |
| 122. DISCRETIONARY COSTS | | | | |
| 123. AMOUNT PAID TO CLOSE FUTURE MEDICAL EXPENSE | | | $1600.00 | ✓ |
| 124. LUMP SUM PAYMENT (not based on specific disability %) DATE LUMP SUM PAID: _____ | | | | |
| 125. TOTALS (ADD TOTALS FROM LINES 114 THRU 124) $20,751.73 | | | | |

126. AMOUNT PAID IN LUMP SUM FROM LINES 114 THRU 119; **$14,400** _____ DATE LUMP SUM PAID **8/27/04** _____
(DO NOT ADD THIS AMOUNT TO TOTAL PAYMENTS   IT IS ALREADY INCLUDED IN THE TOTALS ABOVE.)

## XI. ATTORNEYS FEES

| 127. EMPLOYEE'S ATTORNEY FEE: AMOUNT OF AWARD **$3,200** % OF AWARD **20%** | 128. WAS FEE APPROVED BY COURT ☒ OR TDLWD ☐ |
| --- | --- |
| 129. EMPLOYER'S ATTORNEY FEE (SPECIFY RANGE): UNDER $500 ☒ $501-999 ☐ $1000-1499 ☐ $1500-1999 ☐ $2000-2499 ☐ $2500-2999 ☐ $3000-3999 ☐ $4000-4999 ☐ $5000-5999 ☐ $6000-6999 ☐ $7000-7999 ☐ $8000-8999 ☐ $9000-9999 ☐ OVER $10,000 ☐ | 130. WAS FEE APPROVED BY COURT ☐ OR TDLWD ☐ |

## XII.   CERTIFICATION AND SIGNATURES

*By providing my BPR number and my signature, I hereby certify that I have read the contents of the form and the information provided is true and correct to the best of my knowledge. ATTORNEY MUST PROVIDE BPR#.*

| 131. NAME OF EMPLOYEE'S ATTORNEY: Jeffrey M. Levine   BPR# 15532 | 132. NAME OF EMPLOYER'S ATTORNEY: None   BPR# |
| --- | --- |
| 133. NAME OF EMPLOYEE: Linda Ellison | 134. NAME OF ADJUSTER/CARRIER/EMPLOYER REPRESENTATIVE: Hazel Garr |
| _____ SIGNATURE OF EMPLOYEE   8/27/04 DATE SIGNED | Hazel Garr by Permiss 2/6/04 SIGNATURE OF ADJUSTER/CARRIER/EMPLOYER REP   DATE SIGNED |
| _____ SIGNATURE OF EMPLOYEE'S ATTORNEY   8/26/04 DATE SIGNED | None SIGNATURE OF EMPLOYER'S ATTORNEY   DATE SIGNED |

LB 0904 (rev. 12-01)

RECEIVED

SEP 2 7 2004

TDOL WORK COMP DIV.

Check Image

| Bus. Date | Blk Num | Seq. Num | Check | Acct. Num | Tran Code | Amount | FRB-ABA |
|---|---|---|---|---|---|---|---|
| 02/28/2013 | 2500 | 170160014-00 | 3117 | 7596229132 | 0 | 500.00 - USD | 114000653 |

L Wilson
g Lane
le, TN 37043

**3117**
30-45/1140 NMB
PC 91 503

22 February 2013
Date

LINDA ELLISON                                    $ 500.00

De Hundred Dollars and 00/100                         Dollars

**Over 80 Years of Military Banking**

of America
Bank
000

Morris L Wilson

⑈000653⑈:3117⑈ 7596 229132⑈

170160014 02282013 >291001216< ALTRA FCU BRSB

Linda Ellison

328



Federal Credit Union

FE Journal Voucher                02/08/16 10:10AM      21144   60   18 DMU BR:0098

    237402-88   ELLISON/LINDA F                  EFF DT:02/08/16      383669
r:      -25.00 FROM FREE CHECKING
1B FEES:    .00 BAL:      175.00

                  MS   CHECK COPY RESEARCH      EFF DT:02/08/16      383669
r:      25.00 TO F & T TYPE SUM

***

        LINDA F ELLISON
        149 B DARLING DR.
        CLARKSVILLE TN 37040-3922



**Clarksville Montgomery County SCHOOL SYSTEM**

Jeanine J. Chester
Human Resources Director

621 Gracey Avenue    Clarksville, Tennessee 37040
Office: 931-920-7919    Fax: 931-920-9919    jeanine.chester@cmcss.net

To: Marvin Wilson, Glenellen Elementary

From: Jeanine Chester, Human Resources Department

Date: January 29, 2008

Subject: Letter of Reprimand

On January 18, 2008 a sexual harassment report was completed by 2 employees at Glenellen Elementary. This report described a verbal statement that was made by you to another employee and was submitted to the Human Resources Department for investigation.

On January 23, 2008 the alleged incident was investigated. It has been determined based on the results of your interview and the interviews of others that you did make inappropriate comments to another employee that were sexual in nature.

This letter will serve as a notice of official reprimand. This type of behavior is not permitted at CMCSS. Please understand that if this type of behavior continues, further disciplinary action up to termination of employment could result. Retaliation and/or discussion of this investigation is strictly prohibited and will not be tolerated.

I have enclosed a copy of the administrative policy regarding sexual harassment. Please read this policy and contact my office if you have questions regarding its content. We appreciate the contributions you have made to CMCSS and trust that you will continue to work hard helping our students reach their potential.

Cc: Personnel File
    Paula Ford

 **Clarksville Montgomery County SCHOOL SYSTEM**



Jeanine J. Chester
Human Resources Director

621 Gracey Avenue    Clarksville, Tennessee 37040
Office: 931-920-7919    Fax: 931-920-9919    jeanine.chester@cmcss.net

To: Marvin Wilson, Glenellen Elementary

From: Jeanine Chester, Human Resources Department 

Date: April 11, 2008

Subject: Letter of Concern

On March 31, 2008 a sexual harassment report was completed by a coworker at Glenellen Elementary and submitted to the Human Resources Department. This report described verbal statements that were alleged to have been made by you to another employee.

These allegations were investigated by the Human Resources staff from April 2nd through April 4th, 2008. Based on the results of your interview and the interviews with your co-workers we have determined that there is not a preponderance of evidence that sexual harassment occurred.

Although the evidence does not clearly indicate that sexual harassment did occur, you were previously reprimanded January 2008 for inappropriate sexual comments that were made at the workplace. Due to your previous reprimand we feel that a letter of concern is warranted, and will be placed in your personnel file.

As mentioned in your letter of reprimand dated January 29, 2008, sexual harassment is not tolerated at CMCSS. Please understand that if further complaints are received against you and they are found to be true, disciplinary action up to termination of employment will result. Retaliation and/or discussion of this investigation is strictly prohibited and will not be tolerated.

I have enclosed a copy of the administrative policy regarding sexual harassment. Please read this policy and contact my office if you have questions regarding its content. We appreciate the contributions you have made to Glenellen, and trust you will continue working hard to ensure the children have a safe clean environment.


Cc: Personnel File
    Paula Ford

Clarksville Montgomery County School System
Sexual Harassment Report Form

**General Statement of Policy Prohibiting Sexual Harassment**

The Clarksville Montgomery County School System maintains a firm policy prohibiting all forms of discrimination based on sex. Sexual harassment against students or employees is sex discrimination. All persons are to be treated with respect and dignity. Sexual advances or other forms of personal harassment by any person, male or female, which create an intimidating, hostile or offensive environment will not be tolerated under any circumstances.

**Complainant**

✓Employee __Student  Name _Jamie Hayes_

Home Address ▓▓▓▓▓▓▓▓▓▓ _Clarksville, TN 37042_

Work/School Address _Central Office_

Phone: Home ▓▓▓▓▓▓ Work/School _249-9779_

**Alleged Harasser**

✓Employee __Student  Name _Marvin Wilson_

Home Address ▓▓▓▓▓▓▓▓▓▓ _Clarksville, TN 37043_

Work/School Address _East Montgomery Elem_

Phone: Home_____ Work/School_____

**Date/Location of Alleged Incident(s)**

_Reported to HR 9/11/13 — Issues approx 3 wks prior to current_

**Witnesses Who Were Present**

_David Holman and Leighton Brown received initial report from Ms Hayes 9/11/13_

**Description of the Incident(s)**

Describe the incident(s) as clearly as possible, including such things as amount of force, if any, that was used; verbal statements, if e.g., threats, requests, demands, etc.; type, if any, physical contact; what you did to avoid the situation; etc. (Attach additional sheet(s) if necessary.)

_Comments following gift of fruit. Mr Wilson stated that he thought she at fault sweet if he ate her too (had the fruit) occurred in computer lab. Employee doesn't feel threatened_

**Acknowledgment**

This complaint is filed base on my honest belief that_____ has sexually harassed me. I hereby certify that the information I have provided in this complaint is true, correct and complete to the best of my knowledge and belief.

_Complainant did not want to file complaint. Investigation, etc. taken by HR_

_____          _____
Complainant Signature                              Date

**Complaint Received by**

_____          _9/18/13_
Signature                                                   Date



Rockville
Montgomery County
SCHOOL
SYSTEMS

## Report of Investigation of Sexual Harassment Complaint by Employee

**Complainant**

Name _Jamie Hayes_____ Age____ Sex _F_ Home Phone ████████

School _Technology_____ Grade_____ Special Education Yes_____ No_____

Prior Sexual Harassment Complaints Yes__ No__ How Many_____ if yes, list prior complaints on separate sheet.

---

**Alleged Offender**

Name _Marvin Wilson_____ Age____ Sex____ Home Phone_____

School _BMES_____ Grade_____ Special Education Yes_____ No_____

Prior Sexual Harassment Offenses Yes____ No____ How Many_____ If yes, list prior offenses on separate sheet

Does your Investigation support the allegation against this employee? Yes____ No _✓_
Provide a brief statement of the findings that led you to this conclusion.

_Employee did not have a negative intentions and was not malicious. Very apologetic and understood how compliments could have been misinterpreted._

---

**Action as a result of this Investigation on** _9-17-13_
                                              Date

_Summary of Conference._

---

**Official(s) conducting Investigation** **Date** _9-17-13_

Name _Cydney Miller_ Title/Dept. _HR Director_

Name _____ Title/Dept. _____

---

*Provide a narrative summary of your Investigation. Attach copies of any relevant documents, e.g. statements of persons contacted. Forward completed report to the Director of Human Resources. Maintain a copy of the report for your records.*

September 17, 2013

Marvin Wilson
3173 Stag Lane
Clarksville, TN 37043

Dear Mr. Wilson,

This is a summary of conference to document the discussion we had on Tuesday September 17, 2013. You and I met in Yvonne Hackney's office to discuss issues with some comments you made that had been brought to the attention of the Human Resource Department. In this meeting, we discussed the following specific items:

- Compliments that could be perceived as inappropriate
- Creating an environment where other employees do not feel threatened but do feel uncomfortable with some of the compliments or jokes that could be perceived as sexual in nature.

In your position as a Custodian at East Montgomery Elementary School, you are required to maintain a positive working relationship with colleagues that includes appropriate comments and conversations. You demonstrated a clear understanding of the inappropriateness of your comments and agreed that you will refrain from any such comments in the future.

It is our belief that we will not encounter any similar issues in the future. If we do, we will address these situations with the appropriate disciplinary action.

Sincerely,

Cydney Miller
Human Resource Director

_____          _____
I acknowledge receipt of this letter                              Date

CC: Investigation File
     Yvonne Hackney, Principal EMES

# Cydney Miller

**From:**    Cydney Miller
**Sent:**    Wednesday; September 18, 2013 11:29 AM
**To:**    Jamie Hayes; 'David E. Holman (david.holman@cmcss.net)'; Leighton Brown
**Subject:**    Follow Up EMES Investigation

All,

I spoke to Jamie on the phone yesterday but wanted to follow up via email so that the team had a basic summary of the investigation. I met with the Principal and other employee involved in the situation Ms. Hayes informed us about. I feel that at this time the intent was not malicious and that he clearly understands how very inappropriate the comments were. We went through some coaching recommendations regarding how to maintain a positive, comfortable working relationship with co-workers. Although I cannot guarantee that nothing else will occur, I can assure you that the employee knows that his comments were not appropriate and cannot continue. Both the Supervisor in the building is there to support Ms. Hayes (as am I) if anything else happens. We both agree that our instincts are correct in that there shouldn't be any additional issues. If there are, please notify me immediately.

Thank you,
Cydney

*Cydney Miller*, SPHR
**Human Resources Director**
Clarksville-Montgomery County Schools
621 Gracey Avenue
Clarksville, TN 37040
Phone: 931 920 7941  Fax: 931 920 9941
cydney.miller @cmcss.net

1

 

ADMINISTRATIVE POLICY

The online version of this policy is official. Therefore, all printed versions of this document are unofficial copies.

## SEXUAL HARASSMENT

It is the policy of Clarksville-Montgomery County School System (District) to maintain a learning and working environment that is free from sexual harassment. The District prohibits any and all forms of sexual harassment which is a form of sexual discrimination in violation of Title VII of the Civil Rights Act of 1964 and Title IX of the Education Amendments of 1972. The District does not tolerate sexual harassment, including sexual violence or misconduct.

It shall be a violation of District policy for any student or employee of this District to harass through conduct of a sexual nature as defined by this policy a student, employee, or third-party vendor/contractor/volunteer. It shall also be a violation of District policy for any District employee to tolerate sexual harassment as defined by this policy by a student, employee, third-party vendor/contractor, or third-party volunteer assisting, observing or otherwise engaging in sanctioned District activities subject to the control and supervision of the District.

The District will act promptly to investigate all complaints of sexual harassment as defined herein, whether formal or informal, verbal or written; to promptly take appropriate action to protect individuals who may have been sexually harassed; and if it determines that unlawful sexual harassment occurred, to promptly and appropriately discipline any student or employee who is found to have violated this policy and/or take other appropriate action reasonably calculated to end the sexual harassment. (Ref. HUM-P019 and HUM-P029)

For purposes of this policy, sexual harassment is unwelcome and unsolicited conduct of a sexual nature. It includes sexual advances, requests for sexual favors, sexually motivated physical conduct, and other verbal, nonverbal or physical conduct or communication of a sexual nature occurring on school property or at a school-sponsored event when:

    a. Submission to such conduct or communication is made a term or condition, either explicitly or implicitly, of obtaining or retaining employment or of obtaining an education, i.e., participating in a school program or activity; or

    b. Submission to or rejection of that conduct or communication by a student or employee is used as a factor or the student or employee is led to believe that it will be a factor in decision(s) affecting that individual's employment or education;

    c. <u>For a student:</u> The conduct or communication is so severe, pervasive, or objectively offensive that it is sufficiently serious to interfere with, limit, or deprive access to a student's ability to participate in or benefit from the educational opportunities provided by the District.

      <u>For an employee/third-party individual:</u> The conduct or communication is so severe, persistent or pervasive that it has the purpose or effect of substantially or unreasonably interfering with an employee's employment or creates an intimidating, threatening, hostile, or offensive employment environment.

Included in the above definition of sexual harassment is sexual violence. Sexual violence refers to physical sexual acts perpetrated against a person's will or where a person is incapable of giving consent, e.g. due to the person's age or intellectual or other disability prevents the student from having the capacity to give consent. Examples of sexual violence include rape, sexual assault, sexual battery, sexual abuse, and sexual coercion.

Case 3:17-cv-00729   Document 1   Filed 04/20/17   Page 41 of 103 PageID #: 41


Also included in the above definition of sexual harassment is student to student sexual misconduct which refers to the unwanted intentional touching of the genitals or intimate parts, including the breasts, genital area, groin, inner thighs, and buttocks, or the clothing covering them. (Ref. HUM-P028)

Examples of conduct which may constitute sexual harassment include:
   a. sexual advances;
   b. unwelcome intentional touching, patting, grabbing or pinching another person's intimate parts, whether that person is of the same sex or the opposite sex;
   c. coercing, forcing or attempting to coerce or force the touching of anyone's intimate parts
   d. coercing, forcing or attempting to coerce or force sexual intercourse or a sexual act on another;
   e. sexual gestures;
   f. sexual or dirty jokes;
   g. unwelcome sexually motivated or inappropriate touching; or

Unwelcome sexual behavior or words, including demands for sexual favors when accompanied by an implied or overt threat concerning any individual's employment or educational status or implied or overt promises of preferential treatment with regard to an individual's employment or educational status.

This policy will be reviewed and approved by legal counsel every two (2) years or upon any changes to the policy content. Approval signatures kept on file.

| | |
|---|---|
| Implementing Procedures: | HUM-P019 Reporting Allegations of Sexual Harassment<br>HUM-P028 Student to Student Sexual Misconduct Middle and High School Students<br>HUM-P029 Reporting Allegations of Sexual Harassment of Student |
| Associated Documents: | HUM-F036 Sexual Harassment Report Form<br>HUM-F037 Investigative Report Regarding Sexual Harassment Complaint by Student<br>HUM-F038 Report of Investigation of Sexual Harassment Complaint by Employee<br>HUM-F076 Report of Middle or High School Student to Student Sexual Misconduct<br>HUM-M001 Employee Handbook<br>Title VII of the Civil Rights Act of 1964<br>STS-M001 Student Code of Conduct<br>Title VII of the Civil Rights Act of 1964<br>Title IX of the Education Amendments of 1972 |

**Revision History:**

| Date: | Rev. | Description of Revision: |
|---|---|---|
| 10/28/05 | | Initial Release |
| 8/27/12 | A | Add statement "This policy will be reviewed and approved by legal counsel every two (2) years or upon any changes to the policy content. Approval signatures kept on file." |

Case 3:17-cv-00729   Document 1   Filed 04/20/17   Page 42 of 103 PageID #: 42

 

| 11/4/13 | B | Added Implementing Procedure: HUM-P028 Student to Student Sexual Misconduct Middle and High School Students and Associated Document: HUM-F076 Report of Middle or High School Student-to-Student Sexual Misconduct; Updated logo and format |
| 5/4/2015 | C | Several revisions made to content by legal counsel. Added Implementing Procedure: HUM-P029 Reporting Allegations of Sexual Harassment of Student and Associate Documents: HUM-F037 Investigative Report Regarding Sexual Complaint by Student, STS-M001 Student Code of Conduct. Added annotation Title IX of the Education Amendments of 1972. |

***End of Policy***

Case 3:17-cv-00729   Document 1   Filed 04/20/17   Page 43 of 103 PageID #: 43




## REPORTING ALLEGATIONS OF SEXUAL HARASSMENT
## PROCEDURE (HUM-P019)
### Clarksville-Montgomery County School System

**1.0 SCOPE:**

    1.1 This procedure outlines the process for Clarksville-Montgomery County School System (CMCSS) employees to report any suspicions/allegations of sexual harassment perpetrated on any student, employee or third party individual in a school setting by a student, employee or third party individual in a school setting.

**2.0 RESPONSIBILITY:**

    2.1 All CMCSS Employees

The online version of this policy is official. Therefore, all printed versions of this document are unofficial copies.

**3.0 APPROVAL AUTHORITY:**

    3.1 Chief Human Resources Officer

    3.2 Legal Counsel- This procedure will be reviewed and approved by legal counsel every two (2) years or upon any changes to the procedure content. Approval signatures kept on file.

**4.0 DEFINITIONS:**

    4.1 Sexual Harassment is defined as unwelcome or unwanted sexual advances, requests for sexual favors, sexually motivated physical conduct or other physical, verbal or visual conduct or communication of a sexual nature, occurring on school property or at a school-sponsored event when:

        4.1.1 Submission to or rejection of that conduct or communication by an individual is made a term or condition of or is used as a factor indecisions related to, either explicitly or implicitly, obtaining or retaining employment, or obtaining an education; or

        4.1.2 That conduct of communication has the purpose or effect of substantially or unreasonably interfering with an individual's employment or education, or creating an intimidating, hostile, or offensive employment or education environment.

**5.0 PROCEDURE:**

    5.1 Any person who believes he or she has been the victim of sexual harassment by a school employee, student or a third party in the school environment, or any person with knowledge or belief of conduct which may constitute sexual harassment should report the alleged acts immediately to either the School Building Administrator (Principal) or the Human Rights Officer. The Director of Schools has designated the Chief Human Resources Officer as the District's Human Rights Officer to receive reports or complaints of sexual harassment from any individual, employee or victim of sexual harassment and also from Principals. If the alleged harassment is against the Principal, the report should be made to the Chief Human Resources Officer. If the alleged harassment is against the Chief Human Resources Officer, the report should be made to the Director of Schools.

    5.2 The Principal is responsible for receiving oral or written reports of sexual harassment at the building level. All forms related to the reporting and investigations of Sexual Harassment are available from the building principal or at http://www.cmcss.net master document list.

---

Case 3:17-cv-00729   Document 1   Filed 04/20/17   Page 44 of 103 PageID #: 44

 

The Defining Difference

## REPORTING ALLEGATIONS OF SEXUAL HARASSMENT
## PROCEDURE (HUM-P019)
### Clarksville-Montgomery County School System

5.3 It is recommended that individuals filing a complaint of alleged sexual harassment complete HUM-F036, *Sexual Harassment Report Form*. If the complainant does not complete this form, the Principal is encouraged to complete the form based on available information. Upon receipt of an oral or written report, the Principal will initiate an inquiry into the allegation to determine his or her next steps.

    5.3.1 If the allegation is student to student sexual misconduct (the unwanted intentional touching of the genitals or intimate parts, including the breasts, genital area, groin, inner thighs, and buttocks, or the clothing covering them, of the student) at a middle school or high school the SRO should be contacted immediately to investigate the accusations. (See HUM-P028 Allegations of Student to Student Sexual Misconduct Middle and High School Students). If the allegation is student to student sexual misconduct at the elementary level report to DCS and contact Human Resources for further guidance. If the allegation is student to student sexual harassment (as defined herein) and does not include and potential conduct as defined by sexual misconduct (as defined herein) the Principal should conduct the investigation, documenting the investigation using HUM-F076, Report of Middle or High School Student-to-Student Sexual Misconduct, and determine if any CMCSS policy or rule has been violated be a student, and if so, administer the appropriate student discipline. He or she should then notify the Chief Human Resources Officer of the results of the investigation.

    5.3.2 If the allegation involves either a district employee or a third party individual in a school setting (i.e. volunteer, vendor, etc.) the Building Principal must immediately notify the Human Rights Officer who will appoint an investigating official to conduct the investigation. The official conducting the investigation will complete HUM-F038, *Report of Investigation of Sexual Harassment Complaint by Employee* or HUM-F037, *Report of Investigation of Sexual Harassment Complaint by Student* as appropriate and provide it to the Human Rights Officer within 10 working days of the initial allegation.

    5.3.3 Failure to forward any sexual harassment report or complaints as provided herein may result in disciplinary action. Such report will not be made to the Director or Human Rights Officer if he or she is the subject of the investigation.

5.4 In determining whether alleged conduct constitutes sexual harassment, the investigating official should consider the surround circumstances, the nature of the sexual advances, relationships between the parties involved and the context in which the alleged incidents occurred. The investigation should consist of personal interviews with the complainant, the individual(s) against who the complaint is filed, and others who may have knowledge of the alleged incident(s) or circumstances giving rise to the complaint. The investigation may also consist of any other methods and documents deemed pertinent by the investigation official.

5.5 The schools system will respect the confidentiality of the complainant and the individuals against who the complaint is filed as much as possible consistent with the district's legal obligations and the necessity to investigate allegations of harassment and take disciplinary action when the conduct has occurred. In addition, the district may take immediate steps, at its discretion, to protect the complainant, students, and employees pending completion of an investigation of alleged sexual harassment.

Case 3:17-cv-00729   Document 1   Filed 04/20/17   Page 45 of 103 PageID #: 45

 
5.6 Submission of a good faith complaint or report of sexual harassment will not affect the individual's further employment, grades or work assignments.

5.7 The District will discipline any individual who retaliates against any person who reports alleged sexual harassment or who retaliates against any person who testifies, assists or participates in an investigation, proceeding, or hearing relating to a sexual harassment complaint. Retaliation includes, but is not limited to, intimation, reprisal or harassment. Accusations of sexual harassment can have a serious detrimental effect on innocent parties and may result in appropriate disciplinary action against individuals who, in bad faith or with negative motive, makes a complaint of sexual harassment which is found to be false.

5.8 The district recognizes that not every advance or consent of a sexual nature constitutes sexual harassment. Whether a particular action or incident is a personal, social relationship without a discriminatory effect requires a determination based on all the facts and surrounding circumstances.

## 6.0 ASSOCIATED DOCUMENTS:

6.1 HUM-A047 Sexual Harassment

6.2 HUM-F036 Sexual Harassment Report Form

6.3 HUM-F037 Report of Investigation of Sexual Harassment Complaint by Student

6.4 HUM-F038 Report of Sexual Harassment Complaint by Employee

6.5 HUM-P028 Allegations of Student to Student Sexual Misconduct Middle and High School Students

6.6 HUM-F076 Report of Middle or High School Student-to-Student Sexual Misconduct

6.7 HUM-M001 Employee Handbook

6.8 Title VII of the Civil Rights Act of 1964

## 7.0 RECORD RETENTION TABLE:

| Identification | Storage | Retention | Disposition | Protection |
|---|---|---|---|---|
| Sexual Harassment Report Forms | On Site or Human Resources As Appropriate | Five Years | Shred | Locked offices/building in secured file/office |
| Sexual Harassment Investigation Reports | On Site or Human Resources As Appropriate | Two school years | Shred | Locked offices/building in secured file/office |

## 8.0 REVISION HISTORY:

Case 3:17-cv-00729   Document 1   Filed 04/20/17   Page 46 of 103 PageID #: 46




The Defining Difference

## REPORTING ALLEGATIONS OF SEXUAL HARASSMENT
## PROCEDURE (HUM-P019)

Clarksville-Montgomery County School System

| Date: | Rev. | Description of Revision: |
|---|---|---|
| 07/21/08 | | Initial Release |
| 8/27/12 | A | Added approval authority "This procedure will be reviewed and approved by legal counsel every two (2) years or upon any changes to the procedure content. Approval signatures kept on file." |
| 10/9/13 | B | Added information concerning student to student misconduct, HUM-P028 Allegations of Student to Student Sexual Misconduct and HUM-F076 Report of Middle or High School Student-to-Student Sexual Misconduct |

\*\*\* E n d   o f   P r o c e d u r e \*\*\*

Case 3:17-cv-00729   Document 1   Filed 04/20/17   Page 47 of 103 PageID #: 47



621 Gracey Avenue
Clarksville, Tennessee 37040

# Employee Handbook

## APPROVED BY:

_____

### Dr. B.J. Worthington
Director of Schools

_____

### Jeanine Johnson
Chief Human Resources Officer

*(APPROVAL SIGNATURES ON FILE)*

DIRECTOR'S WELCOME LETTER.................................................................................................5
PURPOSE OF THIS HANDBOOK .............................................................................................6
   Effective Date ......................................................................................................................6
   Employee Responsibilities...................................................................................................6
   Contents and Revisions.......................................................................................................6
EQUAL EMPLOYMENT OPPORTUNITY .................................................................................6
   Non-Discrimination Statement ...........................................................................................6
   Equal Opportunity Employer...............................................................................................7
EMPLOYMENT CLASSIFICATIONS .......................................................................................7
   Non-Exempt (hourly)...........................................................................................................7
   Exempt (salaried).................................................................................................................7
   Full-time Employees............................................................................................................7
   Part-time Employees............................................................................................................7
   Temporary Employees.........................................................................................................8
   Variable Hours Employees ..................................................................................................8
   Substitute Teachers.............................................................................................................8
NEW EMPLOYEE INFORMATION ...........................................................................................8
   Review Period for Classified Personnel ..............................................................................8
   Performance Evaluation during Review Period....................................................................8
   Status after Completion of the Review Period.....................................................................8
   New Employee Pay Period ..................................................................................................9
   Eligibility for Benefits..........................................................................................................9
   Background Investigations ...................................................................................................9
   Health Certification ..............................................................................................................9
   ID Badge..............................................................................................................................9
GENERAL EMPLOYMENT .....................................................................................................10
   Recruitment for Vacant Classified Positions .....................................................................10
TRANSFERS WITHIN THE SCHOOL SYSTEM.....................................................................10
   Classified Transfer.............................................................................................................10
   Certified Transfer ..............................................................................................................10
   Voluntary Resignation .......................................................................................................11
   Certified Voluntary Resignation ........................................................................................11
EMPLOYEE RECORDS ..........................................................................................................11
   Personnel File ...................................................................................................................11
   Changes in Personal Information.......................................................................................12
EMPLOYEE CONDUCT ..........................................................................................................12
   Ethics at CMCSS ..............................................................................................................12
   Reporting Arrests...............................................................................................................13
   Job Duties and Work Assignments....................................................................................13
   Work Hours ........................................................................................................................13
   Disability Accommodation .................................................................................................13
   Confidentiality....................................................................................................................13
   Employment Verifications and References ........................................................................14
   Outside Employment .........................................................................................................14
   Media Relations.................................................................................................................14
   Solicitation.........................................................................................................................14
COMPENSATION ....................................................................................................................15
   Pay Periods .......................................................................................................................15
   Direct Deposit....................................................................................................................15
   Correction of Payroll Errors ..............................................................................................15
   Payroll Deductions and W-2s ............................................................................................16
   Garnishment of Wages .....................................................................................................16
   Timesheets and Absence Reporting..................................................................................16
   Reporting Absences for Certified Employees ...................................................................16
   Pay Increases ...................................................................................................................17
   Compensation for Unscheduled Hours .............................................................................17
   Overtime Pay.....................................................................................................................17

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

Compensatory Time ...................................................................................................................17
Call Back Time ...........................................................................................................................17
Performance Appraisals for Classified Employees .....................................................................17
Purpose .......................................................................................................................................17
Certified Evaluation Process .......................................................................................................18
Step Increase Policy ...................................................................................................................18
Determination of Prior Service Credit .........................................................................................18
Standard Promotional Increases .................................................................................................19
DISCLOSURE OF MEDICAL INFORMATION ...............................................................................19
Legal Obligations ........................................................................................................................19
Use and Disclosure of Medical Information .................................................................................19
To Request Information or File a Complaint ................................................................................20
EMPLOYEE BENEFITS ................................................................................................................20
Clarksville-Montgomery County Employees Insurance Trust Fund .............................................20
Social Security (FICA) .................................................................................................................20
Insurance Benefits ......................................................................................................................20
Health Insurance .........................................................................................................................21
Prescription Drugs ......................................................................................................................21
Dental Insurance ........................................................................................................................22
COBRA ........................................................................................................................................22
COBRA Qualifying Events ...........................................................................................................22
Employee Responsibilities under COBRA ...................................................................................23
Continuation of Benefits under COBRA .......................................................................................23
Payment of Premiums under COBRA ..........................................................................................23
125-K Pre-Tax Plan .....................................................................................................................23
Vision Service Plan .....................................................................................................................23
Long-Term Disability Insurance (LTD) .........................................................................................23
Life Insurance .............................................................................................................................24
Supplemental Life Insurance ......................................................................................................24
Sick Leave ..................................................................................................................................24
Restitution of Sick Leave Upon Reinstatement of Employment ..................................................25
Sick Leave Bank .........................................................................................................................25
Vacation ......................................................................................................................................26
Vacation Accumulation for Classified Personnel .........................................................................26
Days earned ...............................................................................................................................26
Holidays ......................................................................................................................................27
Personal Leave ...........................................................................................................................27
Retirement ..................................................................................................................................28
403B (Tax Sheltered Annuities) ..................................................................................................28
LEAVES OF ABSENCE .................................................................................................................29
Family and Medical Leave Act (FMLA) ........................................................................................29
Types of Absences Covered Under FMLA - .................................................................................29
Eligibility for FMLA ......................................................................................................................30
Length of FMLA Leave ................................................................................................................30
Calculating FMLA .......................................................................................................................30
Intermittent FMLA Leave .............................................................................................................30
12-Week FMLA Period Defined ...................................................................................................30
Sick Leave and Vacation While on FMLA Leave .........................................................................30
Benefits Continuation while on FMLA Leave ...............................................................................31
FMLA Leave Request ..................................................................................................................31
Return to Work ............................................................................................................................31
Leave for Advanced Educational Study .......................................................................................32
Maternity Leave Of Absence .......................................................................................................32
Military Training or Service Leave ...............................................................................................33
Other Leaves of Absence (Ref. HUM-A033) ...............................................................................33
Legally Required Leave Of Absence ...........................................................................................34
Absences Due To Inclement Weather And Other Emergencies ...................................................34

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

WORKPLACE ENVIRONMENT ....................................................................................................35
   Discrimination ..............................................................................................................................35
   Harassment of, or by Employees, Students, Contractors, and Vendors .......................................35
   Alcohol and Illegal Drugs ............................................................................................................36
   Smoking, Tobacco Products, and/or Electronic Cigarettes ..........................................................36
   Use of Prescription Medications while Working ..........................................................................36
   Compliance with the Drug-Free Workplace Act ..........................................................................37
   Alcohol or Drug Testing ..............................................................................................................37
   Violence or Other Inappropriate Behavior ..................................................................................37
   Driving in the Course of Work .....................................................................................................37
   Emergency Evacuation ................................................................................................................37
   Personal On-site Visits ................................................................................................................38
   District Tools and Equipment ......................................................................................................38
   Personal Use of District Supplies and Equipment .......................................................................38
   Housekeeping ..............................................................................................................................38
   Parking ........................................................................................................................................38
DEPARTMENT OF CHILDREN'S SERVICES RESPONSIBILITIES ..........................................39
   Reporting Suspected Child Abuse ...............................................................................................39
   Accommodating DCS Investigations ...........................................................................................39
GRIEVANCE PROCEDURES ......................................................................................................39
   Employee Grievance ....................................................................................................................39
TECHNOLOGY ACCEPTABLE USE ...........................................................................................40
   Expressly Prohibited Uses ...........................................................................................................41
   Internet Connectivity ...................................................................................................................41
   Network Security .........................................................................................................................41
   Viruses and Virus Protection ......................................................................................................41
   Server Software ...........................................................................................................................41
   Prohibited Equipment and Network Activities and Uses ..............................................................42
   Cell Phones ..................................................................................................................................42
   Workstation/Computer Use ..........................................................................................................43
   Management Access to Employee Files, Computers, and Work Areas .........................................43
   Other Communication Vehicles ...................................................................................................43
   Personal Telephone Calls ............................................................................................................43
   Voicemail ....................................................................................................................................43
   Mail .............................................................................................................................................44
   Personal Use of Petty Cash ..........................................................................................................44
ON-THE-JOB INJURY (OJI) PROGRAM ....................................................................................44
EXPENSE REPORTS ...................................................................................................................44
   Travel and Business Expenses .....................................................................................................44
   Out of County Travel ...................................................................................................................44
   Inside Montgomery County Travel ...............................................................................................45
EMPLOYEE HANDBOOK RECEIPT AND ACKNOWLEDGMENT ............................................45

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

3/17 Case 3:17-cv-00729 Document 1 Filed 04/20/17 Page 51 of 103 PageID #: 51 45

# DIRECTOR'S WELCOME LETTER

Dear Clarksville-Montgomery County School System Employee:

Welcome to the Clarksville-Montgomery County System. As your Director of Schools, I am extremely proud of the accomplishments of the students and staff of our district and excited to represent this great school community. Our vision is a simple, yet a difficult one- all students graduating college or career ready. Each year, we graduate approximately 2,000 bright and talented students. Their successes can be attributed to many factors, but I firmly believe that each employee in this district contributes to the growth of our students. That belief is demonstrated in the commitment that all employees demonstrate in their daily actions. That commitment looks different to each one of us because we all have our unique roles, but each of those roles is important. The academic data shows it, but we also impact the emotional and social development of our students. From a student's standpoint, there are additional aspects, other than the academic ones, throughout our district that are made possible by each and every one of our employees.

Our students will only be successful if we set high expectations and hold strongly to the conviction that they can achieve those expectations. I challenge every CMCSS employee to do your absolute best in whatever capacity you work and to continue to seek ways to improve your skills. This district offers you opportunities to grow and enhance our professional skills throughout the year and your progress only improves the learning environment for our students. Our work translates into the economic growth and vitality of our community, as our stakeholders expect us to provide high quality graduates who possess the skills that make them immediately post-secondary and workforce ready.

Since you have joined our team, you know CMCSS has high expectations and we are focused on the academic and social emotional growth of our students. It takes each of us working in earnest every day in our individual roles to create and maintain a school district that will continue to a make CMCSS the best school district in the state of Tennessee.

All the best,

*B.J. Worthington*

B.J. Worthington
Clarksville-Montgomery County
Director of Schools

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

# PURPOSE OF THIS HANDBOOK

## Purpose

This handbook is designed to acquaint employees with the Clarksville Montgomery County School System (CMCSS) and provide information about working conditions, employee benefits, policies and procedures, and practices affecting employment with the district. It describes many employee responsibilities and district practices and outlines programs developed for the benefit of employees.

This handbook is not intended as an employment contract (express or implied) and accordingly should not be considered as such. Nothing in this handbook should be relied upon as a guarantee for certain privileges, working conditions, or continued employment.

Employees should address questions pertaining to personnel policies and procedures to their immediate supervisor. Additional information on referenced procedures and forms can be obtained from the CMCSS website (http://www.cmcss.net/) or the Human Resources Office.

## Effective Date

This handbook supersedes all prior Employee Handbooks (which should be discarded), verbal communications, and staff meeting minutes and/or management memos, which may have been previously issued on subjects addressed in this handbook.

## Employee Responsibilities

Employees are expected to read, understand, and comply with the guidelines set forth in this handbook.

## Contents and Revisions

No employee handbook can anticipate every circumstance or question. Accordingly, CMCSS may need to change the practices and guidelines described in this handbook. Revisions may include changing, rescinding, or adding to any procedures, benefits, or practices described in this handbook. The on-line version of the CMCSS Employee Handbook is the official version; therefore, all printed versions of this document are unofficial copies.

# EQUAL EMPLOYMENT OPPORTUNITY

## Non-Discrimination Statement

*It is the policy of the Clarksville-Montgomery County School System not to discriminate against any student, employee, or applicant on the basis of sex, marital status, race, color, creed, national origin, religion, age, genetic information, sexual orientation, disability condition, or veteran status. The district will ensure that no student be excluded from participating in or having access to any course offerings, student athletics, counseling services, employment assistance, extracurricular activities, or other school resources which is based on unlawful discrimination. CMCSS will take all necessary steps to ensure that each employee's work environment is free of unlawful discrimination. No office, administrator or employee of CMCSS, including any persons representing CMCSS, shall intimidate, threaten, harass, coerce, discriminate against, or commit*

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

*or seek reprisal against anyone who participates in any aspect of the discrimination complaint process associated with this policy (Ref. HUM-P010).*

## Equal Opportunity Employer

The Clarksville-Montgomery County School System is an Equal Opportunity Employer (EOE). Accordingly, CMCSS promotes equal opportunity in the areas of employment, training, development, transfer, and promotion. Employment practices are without regard to race, color, religion, creed, sex, age, disability or medical condition, national origin, and veteran status, and all other categories protected by federal, state, and local anti-discrimination laws.

Additionally, in keeping with the spirit of the Americans with Disabilities Act, the district will make appropriate accommodations for employees with qualified disabilities or religious needs whenever possible as long as the accommodation does not cause CMCSS or other employees undue hardship.

# EMPLOYMENT CLASSIFICATIONS

Positions are classified as either exempt or non-exempt according to criteria set forth in the Federal Fair Labor Standards Act and applicable state laws. A position's status is determined in conformance with these laws based on job duties and responsibilities.

## Non-Exempt (hourly)

Generally, non-exempt employees are employees whose work is routine with set standards and rules. Examples may include, but are not limited to, administrative assistants, custodians, bus drivers, and educational assistants. Non-exempt employees are paid on an hourly basis, including overtime/compensation over forty hours a week at time at time and one-half. Although "non-exempt" is the legal classification, these employees are also referred to as "hourly" or "classified" (Ref. PAY-P001).

## Exempt (salaried)

These are positions with primary duties of an executive, professional or technical nature, which have been specifically identified and placed on an annual salary according to the contractual pay schedule as opposed to an hourly basis (Ref. PAY-P003).

The district further classifies employees as:

## Full-time Employees

Full-time employees are those employees who work a regular schedule of at least 30 hours. These employees are eligible for all benefits offered by the district.

## Part-time Employees

Part-time employees are those employees who work a regular schedule of at least 15 hours but less than 30 hours per week. These employees are eligible for the following benefits:
- All insurance benefits offered by the school district under a cost-share plan based on number of hours worked.
- Vacation and sick leave accrual earned on a *pro rata* basis. Part-time holiday pay will be equal to the number of hours the employee would normally work on the day of the holiday.

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

For example, if an employee works six hours on a Friday, the employee would then be paid six hours holiday pay.

## Temporary Employees
Temporary employees are those employees hired to perform a specific job for a limited period of time. These employees are not eligible for benefits (insurance, paid vacation, sick leave, or holidays). Temporary employees hired from an employment agency or leasing firm are employees of the agency/leasing firm. They are not employees of the school system.

## Variable Hours Employees
Variable hour employees are those employees whose work schedules and total hours will change from week to week (ex: Substitute teachers*). These employees are not eligible for benefits and do not accrue paid time off.

## Substitute Teachers
Please refer to the Substitute Program Team and the Substitute Teacher Handbook for further position specific information and guidance.

# NEW EMPLOYEE INFORMATION

## Review Period for Classified Personnel
The first six (6) months of employment are considered to be an employee's review period. The review period will be used to allow the immediate supervisor time to closely observe and evaluate an employee's performance and to encourage effective adjustment to the job. Only employees who meet acceptable standards of work during the review period will be retained. Review employees must work all days of their calendar during the review period. Time spent on a leave of absence during the review period will not count toward the review period. Employment restrictions during the review period (effective with employee's most recent date of regular hire) are: 1) employees may not transfer to a new position, 2) employees may not take personal leave or vacation (however, personal leave and vacation will accrue), and 3) employees may not take sick leave (however, sick leave will accrue). New employees and employees who have been rehired following a break in service greater than one year are required to complete this review period (Ref. HUM-A060).

## Performance Evaluation during Review Period
The review period is designed to allow employees an opportunity to evaluate the district as an employer and gives the district the opportunity to evaluate the employee's fitness for the district. Supervisors will periodically provide feedback to employees on their performance. Supervisor feedback can range from casual, informal verbal conversations to a formal written performance evaluation. Such feedback is given at the supervisor's discretion. Employees will receive a written performance evaluation at or near the end of the review period (Ref. HUM-A044).

## Status after Completion of the Review Period
Upon successful completion of the review period, employees will be referred to as a "regular" employee. Successful completion generally means that the employee has performed satisfactorily during the review period and received an evaluation with all items marked satisfactory or above.

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

3/17/2016    Case 3:17-cv-00729    Document 1    Filed 04/20/17    Page 55 of 103 PageID #: 545

## New Employee Pay Period

All new classified employees reported to the Payroll Office seven (7) working days prior to the end of the current pay period will be included in that pay period. Otherwise, the employee's pay will be included for that period on the next payday.

## Eligibility for Benefits

Employees are eligible for benefits according to the following schedule:

| BENEFIT | ELIGBILITY DATE |
|---|---|
| Group Health Insurance | 1st day of the month following first month of employment* |
| Life Insurance | 1st Day of the month following 60 days of continuous employment. |

Classified employees will accrue personal leave, vacation and sick leave from their first day of employment. These benefits may not be used during the review period. For further information about benefits eligibility, employees are encouraged to visit the EMPLOYEE BENEFITS Section of this handbook.

## Background Investigations

All new CMCSS employees hired after August 1999 and returning employees must have a background investigation conducted, which includes being fingerprinted. The cost of the investigation will be borne by the applicant and deducted in equal amounts from the employee's first two paychecks (Ref. HUM-A004). Failure to complete within HR designated timeframe could result in disciplinary actions.

## Health Certification

Each employee of the CMCSS, prior to entering service, must verify with the completion of the Employee Health Certification (Ref. HUM-F060), that they do not have a contagious or communicable disease in such form as might endanger the health of school children. Employees are required to submit to a physical examination by a physician, if required by CMCSS.

CMCSS commercial drivers who hold a valid Commercial Driver's License (CDL) are required to complete an annual re-certification of the required DOT physical and all commercial drivers who are age 55 years or older are required to complete a re-certification of the required DOT physical every six (6) months using Results of Physical Examination Form (Ref. TRN-A017 and HUM-F043).

Employees working as Pre-K teachers and aides must follow the State Board of Education (Chapter 0520-12-1) physical examination requirements.

## ID Badge

Employees are issued an ID Badge which must be worn at all times while on the job or on any school grounds. Employees must return the badge upon resigning their position or upon

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

termination of employment with the school system. Lost badges are replaced at the expense of the employee.

# GENERAL EMPLOYMENT

## Recruitment for Vacant Classified Positions

It is district practice to first recruit from within the system to fill vacant classified positions; however, the district reserves the right to recruit from outside the system. Employees desiring new opportunities within the school system or who wish to be considered for transfer to a new position should complete or Request for Transfer Classified Personnel (Ref. HUM-F005).

## TRANSFERS WITHIN THE SCHOOL SYSTEM
## (Ref. HUM-A058)

## Classified Transfer

The Director of Schools, when necessary to the efficient operation of the school system, may transfer an employee from one location to another within the school system, or from one type of work to another for which he/she is qualified.

Employees interested in transferring voluntarily to an open and posted position must submit a transfer form to their supervisor. Classified employees must have completed the six (6) month review period. Employee requests for transfer must be justified and serve the mutual best interests of the employee and the school system. Floating custodians may be reassigned to a permanent site if requested by the building principal. Some transfers may require testing, with the employee scoring a passing score.

Classified employee transfer requests will be accepted for any open classified position. Current classified employees who qualify for the open position, to include any applicable OPAC testing requirements, and submit requests to Human Resources prior to posted closing date, will be interviewed before outside applicants. Principals and supervisors have the option to interview internal candidates received after the closing date. Date of closing will be determined by Human Resources in conjunction with the principal or supervisor of the open position but will not exceed ten (10) business days. Principals and supervisors are to attempt to complete internal interviews within five (5) days of the closing date.

Employees who are to be transferred are notified in writing. If a transfer request is approved, transfer arrangements will be coordinated by the appropriate school/department and made at a time and in a manner that will minimize work interruptions in the affected schools/departments.

Employee demotions occur when an employee is reassigned or voluntarily requests a transfer to a position in a lower Pay Grade. If an employee was promoted and subsequently returned to the original (lower) job, his/her pay rate is adjusted to the pay rate that would apply if the promotion had not occurred. The employee's pay rate normally would be reduced to be consistent with the rates of pay of other incumbents in the new job who possess similar skills and tenure.

## Certified Transfer

Certified employee requests for voluntary transfers are considered only for positions to be filled effective the opening day of the upcoming school year. Administrative Transfers made at the

The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.

discretion of the Director of Schools will occur if the transfer is in the best interest of the school system.

Certified Employees interested in transferring the following school year to a new school or position for which they qualify shall submit an electronic transfer request. The deadline for submission is May 1st. Exceptions to the deadline will be noted on the CMCSS website.

Principals will receive submitted transfer requests electronically. A request for transfer does not guarantee that a transfer will be honored. Principals will select which employees to interview and will notify the employees directly.

Principals will notify Human Resources of accepted transfer requests by June 15th . The effective date of accepted transfers will be the first day of the new school year.

## Voluntary Resignation
Classified personnel will submit voluntary resignation form to their immediate supervisor in advance of the effective date of the resignation (Ref. HUM-F030). The immediate supervisor will forward a copy of the resignation to the Human Resources Department the day the form is received. In the event that an employee voluntarily leaves CMCSS employment and fails to submit this form upon departure, the immediate supervisor may terminate the employee on the basis of failure to report to the workstation.

Terminated Employees must return all system property including, but not limited to: keys, uniforms, equipment, software, ID badge, etc., to the appropriate department prior to the last day of employment under the Employee Out-processing Procedure (Ref. PA-009). Failure to return or properly account for unreturned items may result in a deduction from employee's final paycheck for the value of unreturned items. Status of items for out-processing employees will be tracked using the CMCSS Employee Out-processing online application.

## Certified Voluntary Resignation
Certified teachers working for CMCSS are subject to the resignation requirements dictated by the State of Tennessee in T.C.A. 49-5-411b. "A teacher shall give the Director of Schools written notice of resignation at least thirty (30) days in advance of the effective date of the resignation." A teacher who breaks a contract with a local board of education without justifiable reason can be subject to the penalties listed within the state statute. Completion and submission of HUM-F030 serves as notice to the Director of Schools. A separate written notice is not required.

## Termination
If the immediate supervisor is of the opinion that an employee should be suspended or dismissed, a recommendation will be made to the Human Resources Department. Classified employees: please refer to HUM-A049.

# EMPLOYEE RECORDS

## Personnel File
The district maintains a personnel file for each employee. Personnel files contain basic personal information (e.g., name, address, phone number) and employment-related information such as

The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.

3/17 HUM-A004 Rev. 21 Page 158 of 45

copies of performance appraisals, etc. The employee's personnel file is the official record of employment with CMCSS.

An employee who wishes to review his or her personnel file must contact a Human Resources Associate to arrange a time to review the file during normal work hours. Employees may request a single copy of any document from the personnel file at no cost. Employees will be charged for additional copies of personnel file documents. Personnel files are the property of the district and, therefore, cannot be removed from the office of the Human Resources Department.

Personnel files for school system employees are public records under the law, and as such, may be reviewed by anyone. By law, the employee's social security number, cell phone number, home phone number, home address, and birth date will be redacted prior to viewing by someone outside the district. In the event access to an active employee's file is requested, the Human Resources Department will attempt to contact the employee prior to access being granted. If this is not possible, the employee will be notified after the file has been accessed.

## Changes in Personal Information

To ensure records are accurate and up-to-date, employees should notify both their Supervisor and the Human Resources Department in writing or through the MUNIS Self Service portal on the CMCSS website (http://mss.cmcss.net/MSS/default.aspx) when changes in personal information occur (Ref. HUM-P004). Employees should make appropriate notification as indicated below:

- Name [Supervisor & Human Resources (Note: New Social Security Card Required Before Name Change Will Take Effect)]
- Address (Supervisor, Human Resources, & MUNIS)
- Telephone number (Supervisor, Human Resources, & MUNIS)
- Marital status or number of dependents (for tax withholding and insurance coverage) or beneficiary for life insurance [Human Resources]
- Changes in Emergency Contact (name, relationship, and daytime phone) [Supervisor]
- Completion of Education/Training (Supervisor & Human Resources)
- When a dependent child reaches age 26 if enrolled in medical, dental or vision plans.

*Please note a copy of the new Social Security Card must be on file in Human Resources before name change will take effect.

## EMPLOYEE CONDUCT

## Ethics at CMCSS

Engaging in unethical conduct may result in disciplinary action (Ref. HUM-A052). "Unethical conduct" includes but is not limited to:

- Immorality.
- Conviction of a felony or a crime involving moral turpitude.
- Dishonesty, unreliability, continued willful failure or refusal to pay one's just and honest debts (three garnishments against an employee's wages relating to more than a single indebtedness shall result in consideration for dismissal).

The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.

3/17/2016 Case 3:17-cv-00729 Document 1 Filed 04/20/17 Page 59 of 103 PageID #: 59 Page 158 of 45

- Disregard of the Tennessee Teacher Code of Ethics by certified employees.
- Theft.
- Falsification of time records.
- Possession and/or consumption of alcohol or drugs or being under the influence thereof while on school system premises. Detection of any amount is in violation and may be subject to termination.
- Possession of dangerous weapons on school premises.
- Unauthorized possession, willful destruction or defacement of school system property or property of any individual in schools, offices, or premises of the school system.
- Use of abusive, threatening, or obscene language.
- Disorderly conduct of any kind in schools, offices, or school system premises.
- Violation of safety, security and/or fire prevention rules.
- Gambling or promoting lotteries, etc., on school system premises.
- Performing personal business during work hours.
- Habitual tardiness, chronic absenteeism, or time away from workstation.
- Insubordination or refusal to follow instructions, policies or to perform designated work.
- Neglecting one's own job, duties, and responsibilities.
- Falsely stating or making claims of injury.

## Reporting Arrests
It is the policy of Clarksville Montgomery County School System (CMCSS) that all employees must report any arrest or criminal citation to their principal, building administrator, or department head. Failure to report any arrest, criminal citation, or change in the status of the case may result in disciplinary action up to and including termination (HUM-P032).

## Job Duties and Work Assignments
To ensure that schools within the district are provided the best possible service, work assignments are based on matching employee qualifications with school and district needs. From time to time it may be necessary to reassign an employee to a different department, work team, or job responsibility. In addition to routine job duties, employees may also be assigned special projects, which may include working at a different location. Teaching assignments are made in accordance with HUM-A015.

## Work Hours
Work hours may differ from school to school, work center locations, and jobs performed.

## Disability Accommodation
Employees who require accommodation for a medical condition or disability should contact their supervisor and the Human Resource Office so that the district can determine whether a reasonable accommodation can be made. Requests for such accommodation will be handled in as timely and confidential manner as possible.

## Confidentiality
An employee's work assignments may involve work of a confidential nature and/or involve contact with confidential student or employee information. Employees may not disclose to outsiders any information that is not in the public domain as referred to in FERPA and HIPPA.

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

3/17 Case 3:17-cv-00729   Document 1   Filed 04/20/17   Page 60 of 103 PageID #: 60   45

## Employment Verifications and References

From time-to-time, employees may need the district to verify employment for loans or to prospective employers. All employment verification/reference requests must be directed to the Human Resources Department. For employment verifications/loans, the district will only release dates of employment, job title, and compensation data unless the employee provides written authorization for the release of additional information. For employment references, the district complies with the provisions of TCA 50-1-105 – Providing Employee Information to Prospective Employers – Good Faith when releasing such information.

## Outside Employment

Employees must notify their supervisor when engaged in employment outside of the district. Failure to report outside employment may result in disciplinary action. The district reserves the right to prohibit outside employment that creates real or potential conflict of interest to the district or its students. If outside employment prohibits effective performance of an employee's district duties or creates an actual or potential conflict of interest, the district may ask the employee to either resign their outside employment or their position with the district. CMCSS assumes no responsibility for any outside employment. On-the-job Injury and other benefits for injuries arising from outside employment will not be provided by CMCSS.

## Media Relations

Because an employee's work may involve confidential/sensitive information, contacts by media representatives will be referred to the Chief Communications Officer. If contacted by the press about work-related matters, employees must refer the media representative to the Chief Communications Officer (Ref. COM-P003).

## Solicitation

CMCSS does not allow the solicitation of employees or students for any purpose during working time. Distribution of literature and notices during work time or on district premises is not allowed (Ref. COM-A001). Any exception to this policy must be approved as specified in COM-A001, Distribution of Information and Material.

Working time includes all time during which an employee is paid to perform duties for the district excluding breaks and meal periods.

Persons who are not employees of the district are not permitted to come upon or remain on the premises for the purpose of selling products or services, making solicitations, posting or distributing cards, literature, notices or other paper.

If an employee must meet with a vendor for personal business, this should be done outside of the district and on the employee's own time (e.g., before or after work or during lunch break). (Ref. HUM-A013)

For privacy, legal and/or security reasons, employees are not allowed to give out other employees' addresses, phone numbers and/or other information about employees or former employees. Requests for such information should be directed to the Human Resources Department.

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

# COMPENSATION

## Pay Periods

Classified employees will be paid on a bi-weekly basis. When a holiday or scheduled vacation day coincides with payday, the payday will be the last working day prior to the payday. All employees within this group will follow the same reporting schedule (Ref. PAY-P001).

Certified employees will be paid on the fifth of each month (exceptions noted on the employee pay schedule) (Ref. PAY-P003). When a holiday, weekend, or scheduled vacation day coincides with the fifth day of the month, the payday will be the last working day prior to the fifth.

Administrative employees will be paid on the last day of each month. When a holiday, weekend, or scheduled vacation day coincides with the last day of the month, the payday will be the last working day prior to the last day of the month.

CMCSS employees with an e-mail address will receive their Direct Deposit Advice as an e-mail attachment. This e-mail will be generated a minimum of two days prior to the payroll check date. The e-mail is password protected and only the employee will have access to their payroll information. This information is also available to employees by using MUNIS self-service.

Employees who do not have a CMCSS e-mail address will need to provide Payroll with an alternate e-mail address in order to receive a printed Direct Deposit Advice as an e-mail attachment.

Effective October 1, 2015 - All paper checks will be delivered to the location where the employee works except Bus Drivers, Bus Aides and Substitutes, which will be mailed to the employee's home address.

A list of paydays will be posted on the CMCSS Homepage at the beginning of each school calendar year. Click the link to CMCSS calendars to access a printable version of the employee's applicable school calendar and pay schedule.

## Direct Deposit

Direct deposit is mandatory for all employees. Employees must provide a form/card from the bank with the necessary banking information or voided check along with the district's required form for direct deposit (Ref. PAY-P005). The form is also available from the web (Ref. PAY-F006). The employee's first check will be a paper check. Employees will receive a Direct Deposit Advice for all subsequent payroll deposits. Employees should contact the Human Resources Department or the Payroll Department for further information.

## Correction of Payroll Errors

Employees are expected to carefully review their payroll information on an on-going basis and to immediately report suspected errors to the Payroll Department. The Payroll Department will pay underpayments resulting from an administrative error either by manual check or adding the difference to the employee's next paycheck. The district reserves the right to make appropriate payroll deductions for repayment of overages in the event it is discovered that an employee has been overpaid. If an employee leaves the district's employ before such overpayment is recouped, the balance due will be deducted from the employee's final paycheck.

The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.

## Payroll Deductions and W-2s

The district is required by law to make certain deductions from employee paychecks each pay period. These deductions include: Federal Income Tax (FIT), Federal Social Security (FICA) and Medicare Tax. The amount of these deductions is summarized on a W-2 Form and provided to all employees no later than January 31st of each year. Employees should report changes of name or address to the Human Resource Department to ensure/maintain accuracy of their W-2 Form. (See EMPLOYEE RECORDS, Changes in Personal Information.)

## Garnishment of Wages

The district complies with court orders received to garnish an employee's wages. Garnishment refers to court ordered wage assignments or slow pays, State or County taxes, educational loans, bankruptcy notices, child support orders and IRS Tax Levies. The employee is sent a garnishment memorandum and a copy of the garnishment along with the start date, if garnishment is a court ordered wage assignment. For an educational loan garnishment, the employee is sent a copy of the order and the start date. Employees receive bankruptcy notices, child support orders and slow pay orders with start dates prior to payroll receiving them (Ref. PAY-P006). If an IRS Tax Levy is received, the employee is contacted to come to the Payroll Office to complete paperwork. If paperwork is not completed, the highest amount allowed by the IRS will be deducted from the employee's wages (Ref. IRS Table Publication 1494). Employees should address questions about such paycheck deductions with the Payroll Department.

## Timesheets and Absence Reporting

All non-exempt classified employees are required to enter hours through the School Employee Information Terminals (SEIT). The time is recorded on an electronic timecard that can be viewed on the SEIT. Completion of time is the responsibility of the employee. The immediate supervisor is responsible for making corrections to the employee's record prior to the end of the pay period. The supervisor's approval of the timecard indicates that the information as submitted is correct.

Non-exempt classified employee timesheets are important. Accurate, timely completion of timesheets is critical to correct payroll processing. In the event an employee cannot complete the timesheet as required, the employee should immediately contact their supervisor. Classified employees are paid the payday after timesheets are due. Employees who fail to have any time on their timecard by the due date will not be paid (Ref. PAY-P001).

Certificated employee absences are noted on a timecard similar to the time log due monthly and maintained by school office personnel (Ref. PAY-P003).

Absences must be approved by the Supervisor and recorded on the timecards.

## Reporting Absences for Certified Employees

Certified employees who require or who do not require a Substitute will record absences in the AESOP system. Please contact the Substitute Program Team for directions or information about reporting through AESOP.

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

## Pay Increases

Wage and salary increases are based on an employee's performance evaluations, how well the employee meets job specific performance standards, the employee's overall contribution to district success, and longevity. Increases are **not guaranteed**. Increase must **be earned** and are granted at the sole discretion of management. Wage and salary increases do not create an implied contract for future employment.

Classified employees please refer to HUM-A046, Employee Compensation Plan.

## Compensation for Unscheduled Hours

At certain times, employees may be required to work more than the scheduled hours for their workweek. When this occurs, hourly employees will be compensated for the unscheduled hours worked. Salaried workers are not compensated for overtime. (Ref. HUM-A057).

## Overtime Pay

- The immediate supervisor must approve hours worked over the scheduled hours and move that time to either overtime or compensatory time on the timecard.
- Whenever possible, compensatory time off should be used in preference to overtime pay.
- Payment for overtime is processed through the payroll office and will be included in the following pay period's check.
- Hours worked over 40 hours in a one-week period will be paid at the overtime rate of time and one-half to include the benefits of Social Security tax, Medicare tax, and matching retirement (if applicable) (Ref. PAY-P007).
- Overtime pay will be calculated at one and one half times an employee's regular hourly rate. An employee's regular hourly rate, if not based on a rate per hour, will be determined by dividing the annual salary by the days employed that school year and then by the regular scheduled hours per day.

## Compensatory Time

- Compensatory time off will be granted for hours worked which are over an employee's normally scheduled hours at a rate of one and one-half times for actual hours worked in excess of 40 hours per week (Ref. PAY-P007).

## Call Back Time

- Call back time is time worked not as an extension of the normal workday but as a return to work at an unscheduled hour or on an unscheduled day. For hours worked as call back time, compensatory time off will be granted at a rate of one and one-half times the additional hours worked in excess of 40 hours per week.

## Performance Appraisals for Classified Employees

## Purpose

To provide employees feedback about their performance, and to facilitate two-way communication, supervisors will provide classified employees with an annual evaluation of their performance. This is done through a formal written performance appraisal (Ref. HUM-A044).

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

During the first year of employment, each employee will be evaluated not sooner than 30 days prior to the end of their review period (6 months). If the employee is deemed to "need improvement", the supervisor may recommend continued employment but withhold the step increase pending re-evaluation in six months. If rated as "unsatisfactory", the employee is recommended for dismissal to the Chief Human Resources Officer. A "satisfactory" evaluation is the basis for continuing employment with an increase to Step 1b.

Regular employees are evaluated at least one time a year (birth month) or more often at the supervisor's discretion. A "satisfactory" evaluation is the basis for continuing employment with a step increase on July 1 after 12 months of employment.

Evaluations will be used to inform employees of their performance as an aid in improving performance and as a basis for continuing employment. To accomplish these objectives, evaluation reports will be discussed with the evaluated employee. Each employee will be given a copy of the evaluation and will sign the supervisor's copy as evidence it has been discussed. Each employee is permitted to write comments on the evaluation prior to its being filed in the employee's personnel folder.

## Certified Evaluation Process

For more information on the Certified Evaluations, please visit http://www.tn.gov/firsttothetop/.
- See also HUM-A036 and HUM-P023.

## Step Increase Policy

The Classified-Compensation Plan provides 19 steps for advancement within each skill level. Employees are advanced with the appropriate skill level based upon years of experience and satisfactory evaluation by the immediate supervisor performance appraisal (Ref. HUM-A046).

Employee advancement is based upon the following:
1. Regular Employees who receive a satisfactory performance evaluation during the year are eligible for a step increase each July 1.
2. Employees are not eligible for a salary increase until the completion of the first six months of employment. Employees who receive a satisfactory performance review at the end of their probationary period are eligible for a salary increase effective on the date six months following the date of employment. The amount of this increase equals one-half step (1%). Subsequently, these employees would be eligible for salary increases July 1 of each year, after completion of at least 9 months of employment. Employees hired at a step beyond step 1 will not receive a step increase at the end of their probationary period.

## Determination of Prior Service Credit

For the purpose of computing salaries of persons employed, transferred or promoted after the adoption of policy HUM-A046, CMCSS recognizes the following experience:

1. Prior experience in the same class title, not to exceed nine (9) years with CMCSS provided the employee left the service of the school system in good standing. Upon hire, the employee will be placed at Step 1, and after the successful completion of the 6 month review period, the employee will be placed at the appropriate step not to exceed Step 9.

The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.

2. Persons who become employed by CMCSS who have previously been assigned to the school system while working under a federal project grant are given prior experience credit not to exceed four (4) years.
3. New hires possessing the minimum knowledge, skills and abilities required by a job are normally hired at Step 1 for the job. If a Supervisor has selected a candidate for a position who has more relevant employment experience, more education, or higher skill level than normally required for the job they may request to the Chief Human Resources Officer (CHRO) (ref. CLS-F019a) that the experience/education be granted as prior experience. Approval from the CHRO must be received before the employee is hired. If this option has been approved, the employee will be placed at requested step not to exceed step 9 at initial hire. The current pay rates, qualifications and skill levels of existing job incumbents are carefully considered before a new employee is given credit for prior experience or education.
4. The Chief Human Resources Officer is the final authority for approving prior service credit verification.

## Standard Promotional Increases

At the time of the promotion, the individual's salary is adjusted to reflect the increased demands and responsibility of the new position. If the employee is promoted to a position that is within the same career track (Ref. HUM-A046), the employee's pay rate will normally be increased to the lowest Step for the new job that is at least 5% greater than the employee's current Pay Step.

# DISCLOSURE OF MEDICAL INFORMATION

Notice of Privacy Practices – This notice describes how employee medical information may be used and disclosed and how employees can access this information.

## Legal Obligations

The Clarksville Montgomery County Employee Insurance Trust (CMCEIT) and the CMCSS is required by law to maintain the privacy of all medical information within its organization, provide this notice of privacy to all members, inform members of the district's legal obligations, and advise members of additional rights concerning employee medical information. CMCEIT and CMCSS must follow the privacy practices contained in this notice from its effective date of April 14, 2003, and continue to do so until this notice is changed or replaced.

CMCEIT & CMCSS reserve the right to change privacy practices and the terms of this notice at any time, provided applicable laws permits the changes. Any changes made in these privacy practices will be effective for all medical information that is maintained including medical information created or received before the changes were made. All members will be notified of any changes by receiving a new notice of privacy practices.

## Use and Disclosure of Medical Information

At the employee's request, the Employee Benefits Office may assist with a claim issue. Through this process, the employee may be required to provide medical information that is located on the explanation of benefits (EOB). An employee's medical information will only be shared with a Blue Cross-Blue Shield (BCBS) of Tennessee Representative so that a claim may be processed in the correct manner.

The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.

The Employee Benefits Office will maintain copies of EOBs submitted by employees for one year; at this point, all EOBs will be destroyed in a manner that will ensure privacy for the individual listed on the EOB.

## To Request Information or File a Complaint

Employees who have questions regarding disclosure of medical information, who would like additional information, or who want to report a problem regarding the handling of their health information should contact the CMCSS Privacy Officer, Jeanine Johnson, at (931) 920-7919.

# EMPLOYEE BENEFITS

## Clarksville-Montgomery County Employees Insurance Trust Fund

The purpose of the Employee Insurance Trust is to establish and maintain quality employee benefits at an affordable price for the employees of CMCSS. The Insurance Trust was founded in August of 1982. It is currently comprised of 16 Members – The trusteeship shall be composed of sixteen (16) members, whose terms of office shall be (two) years and shall be so staggered that the term of with (8) members expires every year. Members may succeed themselves for two consecutive terms and may be reappointed after being off a term. The Director of Schools shall appoint three (3) administrative members to serve as representatives of the Board of Education. These administrative Board representatives shall serve until replaced by the Director. Eight (8) members shall be representatives of the Professional Employees of the Board and shall be selected as outlined in Appendix A of the Trust Agreement. Two (2) members shall represent the Support Staff under a plan adopted by the Support Staff. Two (2) members shall be representatives of the Montgomery County Employees appointed by the County Executive, with the approval of the County Commission. One (1) member as On-Site Medical Administrator.

The district provides a competitive benefits package designed to supplement an employee's salary. From time to time, the district may add or delete benefits from its benefits package. The district reserves the right to make such changes, as well as to change insurance carriers or coverage, and payment of premiums on behalf of employees at its sole discretion. The following is a general overview of benefits currently provided for CMCSS employees. Employees may obtain information about specific benefits from the Benefits Office.

## Social Security (FICA)

Employees are eligible for benefits under Social Security (FICA). To provide these benefits, the district matches employee contributions dollar-for-dollar. Some benefits under Social Security include retirement income, Medicare benefits at age sixty-five, benefits for permanent disability, and dependent survivor benefits.

## Insurance Benefits

The district offers a benefits package designed to protect an employee's (and their families, if dependent coverage is elected) health and welfare. These benefits are intended to assist with the financial impact of health care, catastrophic health conditions, and other catastrophic events that may impact an employee or the employee's family members.

The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.

Available Insurance Coverage:
- Health insurance
- Prescription drug
- Dental insurance
- Vision Service Plan
- Life insurance
- Supplemental Life Insurance
- Short-term Disability (STD)
- Long-term Disability Insurance (LTD)
- Cancer and Intensive Care
- Medical Flexible Spending Account
- Dependent Care Assistant Plan
- Travelers, Auto/Home Insurance

Although the district provides insurance coverage for employees and their dependents, conditions covered, claims processing, and actual benefit payments are between the employee and the insurance carrier. Employees are responsible for submitting claims and directly resolving with the insurance company any problems that may occur with claims processing.

## Health Insurance
CMCSS offers health insurance coverage through Blue Cross-Blue Shield of Tennessee. This coverage is optional. If elected by the employee, the school system will pay a portion of the premium based on number of hours worked per day. Temporary and Variable Hour employees are not eligible for coverage. The Open Enrollment period is August 1st through October 1st.

In the event that a covered individual terminates employment, coverage will terminate at the end of the period for which the employee has already paid.

Major medical forms can be obtained in the CMCSS Benefits Office, by contacting BCBS directly at 1-800-565-9140, or by visiting their website at www.bcbst.com. Most questions can be answered by reviewing the evidence of coverage booklet on the Benefits section of the CMCSS website. (Ref. Blue Cross-Blue Shield (BCBS) Medical)

## Prescription Drugs
Drugs must be prescribed in writing by a licensed healthcare provider, dispensed by a licensed pharmacist and not be available for purchase without a prescription. Selection of generic drugs is always recommended. Pharmacists automatically file prescription drug claims.

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

## Dental Insurance

CMCSS Offers dental insurance coverage through Blue Cross-Blue Shield of TN. This coverage is optional and may be elected without the medical coverage. In the event that a person terminates employment, the coverage will terminate at the end of the period for which he/she has already paid. The Open Enrollment period is August 1st through October 1st.

## On-Site Employee Health and Wellness

The district provides On-Site Healthcare clinics through a partnership with Clarksville-Montgomery County Employee Insurance Trust. On-Site Healthcare's Nurse Practitioners and Physician Assistants provide primary and acute healthcare for district employees, offering high quality medical care and cost-efficient service. CMCSS employees and family members who are part of the Insurance Trust can receive services at no cost. CMCSS employees who are not members of the Insurance Trust can receive services while utilizing payroll deduction for a fee of $40 per visit plus the cost of any necessary lab test, vaccines, and related supplies. Patients who are a no-show for their respective On-Site Healthcare appointment will be assessed a $20 no show fee utilizing payroll deduction. An employee will also be subject to this payroll deduction if any of their listed dependents on our healthcare plan no show for their On-Site Healthcare appointment.

## COBRA

Employees or enrolled dependents no longer eligible for regular coverage under the district's health and dental insurance plans may be eligible for continued coverage by paying the full monthly premium for the coverage plus a 2% administration fee. This is guaranteed under the Consolidated Omnibus Budget Reconciliation Act (COBRA) if:

- The employee was covered under the group plan at the time of a qualifying event (see below for a list of qualifying events);
- The employee is not eligible for Medicare;
- The employee is not eligible for coverage under another employer's group plan; and,
- The employee has not applied to convert their group coverage to an individual health insurance policy.

## COBRA Qualifying Events

Employees have the right to choose continuation coverage (COBRA) if they lose group health insurance because of a reduction of hours in employment or termination of employment. A covered spouse or dependent child has the right to choose continuation coverage (COBRA) if coverage is lost for any of the following reasons:

- Employee's death;
- Termination of employee's employment or reduction in hours of employment;
- Divorce or legal separation;
- Employee becomes eligible for Medicare; or
- Employee's child is no longer considered a "dependent child" under the terms of the districts insurance policy.

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

3/17/2016 Case 3:17-cv-00729 Document 1 Filed 04/20/17 Page 69 of 103 PageID #: 269 45

## Employee Responsibilities under COBRA

Under the law, an employee or the employee's family member has the responsibility of informing the district's Benefits Office within 60 days of a divorce, legal separation, or Social Security disability determination that a qualified beneficiary was disabled at the time of the employee's termination from employment, reduction in hours, or the employee's child(ren) loses eligibility for dependent status.

## Continuation of Benefits under COBRA

Upon electing COBRA, the employee will receive identical coverage provided under the plan to similarly situated employees or family members. The employee's right to continue coverage under COBRA will continue for at least 18 months, and in some situations up to 36 months. The employee will be advised as to the maximum length of time of continued COBRA coverage at the time of COBRA election.

Once COBRA rights have expired, employees are entitled to convert coverage to an individual plan as provided under the insurance policy in effect at the time.

Under COBRA, an employee's continuation of coverage may be cut short for any of the following reasons:
- The district no longer provides group health insurance coverage to its employees;
- The employee does not pay the monthly premium on time;
- The employee or the employee's dependent(s) become covered under another group health plan that does not include a pre-existing conditions clause that applies to the employee or to a covered dependent; or,
- The employee becomes covered under Medicare.

## Payment of Premiums under COBRA

Employees electing to participate in COBRA will make all payments directly to BCBS.

## 125-K Pre-Tax Plan

CMCSS administers this plan, which allows an employee to realize tax savings and an increased take home pay. Premiums for any of the plans are deducted from the employee's pay before income tax is calculated.

## Vision Service Plan

A vision service plan is available to all employees. The plan allows an eye exam and new lenses annually and new frames every two years. The employee pays a co-payment for exam, the lenses and the frames. Single, two party, and family plans are available. The Open Enrollment period is August 1st through October 1st.

## Long-Term Disability Insurance (LTD)

All regular employees are enrolled in Group Long Term Disability coverage. The Board of Education pays for this benefit on behalf of the employee. This plan pays 60% of an employee's monthly earnings, to a maximum benefit of $8,000 monthly. This benefit is payable after 90 days of disability and can pay until age 65.

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

## Life Insurance
CMCSS pays the cost of a $20,000/$40,000 AD&D life insurance policy for full-time employees and a $10,000/$20,000 AD&D for part-time employees, after they have been employed three months. Employees may opt to purchase dependent coverage of $7,500 for a spouse and $3,750 for a dependent child(ren).

## Supplemental Life Insurance
A voluntary term life-style life insurance plan is available with premiums based on the age of participant.

## Sick Leave
The sick leave policy is designed to provide "paid time off" for personal illness or injury, or the illness/injury of an immediate family member, or the death of a member of the immediate family of an employee. This benefit is intended to help employees maintain a stable base pay during short periods of non-occupational illness or injury. It is not an entitlement for extra days off, but rather a benefit to be used only in time of need. Classified employees will accrue sick leave from their first day of employment, but sick leave may not be used during the review period (Ref. HUM-A029). For further information about benefits eligibility, employees are encouraged to contact the Benefit's Office.

Under the sick leave policy, "immediate family" means the employee's:
- Spouse
- Children
- Parents
- Brothers
- Sisters
- Grandparents
- Grandchildren
- In-laws (Father, Mother, Brother, Sister, Son, Daughter)

If an employee is frequently absent, or out for more than three consecutive days, the employee may be required to provide a physician's statement confirming the illness or injury and releasing the employee to return to work. Additionally, these employees may be required to apply for FMLA. You are advised to contact HR.

Sick leave may only be used for the employee's own or an immediate family member's illness or medical/dental/vision appointments. Previously accrued sick leave must be used during the period of physical disability.

For maternity leave, an employee must use any or all of her accumulated sick leave only during the period of physical disability, as determined by a physician's statement confirming the employee's inability to work (Ref. HUM-A031). The employee must provide doctor's verification of physical disability if sick leave is requested beyond six-weeks for regular delivery or eight-weeks for a Cesarean Section.

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

**FULL-TIME EMPLOYEES** earn sick leave at the rate of one (1) day's regular pay for each month employed. A regular day's pay is defined as the pay an individual earns for his normal day's work. **Temporary employees are not eligible for paid sick leave.**

If an employee has no accrued sick leave, personal leave, or comp time, accrued vacation will be used for absences due to illness or injury. In the event the employee has none of the above, the absence will be without pay.

Under no circumstances can sick leave be exchanged for cash or cashed out at the termination of employment. Any employee of the district who has unused accumulated sick leave on their date of retirement may receive one month of retirement credit for each 20 days of unused leave. Sick leave is not recognized for retirement purposes until the member has retired and the CMCSS has certified the sick leave.

Sick leave does not accrue while an employee is on unpaid FMLA or other unpaid leave of absence. Sick leave accrual resumes the first full pay period following return to active employment following such leave.

Using sick leave for reasons other than those outlined under these guidelines can result in disciplinary action. If after receiving sick leave pay, it is found that the absence did not qualify for coverage by sick leave, the district will deduct the erroneously paid sick leave from the next paycheck.

## Restitution of Sick Leave Upon Reinstatement of Employment
Employees who are rehired by the school system may be granted restitution of any sick leave that was terminated at the termination of employment, provided official records reflect such sick leave was terminated.

## Sick Leave Bank
The purpose of the Sick Leave Bank is to provide sick leave to contributors who have suffered from a personal illness, injury, disability or quarantine and whose personal sick leave is exhausted.

Any employee who elects to participate in the Sick Leave Bank will initially have two (2) days of sick leave deducted from his/her personal accumulation and deposited in the Sick Leave Bank by completing and signing the Sick Leave Bank Enrollment Form. The signing of the Enrollment Form by the participant relieves the CMCSS and Trustees from any liability as a result of action taken by the Trustees. There may be future assessments of one or more days if deemed necessary by the Sick Leave Bank Committee of Trustees (Ref. HUM-P011).

Enrollment will be open during the months of August, September and October of any year. Deadline date for enrollment is October 31st.

Donations of sick leave to the Bank are non-refundable and non-transferable except in the event of termination of the Bank. In the event the Bank is terminated, the total days on deposit will be returned proportionately to the then participating members and credited to the employee's personal sick leave accumulation.

The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.

Application forms for the Bank may be obtained at each work location, from the web (Ref. HUM-F020), and from Employee Benefits Office. Employees participating in the Sick Leave Bank agree to abide by the Rules and Regulations established by the Trustees. <u>Classified employees must complete the six-month review period before being eligible for enrollment.</u>

## Vacation
Vacations are intended to provide employees with a reasonable period of time each year to be free of job responsibilities. Requests for vacation are made to the immediate supervisor or building principal.

## Vacation Accumulation for Classified Personnel
Regular full-time personnel who are employed for 12 months (260 days) on a regular basis for more than 30 hours per week and regular part-time personnel who are employed for 12 months on a regular basis for at least 15 hours but not more than 30 hours per week can accumulate vacation days according to the following schedule:

| Years of Employment | Days earned | Maximum Accumulated Days** with CMCSS |
|---|---|---|
| less than 5 years | 1 day per month or a maximum of 10 days per year | 20 |
| 5-10 years | 1 day per month | 24 |
| 10-15 years | 1.25 days per month | 30 |
| 15 or more years*** | 1.50 days per month | 36 |

*Once an employee has completed their 5th, 10th or 15th year based on the anniversary of their hire date, the following month the employee will start accumulating at the new amount.

**Days accumulated represents the maximum accumulation that may be carried forward to a new fiscal year beginning on July 1, 1986. Should the accrual go above the limit during a school year and not be taken prior to the last payroll cycle of June, the days will roll over to sick leave.

***The Director of Schools may award up to 1.5 days per month based on employment experience outside the system to new employees as a recruiting incentive.

Classified personnel who are employed for less than 12 months on a regular basis for at least 15 hours per week will have their earned vacation days scheduled according to the school calendar. **Temporary employees are not eligible for paid vacation.**

Generally, an employee may not take vacation unless it is accrued. On occasion, a special circumstance (*e.g.*, marriage, spouse's vacation time, etc.) may warrant a request to take vacation prior to the accrual of vacation time. Such requests require supervisor's approval. Time off awarded under these circumstances will be without pay.

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

All changes in vacation eligibility, accrual, etc., take place the first full pay period following a change in employment status (*e.g.*, from part-time to full-time status, increased accrual due to achieving certain years of service, etc.).

An employee may elect to use accrued vacation for illnesses and for approved leaves of absence. The employee must submit such request to their supervisor in writing. Vacation is not accrued during disability and other unpaid leaves of absence.

Vacation requests should be submitted as far in advance as possible, preferably not less than 5 days prior to the beginning of the requested vacation period. Because of work requirements (*e.g.*, school commitments), from time to time, it may be necessary to withhold approval of a requested vacation. The district retains the right to decline vacation requests at its sole discretion. However, whenever possible, the district will try to accommodate vacation requests.

When more than one person within a department wants to take vacation at the same time, the employee with the longest continuous employment with the school district will have first choice in scheduling vacation. However, after vacation is scheduled, if the senior employee changes vacation plans, such changes cannot disrupt the already approved plans of another employee (*i.e.*, he or she does not take precedence over another employee who has already scheduled vacation for that period).

The Principal or immediate supervisor will approve or disapprove the request. In the event the request is disapproved, the supervisor will schedule a conference immediately with the employee to advise the employee of the disapproval of requested vacation.

## Holidays

Holidays are indicated on the employee work calendars posted on the CMCSS Homepage at the beginning of each school calendar year. Click the link to CMCSS calendars to access the appropriate version of the employee calendar with holidays annotated.

Employees who are employed less than 15 hours per week and temporary employees are not eligible for paid holidays.

To receive holiday pay, the employee must be at work or on a paid absence the scheduled workday immediately before **and** after the holiday. Employees on unpaid FMLA or other unpaid leave of absence are not eligible for holiday pay.

Time for holidays should be charged to "Holiday" on the timesheet.

Part-time employees will only be paid for holidays that fall on days that they are normally scheduled to work.

## Personal Leave

All regular full-time and part-time employees are granted three personal leave days per fiscal year (Ref. HUM-A037). Classified employees accrue personal leave from the first day of employment; however personal leave may not be used during the review period. For further information about

The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.

benefits eligibility, employees are encouraged to visit the <u>Employee Benefits</u> Section of this handbook.

Personal leave does not accumulate from year to year. Unused days will convert to sick leave. In any fiscal year an employee does not use any personal leave, the employee may opt to convert all three days to sick leave or be paid for one day and convert the remaining two days to sick leave. If an employee uses one or two personal leave days, the remaining day(s) will be rolled into sick leave at the end of the fiscal year. Personal leave may not be used on staff development days.

Ordinarily, personal leave can be taken at the discretion of the employee with there being no requirement for employees to give reasons for their use of personal leave. However, principals and supervisors may recommend disapproval to the Chief Human Resources Officer of requests for personal leave in which more than ten percent (10%) of their staff requests personal leave for the same day or if the request is during a previously established student examination period.

Ordinarily, except in cases of emergency, all employees should give their immediate supervisor or building principal at least one (1) day's advance notice of intent to take personal leave by submitting the appropriate request. In cases where a classified employee requests personal leave that is not of an emergency nature and a replacement or substitute cannot be provided, principals and supervisors may recommend disapproval of the request to the Chief Human Resources Officer. Personal leave taken without prior approval could result in loss of pay, or other employment actions, for time missed.

## Retirement
All regular full-time and part-time employees of the Clarksville-Montgomery County School System must be enrolled in the Tennessee Consolidated Retirement System (TCRS).

Classified employee contributions are paid by the Board of Education as part of the employee's salary and are credited to the member's TCRS account. Employees who made personal contributions to this account prior to July 1992 may withdraw these contributions upon termination of employment. Forms for filing for withdrawal of such funds are available at the Employee Benefits Office. Membership and contributions are not effective until the classified employee has been employed for six (6) months. Employees are eligible to receive credit for review time. Forms are available from the Employee Benefits Office. Most questions can be answered by contacting the Employee Benefits Office or by visiting the TCRS website at http://treasury.tn.gov/tcrs/.

Certified personnel are required by Tennessee State law to participate in TCRS with a 5% pre-taxed contribution deducted each paycheck.

## 403B (Tax Sheltered Annuities)
CMCSS has adopted a 403(b) Retirement Savings Plan to provide employees the opportunity to save for retirement on a tax-advantage basis. The district provides a list of approved financial representatives that participate with this 403b plan. This program allows an employee to have his/her pay reduced by a specified amount before income taxes are calculated. The money is deposited into an annuity or mutual fund that draws interest and is classified as a retirement type fund. Therefore, there is a penalty for withdrawal if done before age 59 1/2. Questions regarding

The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.

403(b) should be addressed to the Employee Benefits Office. (Ref. CMCSS 403(B) RETIREMENT SAVINGS PLAN SUMMARY OF 403(B) PLAN PROVISIONS)

# LEAVES OF ABSENCE

Leaves of absence allow an employee to take time off from work, with or without pay, and are intended to help employees balance work and family responsibilities by allowing time off for reasonable unpaid leave for certain family, education, and medical reasons. A leave of absence must be pre-approved by the employee's Supervisor and the Chief Human Resources Officer.

Positions vacated for up to twelve (12) months by employees on leave are filled with an interim employee for such time as the employee is on leave. Employees returning within the twelve (12) months will retain their original position which will be relinquished by the interim employee. If the leave exceeds twelve (12) months, the employee is placed in the same or a comparable position upon return from leave. Twelve (12) month extensions may be granted for one (1) time only.

A leave of absence does not affect the employee's hire/seniority date but will affect their retirement credit if leave is without pay.

Available Leaves of Absence:
- Family and Medical Leave (FMLA)
- Maternity
- Advanced Educational Study
- Military Training or Service Leave
- Other Leaves of Absence
- Legally Required Leave of Absence
- Absences Due to Inclement Weather and Other Emergencies

## Family and Medical Leave Act (FMLA)

The district complies with the provisions of the federal Family and Medical Leave Act (FMLA) and where applicable, state family and medical leave laws. The following summarizes eligible employee's rights under the FMLA (Ref. HUM-A016). Under the FMLA, employees may take up to 12 weeks within a 12-month period of unpaid leave of absence for qualified reasons.

### Types of Absences Covered Under FMLA -
- The birth of an employee's child,
- Care for an employee's newborn child (birth - 12 months of age),
- Placement of a child with the employee for adoption or foster care,
- Serious health condition of employee's parent, child, or spouse which requires care   provided by the employee,
- Employee's serious health condition causing employee to be unable to perform their job,
- Military Qualifying Exigencies, or
- Medical care for service member.

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

## Eligibility for FMLA
To be eligible for FMLA leave, an employee must have worked for CMCSS for at least one year and must have worked at least 1,250 hours in the year preceding the request for FMLA leave.

## Length of FMLA Leave
Under the FMLA, employees are entitled to leave as long as a physician (or other legally qualified health care provider) certifies that the employee's condition (or the condition of the employee's family member) necessitates the employee's absence up to a maximum total of 12 weeks within a 12-month period. These 12 weeks run concurrently with sick leave, vacation and other paid time off (*e.g.,* short-term disability or OJI) taken while on FMLA. For example, if an employee has 10 days accrued sick leave and 10 days accrued vacation at the time the FMLA leave begins, the first four (4) weeks of the FMLA will be with pay and eight (8) weeks will be without pay for a total FMLA leave of 12 weeks.

FMLA includes a special leave entitlement that permits eligible employees to take up to six months of leave to care for a covered service member or veteran during a single 12-month period on a per-covered service member, per-injury basis, to provide medical care due to a serious injury or illness incurred in the line of duty within five years of serving in the military for which the service member is undergoing medical treatment, recuperation, or therapy; or is in outpatient status; or is on the temporary disability retired list that may render the service member medically unfit to perform his/her duties.

## Calculating FMLA
FMLA Leave is calculated using the 12-month forward measurement.

## Intermittent FMLA Leave
If an employee or an employee's family member's condition requires only periodic treatment (*e.g.,* chemotherapy or dialysis), FMLA leave may be requested on an intermittent basis. Intermittent leave can be taken in hourly increments and counts toward the 12-week allotment in the increments taken (12 weeks = 480 hours, or a prorated portion for part-time employees).

## 12-Week FMLA Period Defined
The 12-week FMLA leave may be taken during a twelve-month period. It may be taken on an intermittent or reduced leave (part-time) basis. If FMLA leave is taken on an intermittent or reduced leave basis, the district may temporarily transfer the employee to an available alternative position that better accommodates recurring periods of leave. If FMLA leave is taken for the birth of a child or placement of a child for adoption or foster care, it must be taken at one time, and it must be concluded within one year of the birth or placement.

Spouses employed by CMCSS are jointly entitled to a combined 12 weeks of family leave for the birth and care of the newborn child, for placement of a child for adoption or foster care, and to care for a parent who has a serious health condition.

## Sick Leave and Vacation While on FMLA Leave
Time off under FMLA is unpaid. If at the time an FMLA leave begins, the employee has accrued vacation, personal leave, sick leave or work compensation time, the employee will be required to use that time while on FMLA leave until earned time/accrued leave is fully exhausted.

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

Accordingly, the paid leave and the FMLA leave will run concurrently. Any remaining FMLA leave after the applicable concurrent leaves have been exhausted will be unpaid. Employees using FMLA for maternity leave purposes may substitute accumulated sick leave during the period of the mother's physical disability during the FMLA absence only as determined by a physician. Sick leave and vacation do not accrue while on FMLA leave. Sick leave and vacation accrual will resume the first full pay period after the employee returns from FMLA Leave.

## Benefits Continuation while on FMLA Leave

While on FMLA leave, an employee's health care benefits continue as if the employee is actively employed. The Board of Education will continue to pay the matched premium of the employee's benefits coverage up to a maximum of 12 weeks.

Payment of insurance premiums must be made by the 10th of each calendar month. Payments not received by the 30th of the month will be considered delinquent. An employee's failure to pay insurance premiums or if the employee's check for payment of insurance premiums is returned for insufficient funds could result in loss of coverage. If an employee does not return to work at the end of the 12-week FMLA period, the employee may continue health care coverage and will be required to cover the full cost of premiums. If an employee fails to return to work for at least 30 days after an FMLA leave, the employee will be billed for health care premiums paid by the system while he or she was on leave.

## FMLA Leave Request

When circumstances warranting FMLA leave are foreseeable, (*e.g.,* for childbirth or elective surgery), employees are required to give at least 30 days written advance notice prior to taking a leave. Unforeseeable circumstances do not require 30 days advance notice. In such cases, the employee must give notice as soon as practicable. Failure to give timely notice may affect the employee being able to take FMLA leave as requested.

Employees must submit completed leave request forms (Ref. HUM-F015 and HUM-F016) as well as the Physician's Certification form to the immediate supervisor for approval. FMLA leave (and 12-week allotment) commences from the first date of absence for the covered situation, regardless of when the employee formally requests FMLA leave.

## Return to Work

Employees are expected to return to work when they or their family member are released by the health care provider. If the FMLA is for the employee's own serious health condition, the employee must provide health care provider certification of his/her fitness to return to work.

If an employee fails to return to work when they or their family member is released by the health care provider, the employee will be considered to have voluntarily resigned from employment.
If an employee returns to work within 12 weeks, the employee will be returned to the same or a substantially similar position. Substantially similar position is defined as a job of similar job duties, job classification, work hours, location or comparable commute, and salary as that which the employee held at the time they went on leave. If the employee is not released to work within 12 weeks, CMCSS has the option to grant an extension upon request based on the needs of the district.

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

## Leave for Advanced Educational Study

CMCSS provides eligible employees the opportunity for a leave of absence for advanced educational study for professional improvement when the employee is 1) Gaining an endorsement in the subject area desired by the district, 2) Renewing certification when other options for doing so have been exhausted, OR 3) Earning a degree which will allow for a qualification in a needed district position (Ref. HUM-A017).

Educational leave requires the approval of the requesting employee's supervisor and the Chief Human Resources Officer. Ordinarily, the leave will be for one school year but may be for a longer period of time upon recommendation of the Chief Human Resources Officer.

Positions vacated for less than twelve (12) months by employees on leave will be filled with an interim employee for such time as the employee is on leave. Employees returning within twelve (12) months will retain their original position which will be relinquished by the interim employee. If the leave exceeds twelve (12) months, the employee will be placed in the same or a comparable position upon return from leave. Twelve (12) month extensions are granted for     one (1) time only.

The district is not obligated to grant the return to the system to persons on leave for advanced educational study if they have failed to:
- Fill the apparent intent for which leave was granted;
- Earn less than nine (9) semester hours for each semester during which leave was granted.

## Maternity Leave Of Absence

Maternity leave for employees is granted upon request to eligible personnel (Ref. HUM-A031). The following conditions must be met for this leave to be approved.

1. The employee must file a written request with the Chief Human Resources Officer at least thirty (30) days prior to the beginning date of the leave. The thirty (30) day notice may be waived or reduced by the Director of Schools or designee upon the employee presenting a certified statement of a physician.
2. The written request will include the type of leave requested, the dates for beginning and ending the leave and a statement of intent to return to the employment of the CMCSS.
3. Positions vacated for up to twelve (12) months by employees on leave will be filled with an interim employee for such time as the employee is on leave. Employees returning within twelve (12) months will retain their original position which will be relinquished by the interim employee. If the leave exceeds twelve (12) months, the employee will be placed in the same or a comparable position upon return from leave. Twelve (12) month extensions are granted for one (1) time only.
4. The employee is required to use any or all of her accumulated sick leave only during the period of her physical disability, as determined by a physician's statement confirming the employee's inability to work. The beginning and ending dates of the leave and the period of the employee's physical disability may or may not coincide.
5. The Chief Human Resources Officer acts upon each request for leave. An applicant is notified in writing of the action and the beginning and ending dates of the leave that is granted.
6. Using the same procedure, the Chief Human Resources Officer considers requests for leave extensions on a case-by-case basis in light of district educational program needs.

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

7. Time spent on leave is not counted for retirement purposes or as years of service in placing the employee on the salary schedule.
8. At any time during the pregnancy, an employee may be required by the Chief Human Resources Officer to submit a statement from a physician certifying to her physical ability to work.
9. Adoption of a child constitutes a valid reason for requesting a leave under the procedures of the Maternity Leave Policy. If FMLA leave is taken for the birth of a child or placement of a child for adoption or foster care, it must be taken at one time and it must be concluded within one year of the birth or placement.
10. The Tennessee Maternity Leave Act also entitles employees who have been employed by the same employer for at least twelve (12) consecutive months as full-time employees, as determined by the employer at the job site or location, may be absent from such employment for a period not to exceed four (4) months for adoption, pregnancy, childbirth and nursing the infant where applicable (such to be hereinafter referred to as "leave"). Regarding adoption, the four-month period begins at the time an employee receives custody of the child. To be eligible for this leave, an employee must have given her/his immediate supervisor and the Chief Human Resources Officer at least three months advance notice of his/her anticipated date of departure, the length of the maternity leave, and his/her intention to return to full-time employment after the maternity leave has ended. Employees who are prevented from giving three months advanced notice because of a medical emergency, or notice of adoption was received less than three months in advance, do not forfeit their rights under the Tennessee Maternity Leave Act.

## Military Training or Service Leave

Employees who are called for duty in the uniformed services (state or federal branch of service) are entitled to twenty (20) days paid leave of absence per calendar year, with copy of official orders, if active duty occurs during the employee's normally scheduled work period. Employees voluntarily joining the uniformed services also may be entitled to leave under applicable federal or state laws. Upon return to school system employment, they are assigned to positions with full privileges and without loss of professional or financial status (Ref. HUM-A024).

## Other Leaves of Absence (Ref. HUM-A033)

If an employee encounters circumstances that are not covered by leaves of absences within the district or if the employee has exhausted all other leaves of absence and needs more time (Ref. HUM-P006), the employee should contact their immediate supervisor to explore the possibility of a leave of absence. Leaves of Absence are only available to employees who have worked the school system for at least one year and are in good standing at the time the leave is requested. For the purposes of leave administration, "good standing" means that the employee has not been formally counseled about performance problems or placed on a performance improvement program for the 12 months prior to the requested leave.

The terms and conditions of Leave of Absence will be determined on a case-by-case basis, and established at the time that the leave is granted. The terms and conditions of a leave of absence will be documented prior to the beginning of the leave. The employee may continue health care coverage but must cover the full cost of premiums while on leave of absence. The school district reserves the right to grant or deny a leave of absence at its sole discretion.

The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.

Positions vacated for less than twelve (12) months by employees on leave will be filled with an interim employee for such time as the employee is on leave. Upon return of said employee within the twelve (12) months, the interim employee will relinquish the position and the employee can return thereto. If the leave exceeds twelve (12) months, the employee is placed in the same or a comparable position upon return from leave.

Under district policy, the following would be considered *invalid* reasons for a leave of absence:

- Leave used for monetary gain or working for an outside source for a fee;
- Recreational, social, and shopping activities;
- Religious activities, other than religious holidays*;
- Inspections, purchase, or sale of personal property;
- Interviewing or applying for other employment.

*CMCSS allows time off to observe religious holidays that are not otherwise noted paid holidays. Employees must notify their supervisors of the intent to take time off to observe a religious holiday. If vacation time or personal leave is available, it will be used for the observance of such holidays; otherwise, time off without pay.

Under district policy, the following would be considered *valid* reasons for a leave of absence:

- Transaction of legal business when it cannot be done at another time outside of the school day;
- Funerals, other than those provided for under sick leave provisions;
- Absence due to damage or serious and immediate threat of damage to the employee's residence resulting from fire, flood, storm or other uncontrollable conditions;
- Unforeseen or inadvertent circumstances beyond the control of the employee, such as weather, traffic delays, or accident, which cause the loss of a workday – provided the employee has taken reasonable action to get to work and to notify the immediate supervisor of emergency conditions; or
- Other reasons considered on a case by case basis and approved by the Director of Schools.

## Legally Required Leave Of Absence

Employees will be granted a leave of absence as required by law for the purpose of fulfilling any legal (*e.g.,* jury duty, appearance as a witness in a legal proceeding, etc.) (Ref. HUM-A006). Employees are required to provide reasonable advance notice of need for such leave and are expected to return to work each day or portion of the day that they are not selected for jury duty or called as a witness. Employees performing district work while serving as a witness will receive regular pay. If court witness is not work-related, the employee must use either personal or annual leave or the leave will be without pay.

## Absences Due To Inclement Weather And Other Emergencies

Unless the Director of Schools announces the Central Office and other departments of the school system are closed, individuals employed on a twelve (12) month basis traveling to and from work in snow, other inclement weather, or other emergencies must make a personal decision as to the safety and feasibility in regard to travel (Ref. HUM-A021).

Employee's absence resulting from the above will be handled in the following manner:

The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.

- Absence is charged against the employee's annual vacation time or personal leave, accrued comp time or as leave without pay.

In the event the Director of Schools announces that the Central Office and other departments will close because of inclement weather or other emergencies, personnel who are required to work are given time off in the future equal to the time worked.

# WORKPLACE ENVIRONMENT

## Discrimination

The district does not discriminate against any student, employee, or applicant on the basis of sex, marital status, race, color, creed, national origin, religion, age, genetic information, sexual orientation, disability condition, or veteran status. CMCSS will ensure that no student will be excluded from participating in or having access to any course offerings, student athletics, counseling services, employment assistance, extracurricular activities, or other school resources based on unlawful discrimination. CMCSS will take all necessary steps to ensure that each employee's work environment is free of unlawful discrimination. No office, administrator, or employee of CMCSS including all persons representing CMCSS, shall intimidate, threaten, harass, coerce, discriminate against, or commit or seek reprisal against anyone who participates in any aspect of the discrimination complaint process associated with this policy (Ref. SLT-A001).

The district has an established process for filing allegations of discrimination on the basis of sex, marital status, race, color, creed, national origin, religion, age, genetic information, sexual orientation, disability condition, or veteran status against the Clarksville-Montgomery County School System or any person or program under its jurisdiction. This procedure provides a systematic, local protocol for the resolution of complaints and does not supersede the complainant's right to file charges directly with the United States Office of Civil Rights (Ref. HUM-P010).

Employees who believe they are a victim of discrimination must **immediately** report their concern to the Chief Human Resource Officer or to their immediate supervisor, even if they have discussed the issue directly with the individual(s) involved. Employees should provide the following information when reporting discrimination.

1) Date(s), time(s), and location(s) of the incident(s) that took place;
2) Description of each incident: *e.g.,* was any physical contact made? what was said and/or done?, etc.;
3) Name(s) of anyone present during each incident; and,
4) Anyone with whom the employee has discussed the incident(s).

All complaints of discrimination will be investigated, and the results of the investigation will be reported to the complaining party. Retaliation and/or discrimination against an employee who complains of or alleges discrimination is strictly prohibited and will not be tolerated.

## Harassment of, or by Employees, Students, Contractors, and Vendors

The law does not permit, nor does the district tolerate harassment of employees by other employees, or by district students, contractors or vendors. Likewise, the district will not tolerate

The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.

harassment of a student, contractor or vendor by any CMCSS employee. Such conduct by an employee may result in corrective action. Harassment includes unwelcome or offensive behavior that may or may not be of a sexual nature. The district's sexual harassment policy specifically addresses forms of sexual discrimination (Ref. HUM-A047).

Employees should be aware that they might be held **personally liable** for monetary damages if they are found guilty of harassment.

The district encourages employees to address harassment directly when they see it occur. Employees who feel they are a victim of harassment or who observe the harassment of another employee, student, contractor or vendor, should immediately tell the person displaying the offensive behavior to stop the behavior. He or she may not be aware that the conduct is unwelcome or offensive. In addition, employees should **immediately** report any incident of harassment they witness to any supervisor, AND to the Title VI Coordinator in the Human Resources Department, even if the employee has already discussed the incident directly with the individual(s) involved.

All complaints of harassment will be investigated, and the results of the investigation will be reported to the complaining party. Retaliation and/or discrimination against an employee who complains of or alleges harassment are strictly prohibited and will not be tolerated.

## Alcohol and Illegal Drugs
State law prohibits the sale, purchase, transfer, or possession of any illegal or non-prescribed controlled drug during work hours or on district property at any time. In addition, the district strictly prohibits any employee from being under the influence of alcohol and/or any illegal drug while on duty or performing work activities. Taking legally prescribed medications or over-the-counter medications is permitted to the extent that use of such medications does not adversely affect job performance or safety.

## Smoking, Tobacco Products, and/or Electronic Cigarettes
By law, all district buildings are smoke-free. Effective August 6, 2007, the district became a "smoke free" organization with smoking prohibited in or on any district-owned properties to include all school campuses, administrative offices, athletic facilities, operations/service complexes, as well as all school district vehicles. Further, in the interest of staff and student health and wellbeing, the district does not permit the use of tobacco products (including smokeless) and/or electronic cigarettes (vapor or e-cigarettes) in or on any district owned properties as listed above (Ref. HUM-A028).

## Use of Prescription Medications while Working
Taking legally prescribed medications or over-the-counter medications is permitted to the extent that use of such medications does not adversely affect job performance or safety. However, employees using prescription or over-the-counter medications who discover that such medication impairs or adversely impacts their ability to work must immediately stop working and report the condition to their immediate supervisor. Working while affected by prescription or over-the-counter medications is dangerous. Employees should consult their personal physician in the event they find themselves impaired or affected by prescription or over-the-counter medications.

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

3/17/2016 Case 3:17-cv-00729 Document 1 Filed 04/20/17 Page 83 of 103 PageID #: 83 Page 36 of 45

## Compliance with the Drug-Free Workplace Act

Any employee convicted of violating a criminal drug statute must notify the Chief Human Resources Officer of the conviction within five days of the conviction. Failure to report the conviction may result in disciplinary action.

## Alcohol or Drug Testing

The district conducts the following drug and alcohol tests (Ref. SAF-A001):

- Pre-employment – conducted before CDL applicants are hired or after an employment offer has been tendered and before actually performing any safety sensitive functions.
- Post-accident – conducted after all commercial vehicle accidents in which the occurrence may be definable as a preventable accident. In non-vehicular employee injury cases (all employee groups); post injury drug and/or alcohol screens may be conducted per the treating physician's determination of reasonable suspicion.
- Reasonable suspicion – conducted on any employee reported to have shown any behavior or appearance that is characteristic of alcohol or drug misuse while on the job and/or on the premises.
- Random – conducted on an unannounced basis on all CDL holders and individuals who drive school system owned vehicles.

Any detectable level of illegal drugs, illegally-used legal drugs, and/or alcohol is considered a positive test. Any refusal to submit to testing is considered a positive test. Any school system employee who tests positive while on the job and/or on the premises, will be subject to appropriate disciplinary action up to and including termination from employment with CMCSS.

## Violence or Other Inappropriate Behavior

Threatening employees, students, visitors, contractors, or vendors, or engaging in threatening or violent behavior in our workplace is a serious matter. Employees engaging in such activities will be subject to appropriate disciplinary action up to and including termination of employment with CMCSS and perhaps legal action from the victim(s) of their conduct.

## Driving in the Course of Work

Where a position requires the driving of a district-owned motor vehicle, employees must possess the appropriate valid driver's license, a good driving record, and be eligible for coverage by the district's insurance company. Employees are expected to drive safely, courteously and wear their seatbelt. Employees who drive their own vehicle as part of their jobs are reimbursed on a mileage basis (ACC-F004). These requirements apply to employees who routinely drive as part of their job. These requirements do not apply to normal commuting to and from work.

Employees who drive their personal vehicle on district business do so at their own risk. The district does not assume liability for injury or theft or damage to an employee's vehicle or personal belongings associated with driving in the course of work.

## Emergency Evacuation

The Worksite Classroom Emergency Procedures Guide is posted in each classroom. Employees must take time to become familiar with this guide.

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

## Personal On-site Visits

Employees' family members and/or friends are not allowed to regularly visit the employee while he or she is on the job. Subject to the approval of an employee's direct supervisor, family members and/or visiting friends may volunteer to assist CMCSS employees with work-related activities with the same rights and responsibilities as other district volunteers (Ref. HUM-A042).

## District Tools and Equipment

When using district tools and equipment, employees are expected to use these items with caution so as not to injure themselves or others. Employees are also expected to operate such items in accordance with the manufacturer's specifications so that the tools and equipment will not be damaged. Employees in doubt as to how properly operate a particular tool or piece of equipment should refer to the manufacturer's User's Manual or ask their supervisor for assistance. Employees should immediately inform their supervisor of any tool or equipment malfunctions.

In some cases, employees may be assigned certain tools or equipment necessary for proper job performance. In such cases, the employee may be asked to sign for receipt of these items. Employees may be held financially responsible for the loss of any tools or equipment they have been issued. Upon termination of employment, employees must return all issued tools and equipment to the district. Failure to do so could result in legal action being taken against the employee or the withholding of the employee's final paycheck.

Employees need to keep up with tools and equipment, especially when taking these from one worksite to another. Employees should return with the same item(s). Tools and equipment may become lost because the employee leaves them behind when moving to another worksite. Employees who damage or lose any tools or equipment should immediately inform their supervisor so appropriate repairs can be made or a replacement can be arranged.

## Personal Use of District Supplies and Equipment

Employees are prohibited from personal use of district supplies and equipment without the express approval of the immediate supervisor. This includes using computer equipment, software, and the district postage meter for personal use. District stationery must not be used for personal correspondence, since any type of communication sent out on CMCSS stationery might be considered an official communication. Violation of these rules may result in disciplinary action.

## Housekeeping

To maintain a safe and healthy work environment, all employees must practice good housekeeping. This means better and more pleasant working conditions, helps reduce accidents, adds to the efficiency of our operations, and contributes to the quality of the district's work and services provided. The appearance of our workplace and our employees is very important to the district's operational effectiveness and efficiency and to conveying the right message to prospective employees and district stakeholders.

## Parking

Employees who park at district facilities do so at their own risk. The district does not assume liability for theft or damage to an employee's vehicle or personal belongings.

The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.

# DEPARTMENT OF CHILDREN'S SERVICES RESPONSIBILITIES

## Reporting Suspected Child Abuse

State law specifies that every citizen has a duty to report suspected child brutality, abuse, neglect, or sexual abuse. In accordance with Tennessee Code TCA 37-1-403(b), the district has developed its own policy and procedures for reporting suspected cases of abuse or neglect (Ref. HUM-A009).

The district requires any employee who suspects abuse that is not severe physical or sexual abuse to report that suspicion directly to the Department of Children's Service (DCS) **AND** to the district's Chief Human Resources Officer/designee. Any employee who suspects severe physical or sexual abuse is required to report such suspicions directly to the district's Chief Human Resources Officer/designee who will notify the appropriate law enforcement agency.

In all cases where the suspected abuser is a CMCSS employee, volunteer, or contracted services provider, or if it is suspected that the abuse occurred on school grounds while the child was under the supervision or care of the school, district employees will report their suspicions directly to the Chief Human Resources Officer/designee who will notify the appropriate law enforcement agency.

## Accommodating DCS Investigations

The Department of Children's Services is charged with investigating cases of suspected child abuse and conducting all related investigations to include child interviews. Except in cases where school employees are suspected of being the perpetrator, the school is regarded as an appropriate neutral setting for conducting such interviews. The school system cooperates fully with DCS in their investigations of alleged child abuse. Principals and Department Heads will accommodate DCS and law enforcement personnel regarding student access, records review and interviewing both students and school personnel (Ref. HUM-A010).

School employees will not notify parent(s) or guardian(s) of visits to the school from DCS personnel or law enforcement personnel related to a DCS action nor will any information regarding DCS inquiries, interviews, or investigations be released to parents or guardians. DCS personnel and/or the Chief Human Resources Officer will make such notifications at the appropriate time and in the detail as determined by appropriate protocols.

# GRIEVANCE PROCEDURES

## Employee Grievance

The district advocates resolving workplace disputes in an informal and efficient manner to assist employees and supervisors/department heads in resolving concerns, complaints, and disputes. Such disputes may be related but not limited to, the following: general work conditions, work schedules, assignments, job duties, relationships with coworkers or supervisors and subordinates, and instances of conduct, actions, or language that is viewed by the employee as harassing, intimidating, discriminatory, or otherwise unwelcome. This grievance policy does not address a certified employee's grievance related to his/her evaluation (HUM-A036). Prior to filing a grievance the employee must have attempted to resolve the matter with the assistance of supervisor and/or department head. Further, any claim by a CMCSS employee that there has been a violation, misinterpretation or misapplication of the terms of employment, or right to fair treatment, or any established policy or practice, or pertinent state and federal law could be eligible for filing a

The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.

grievance. Employees who believe to have a legitimate cause to do so are encouraged to file a grievance. If Human Resources determines the matter should be handled pursuant to another policy or procedure, such will occur. Employees may do so without being denied rights to file concerns with the appropriate state or federal agency (Ref. HUM-P022, and HUM-A051).

# TECHNOLOGY ACCEPTABLE USE

The district has an extensive technology infrastructure, including hardware, software and connectivity equipment for the purpose of improving its educational, administrative and clerical functions (Ref. TCH-A002). The significant ongoing investment in technology is, in part, justified by two promises:
   a. To better prepare students for life and work in a future filled with technology laden changes, and use.
   b. To increase the productivity of current and future staff.


This investment must be protected from potential misuse and deliberate abuse. This section clarifies roles and responsibilities in the use of CMCSS technology, both hardware and software, to preserve the integrity and usability of these resources to benefit and serve all clients. Noncompliance may result in the suspension of privileges, internal investigation, and/or criminal prosecution. CMCSS must be strict in these matters, not only because of the real value of the facilities, but also because CMCSS research, instructional, and operational activities are dependent upon the reliability of the technology systems. These rules apply to all CMCSS computing facilities and equipment with the intent being to raise awareness about what is appropriate, ethical, legal and professional use of a valuable shared resource, not to enumerate all uses that are or are not appropriate.

Acceptable use of CMCSS information technology resources is based on common sense, common decency, and civility applied to the networked computing environment. There is no expectation of privacy by users when using the internet or electronic communications. The district reserves the right to monitor, inspect, copy, review and store (at any time and without any prior notice) all usage of district computers and computer systems. The district may access district-owned or networked computers for maintenance, upgrades, and at any time of suspected abuse of district policy. Appropriate use of these facilities must be consistent with the purpose for which the computer/security accounts (logins) were originally requested and provided.

All employees will comply with all applicable copyright laws in the use of all media and materials and model legal and ethical practices related to technology.

## Personal Use of CMCSS Property
To protect data and software on district computers, employees are prohibited from loading personal software onto district computers without the express permission of the Information Technology Department. District computers and related equipment are for district business only and must not be used for personal business. Employees may not copy district software for personal use.

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

## Expressly Prohibited Uses

Use of CMCSS information technology resources is expressly prohibited for activities which benefit any political, religious, or commercial organization; are illegal, offensive, unethical or are for profit; are authorized attempts to log in as a system administrator; or activities that involve vandalism or that adversely affect the reputation or image of the school system prohibited.

## Internet Connectivity

Internet connectivity is provided to improve educational, administrative and clerical functions and requires responsible and ethical use and is intended for valid and legitimate district-related purposes. Classroom use of the internet is intended for instructional related purposes only.

## Network Security

Network passwords and account information are only given to authorized personnel. Only users with valid CMCSS network accounts are authorized to use the CMCSS network and computer equipment. Employees must only use their assigned network account and should not allow anyone to use their computer while they are logged in. Employees should always log off the network before leaving their work area. The individual assigned the computer/ security account is accountable for any and all transactions entered under that computer/security account login.

For the protection and security of the CMCSS data, all equipment attached to the CMCSS physical network (equipment located at a CMCSS facility either wired or wireless) must be CMCSS property or have received approval from the IT Department management.

Use of software designed to gain passwords or access beyond the rights assigned to a user or computer is strictly prohibited. Use of such programs risk security of the network and is considered "hacking". The intent to control unauthorized access is a violation of State and Federal law. Violators will be prosecuted. Employees who inadvertently discover passwords or any other method used to control unauthorized access must report this to the Chief Technology Officer.

## Viruses and Virus Protection

The IT Department provides virus protection and related software for all workstations and servers. Virus protection and related software will be installed by authorized IT personnel unless otherwise approved by the IT Department.

Employees should not open any e-mail attachments from unknown senders nor should they send anyone an e-mail that may contain a virus. The intentional spreading of messages or files containing damaging or destructive programs or data is against federal law. Violators will be prosecuted. Employees who suspect their computer may contain a virus should contact the IT Department immediately.

There are many virus hoaxes. Never delete system files from a computer to remove a potential virus without first checking with the IT Department to ensure the virus is valid and not a hoax.

## Server Software

Only authorized IT Department personnel may install software to servers. Violations or suspected violations should be reported to the appropriate supervisor and the Chief Technology Officer. If

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

3/17 Case 3:17-cv-00729  Document 1  Filed 04/20/17  Page 88 of 103 PageID #: 88 of 45

incident is in violation of Board or Administrative Policies, the supervisor will take appropriate action. To prevent further inappropriate activity, the user's computer/security account access may be temporarily blocked. Every effort will be made to inform the user prior to this action and to re-establish the connection as soon as deemed appropriate. Any determination of inappropriate use, serious enough to require disconnection, should also be promptly communicated to the user's supervisor.

## Prohibited Equipment and Network Activities and Uses

- Downloading, installation or use of programs that infiltrate computing systems and/or damage software components, including "viruses" and "worms".
- Downloading, installation or use of any program or software without prior written authorization of IT Department management. Automatic updates of existing IT installed software are permitted.
- Intentionally disrupting network traffic, crashing the network, or gaining unauthorized access to the files of another user.
- Use of the network to personally attack, harass, or threaten another person intentionally or recklessly publish false information about another person.
- Use of inappropriate language in any type of communication, including, but not limited to, language that is illegal, vulgar, profane, abusive or threatening.
- Access to the network through false identity including anonymous communication, falsifying, concealing, or misrepresenting user's identity or sharing/loaning network accounts.
- Mass e-mailing of unsolicited and unwanted messages ("spamming"), including text, software, video images, graphics and chain letters.
- Downloading music and sound recording for non-instructional purposes without the permission of supervisory personnel.

## E-mail

The CMCSS e-mail system has been provided for the internal and external communication of employees and board members. Responsible and ethical use of the e-mail system is required. The e-mail system may not be used for personal gain or political or religious views or in any illegal, offensive or unethical manner. Personal e-mails should be limited. All e-mail is the property of CMCSS and, as such, is subject to review at any time by authorized CMCSS personnel. Employees are reminded that e-mail messages do not always remain private. Accordingly, use discretion when using e-mail to communicate sensitive matters.

## Cell Phones

CMCSS employees are not permitted to use cell phones for voice communications, e-mail communications, or text communications while operating a CMCSS motor vehicle. CMCSS employees required to respond to emergencies in various locations, may be authorized usage of a district purchased hands-free device that would allow for essential communication en route to emergency response. This authorization will be approved by the employee's Department Chief and purchased by the CMCSS Technology Department. Usage of personally purchased hands-free devices is unauthorized (Ref. OPS-A006).

In addition, employees must adhere to all local, state or federal rules, regulations, laws or other ordinances regarding the use of cell phones while driving personal vehicles. Employees should

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

check with local authorities if they are unsure whether the use of a cell phone while driving is prohibited in a particular area. It is recommended that employees not use hand held cell phones for business purposes while driving personal vehicles. Employees may use hands-free cell phones to make business calls in accordance with the law.

Additionally, personal telephone calls should be limited both in time and nature so as not to interfere with work responsibilities. If an employee abuses this privilege while using a CMCSS-issued cell phone, the employee will be responsible for reimbursement to the school system.

## Workstation/Computer Use

Employees are prohibited from installing any software on any computer unless authorized in writing by the IT Department management. Illegal download or use of copyrighted software, music, videos, pictures or other files is strictly prohibited.

Employees are prohibited from using any computer for illegal or commercial activity. Any desktop application designed to limit access to students or staff, other than those used by the IT Department for network security purposes, is prohibited.

Changing or tampering with any computer's system configuration is strictly prohibited. Any action which violates Board or Administrative policies, local, state or federal law is prohibited.

Computers found to be tampered with or computers with unapproved software or files will be re-formatted and restored to compliance. All computer equipment loans must comply with the district equipment loan agreement.

## Management Access to Employee Files, Computers, and Work Areas

During the course of conducting normal business, management may from time to time review manual work files or access computers, desks or other storage areas used by employees, with or without the employee's knowledge. Employees are reminded that facsimile transmissions coming into district offices are often accessible to other employees.

## Other Communication Vehicles

The district telephone notification system – Connect Ed – may be used to contact employees with emergency or outreach notifications. Any employee who desires to opt out of the Connect Ed outreach program may do so by contacting his or her immediate supervisor.

## Personal Telephone Calls

Personal telephone calls should be limited both in time and nature so as not to interfere with employee job performance and responsibilities.

## Voicemail

The district has installed a voicemail system for efficiency and to provide better service. From time to time, especially when an employee is on vacation, business trips, or a leave of absence, a supervisor, manager, or another employee may listen to voicemail messages. Employees should not expect messages left on the voicemail system to be totally private.

The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.

## Mail

Employees should not have personal mail sent to their work location.

## Personal Use of Petty Cash

At no time is cash to be "borrowed" from the cash drawer or petty cash fund. To use school system funds for personal use is considered theft. Any employee using district funds for personal use is subject to disciplinary action.

# ON-THE-JOB INJURY (OJI) PROGRAM

The official OJI Program is available at http://www.cmcss.net/iso/masterdocs/OJI-PRO1.pdf. The online version of this document is official. Therefore, all printed copies are unofficial.

# EXPENSE REPORTS

## Travel and Business Expenses

CMCSS Employees who provide their own transportation for traveling in the performance of their duties are reimbursed at the prevailing rate approved by the Chief Financial Officer or designee.

Because the Internal Revenue Service places stringent requirements to substantiate Travel and Business Expenses, all expense reports must thoroughly detail the purpose of the reimbursed expense and the benefit derived from the expense. Reimbursement for travel will be based on the most direct route and economical method possible.

In all cases, there must be advanced approval of the expenditure by the appropriate authority for expenses to be reimbursed.

Employees should direct questions about Travel expenses and expense reporting procedures to their supervisor or the Business Affairs Department located in the Central Office.

## Out of County Travel

When duties require travel out of Montgomery County, employees need to complete an Advance Request for Professional Leave/Out-Of-County Travel, which can be obtained from the Business Office. The employee should submit this form to their supervisor for approval as early as possible but at least seven (7) days in advance of the travel. If registration fees are required, a requisition for payment should be forwarded with the advance request. Employees are not to pay these fees themselves. If air travel is necessary and the employee chooses to have the school system purchase the airline tickets, reservations must be coordinated through the Business Office.

Claims for reimbursement of travel expenses must be submitted on Out-Of-County Travel Claim Form (ACC-F003) which can be obtained from the Business Office. This form must be accompanied by the original white copy of the advance request and any required receipts (see back of advance request). Overnight lodging is not reimbursed for one-day trips. Lodging for trips to Nashville, or other destinations of comparable distance, will be reimbursed beginning with the first day of business activity. In this instance, a copy of the conference agenda is required. Employees should submit the claim for reimbursement to the immediate supervisor no later than five days after return from travel.

**The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.**

## Inside Montgomery County Travel

Employees are entitled for reimbursement at the established rate per mile when providing one's own transportation to perform duties within Montgomery County. Employees should submit claims for in-county reimbursement through the immediate supervisor on a monthly basis (Ref. ACC-P006), using In-County Mileage Reimbursement for Official Travel Form (travel on or after January 1, 2010) Form (Ref. ACC-F004).

In all cases, for expenses to be reimbursed there must be advanced approval of the expenditure by the appropriate authority.

## EMPLOYEE HANDBOOK RECEIPT AND ACKNOWLEDGMENT

*Upon in-processing through Human Resources, all employees will sign an In-processing Acknowledgement Statement acknowledging information on how to access the CMCSS Employee Handbook and agreeing to familiarize him or herself with the contents of the handbook and to observe the guidelines set forth therein. (Ref. CER- F010 and CLS-F025)*

The on-line version of this policy is official. Therefore, all printed versions of this document are unofficial copies.



**Investigative Report Regarding Sexual Harassment Complaint by Employee**

**Complainant**

Name_____    Age_____    Sex_____

Phone (cell or home)_____

Position _____    School or Facility Worksite _____

Prior Sexual Harassment Complaints     Yes___        No___        How Many _____
If yes, list prior complaints on separate sheet.

**Alleged Offender**

Name _____    Age _____    Sex _____

Phone (cell or home) _____

Employee _____ If so, position and worksite_____

Student  _____ If so, grade and school_____

Special Education Yes_____      No_____        Other _____

If Other, describe _____

Prior Sexual Harassment Offenses      Yes___        No ___        How Many _____
If yes, list prior offenses on separate sheet.

**Investigation**

Following CMCSS Procedure HUM-P019, does your investigation support the allegation?

Yes_____ No_____

Following CMCSS Procedure HUM-P019, provide a <u>brief</u> summary of the findings that led you to this conclusion.*



**List all actions taken as a result of this investigation.**

```
```

**Official(s) conducting Investigation**

Date _____

Name _____    Title/Dept. _____

Name _____    Title/Dept. _____

*Provide a narrative summary of your Investigation. If needed, indicate summary is continued on a separate sheet and attach to this form. Attach copies of any relevant documents, e.g. statements of persons contacted. Forward completed report and investigative materials required by HUM-P019 to Chief Human Resources Officer. Maintain a copy of the report for your records.

Summary continued on separate sheet? Yes_____ (If yes, attach to this form)    No_____

# Vacancies

Openings as of 2/16/2016

### Categories  Locations

All Types » School Level - CLAS » Custodian (2 openings)     Search Postings  GO

Academic Coaches and Consulting
Teachers - CERT (1)
Administration - ADMI (1)
Child Nutrition - CLAS (5)
Coaching Positions - COACH (5)
Elementary School - CERT (4)
High School - CERT (7)
Maintenance - CLAS (1)
Middle School - CERT (3)
Miscellaneous - MISC (1)
OnSite Medical Clinic - OMC (5)
School Level - CLAS (14)
Substitute Program - SUB (2)
Transportation - CLAS (3)
ZTestCategory (1)

All Jobs >>

FMLA notice

**Custodian**                                                     JobID: 7792

**Position Type:**                              **Closing Date:**
School Level - CLAS/Custodian                   01/14/2016

**Date Posted:**
1/8/2016

**Location:**
270 Kenwood Middle

**Date Available:**
02/15/2016

**Additional Information:** Show/Hide

**Custodian**                                                     JobID: 7833

**Position Type:**                              **Closing Date:**
School Level - CLAS/Custodian                   02/15/2016

**Date Posted:**
2/9/2016

**Location:**
175 Barkers Mill Elementary

**Date Available:**
02/22/2016

**Additional Information:** Show/Hide

*Custodian positions are open for transfer by Mr. Wilson*

## External Applicants



Start an application for employment

Use passcodes sent to me

Log in >>

## Need Help?

We're here to help! For questions regarding position qualifications or application procedures, please contact Clarksville-Montgomery County School System directly.

For technical questions regarding the AppliTrack system, please contact the AppliTrack help desk using the Request Technical Help link below.

Request Technical Help >>

Powered by AppliTrack ©     Clarksville-Montgomery County School System     621 Gracey Avenue     Clarksville, TN 37040     Admin Login



### CONTRACT OF EMPLOYMENT FOR NON-LICENSED PERSONNEL

Mr. Michael Harris, the Director of Schools for the Clarksville Montgomery County School System, herein known as the "District" does hereby offer a contract of employment in the position of <u>CUSTODIAN 260 DAY</u> to <u>MARVIN L WILSON</u> , subject to the following conditions:

 **1. Duration of the Contract:** Without regard to the date the District and the Employee have entered into this contract, it is understood and agreed that the term of this annual contract shall run from the start of the school year on July 1 through the end of the school year on June 30. This contract shall automatically renew for successive annual terms, unless:

  a. The Director shall notify the Employee at least 15 days prior to the end of the school year that he will not be renewing the Employee's contract;

  b. The District terminates the Employee's contract for cause; or

  c. The position is eliminated due to lack of funding.

 **2. Terms of Employment:** The District will employ the Employee on a full-time/part-time basis according to the calendar developed by the District from year to year. The Employee will be paid wages based on the established classified pay schedule. The Employee agrees to observe such rules and regulations as the District, the Director of Schools, the Human Resources Director, the applicable Department Head or Manager, or the Employee's immediate supervisor may impose upon the terms and conditions of the Employee's employment. Such rules and regulations may relate to, but need not be limited to, the hours of employment, the nature of the work performed, the manner in which work is performed, etc. It is expressly understood and agreed that the Director reserves the right to transfer the Employee from position to position as may be in the best interests of the District; provided, however, that any such transfer shall not result in a reduction of hourly wages or annual salary without first giving the Employee notice and an opportunity to be heard.

 **3. Termination:** The District and the Employee agree that this contract may terminate prior to the end of the contract term under the following conditions:

  a. The Employee may resign his or her employment with the Department of Education upon giving at least two weeks prior notice of his or her intent to resign;

  b. The Director may terminate an Employee's employment for incompetence, inefficiency, insubordination, improper conduct or neglect of duty in accordance with the provisions of Tennessee law; and

  c. The Board of Education may terminate this contract in accordance with Tennessee law if it determines that a reduction in force is in the best interest of the school system.

 **4. Discipline:** The Employee understands and agrees that the Director and the Employee's immediate supervisor have the right to direct and control the Employee's employment with the District. The Employee acknowledges, therefore, that it may be necessary from time to time for the Director or his designee to discipline the Employee. Accordingly, the Employee expressly agrees as follows:

  a. The Director has the authority to suspend this employment contract during such time, as it may be necessary to investigate whether the Director has cause to terminate this contract. It is in the Director's sole discretion to determine whether any such suspension shall be with or without pay.

  b. Assuming that grounds exist to terminate the Employee's employment with the District, it is understood and agreed that the Director has the sole discretion in determining whether to dismiss the Employee or to impose a lesser punishment.

  c. It is further understood by both the District and the Employee that the Employee has a right to notice of the charges against him or her and an opportunity to be heard on these charges prior to the imposition of any discipline.

  d. Notwithstanding any provision of this contract to the contrary, it is understood and agreed that the Director has the authority to transfer the Employee from position to position or to assign additional duties or to alter the job description or to change location of work performed as may, in his sole discretion, be necessary or appropriate.

 **5. Sexual Harassment and Discrimination:** The Employee has read and understood the District's policy prohibiting sexual harassment and discrimination in the workplace. The Employee understands that the District neither tolerates nor condones illegal harassment or discrimination and will investigate and correct any such harassment or discrimination that is brought to its attention. Accordingly, the Employee understands and agrees that it is his or her obligation to bring any knowledge of illegal harassment or discrimination to the prompt attention of the District by notifying the Human Resources Director, the Assistant Director of Human Resources or the applicable Department Head or Manager, in writing, of any reasonable belief that an employee of the District has engaged in any such inappropriate conduct. The Employee understands that the District shall endeavor to protect the confidentiality of any such complaints.

April 30, 2010

Ms. Linda Ellison
East Montgomery Elementary School
230 McAdoo Creek Rd
Clarksville Tn 37043

This is a letter of reprimand concerning your behavior on Thursday, April 29, 2010, at the doorway of Ms. Freeman's class during a meeting. This behavior is considered disorderly conduct on school system premises.

Ms. Linda, we have had several verbal conversations regarding your temper. Your flair of temper appears to get the best of you. You flung the door open and addressed me in a rude disrespectful manner when you exclaimed, "What am I supposed to do with the trash in the cafeteria"? You asked Mrs. Boydston, the administrative assistant, the same question. She asked me and I had given her an answer. I realize you and the other custodians were working on a landscaping project outside just steps away from the cafeteria. As a lead custodian you are to exhibit behavior of decision making, dependability and the ability to schedule work load and materials. You are also required to demonstrate communication skills that demonstrate effectiveness in giving and taking directions and communicating with your immediate staff and others. Flexibility is also an important role in your job description. It is apparent when you are asked to deviate from the usual task that you become highly irritated.

Ms. Ellison, it is imperative that you control your temper and emotional outbursts and disrespectful behavior. The school provides services for employees to receive help for behaviors such as anger management. This is a free service offered and it may help you. This is highly suggested if you feel this may happen again.

If this behavior happens again, I will report your behavior to Mr. Bruce Jobe, Human Resources Director. My request at that time will be to have you suspended for your actions. Let me know if I can assist you in any way.

Please sign upon receipt of this letter.

Educationally,


Yvonne C. Hackney
Principal


Mr. Chris Tabb
Assistant Principal


_____                          _____
Signature                                                          Date

May 20, 2013

Dear Mrs. Ellison,

This is a letter of reprimand. For the good of our school, I feel that it is necessary to bring to your attention the following infractions:

A lack of communication skills was observed when you were asked to clean the area after a school -wide function on Friday, April 29. 2013. Your body language and abrupt tones continued as you made excessive noise cleaning. It was loud enough to disturb my meeting in the adjoining room.

On Thursday, May 2, 2013, we had kindergarten round up, an annual major event. It is very important to maintain an aesthetic pleasing environment at all times. The hedges had not been trimmed, mulch not overturned, grass not trimmed and grass growing between the sidewalks. I have also noticed that you have not been on outside yard duty working with the custodial team.

In addition there have been several incidents that relate directly to important components of your job. These include confrontations with a parent, other staff members, and disrespect towards administrative directives.

Your September 21,2012 evaluation indicated four areas of needs to improve: Customer Relations, Team Work, Availability, and Communication. You will receive a formal evaluation prior to May 22, 2013.

This letter of reprimand will be placed in your personnel file at District Office. Please let me know how I may assist you in this matter.

Respectfully,

*Yvonne C. Hackney*
Yvonne C. Hackney
*Tammy Mason*
Tammy Mason

*Linda Ellison*          Received Date  5-20-13



## Written Comments for Areas Needing Improvement

### Trade Knowledge

Ms. Ellison has knowledge of the job skills but is sporadic in applying her knowledge. Areas are often left undone and some for long periods of time causing build-up of dust, crud, etc. Teachers complain constantly that their classrooms are not adequately cleaned.

### Customer Relations

Ms. Ellison is hot and cold. She is extremely nice at times but reverts to being malcontent.

### Team Work

The fellow custodians under Ms. Linda's lead often feel intimidated due to her being a continual source of disruption and discontent. Teachers fail to report the condition of their classrooms for fear of a flare of temper.

### Availability

Ms. Ellison has been absent for approximately twenty-seven times this school year. Sometimes she is sick and other times provides various excuses that are questionable.

Ms. Ellison is being placed on a plan of action to be followed beginning immediately. She will meet with Ms. Tracy McPherson and Operations Supervisor Shedrick Webster to clarify the plan.

In summary, Ms. Ellison is being extended another chance after the many prior to this change. While I am wholly in favor of helping employees grow and improve in their position, I have exceeded the warnings, letters of concern, and poor evaluations. I think we must identify the time when such counseling has failed and think about other alternatives. It is not fair to other workers who are trying to run a quality service to be hampered by a single malcontent.



# CLARKSVILLE
## MONTGOMERY COUNTY
### SCHOOL SYSTEM

**To:**        Jeanine Chester

**From:**      Yvonne Hackney

**Subject:**   Linda Ellison, Lead Custodian

**Date:**       June 3, 2014

This letter is written to request that some consideration be given to terminating lead custodian Linda Ellison.

Linda has been employed here at East Montgomery for six years. She has been a continual source of disruption and discontent. Several other workers are upset and dislike her rude and aggressive behavior.

In this school year, she has been the central figure in virtually every unpleasant and disruptive situation. She seems unable to get along with the other workers – so it is not a case of bad feelings between her and only one or two others.

Ms. Ellison has failed to be a positive role model as lead custodian. She does not know how to show respect for the men under her lead. She does not give her classrooms adequate attention. Teachers complain constantly about the classroom not being adequately cleaned, and she is consistently absent.

The following describes the two most recent occurrences that solidify my findings. On Monday, June 2, 2014, Ms. Ellison came to my office to report one of the custodians had moved a desk from one classroom based upon a teacher's permission. She appeared upset that this incident occurred without her knowledge. I told her to have him return the desk to the original room where it was inventoried. She sighed as if reluctant to do so. I reminded her that she was the lead and had the authority to nicely make the request. The receiving teacher arrived at my door and began to say, "Ms. Linda, you approved it down there. Then you left after you had given

East Montgomery Elementary School
Principal: Yvonne Hackney • 230 McAdoo Creek Road • Clarksville, TN 37043
(931) 358-2868 • www.cmcss.net/go/EMES

approval to me and the custodian, Mr. Marvin." She tried to interrupt the teacher but then left the room.

On Monday night, June 2, 2014, custodian Maurice Dowlen called to ask for another sick day. He was out on Monday due to his father's illness. He and his father live together. His father had a fall from his bed over the weekend with an extensive amount of bleeding and was kept in the hospital overnight. He needed one more day to be his caregiver.

He reported that Ms. Linda called him and said he needed to get back to work because he was messing up the team. She continued by saying, "Mr. Webster says you need to be at work because you are messing up the team." He said that he did not want to mess up the team, but he had to take care of his daddy those two days only. His sisters would be sharing the duties. He wondered if he should return because she was upset with him and did not sound nice over the phone. Mr. Dowlen is diligent and shares fifty percent of the outstanding work with Mr. Marvin Wilson.

While I am wholly in favor of helping employees grow and improve in their positions, I have exceeded the warnings, letters of concern and conferences.

I think we must identify the time when such counseling has failed and think about other alternatives. It is not fair to other workers, who are trying to run a quality service, to be hampered by a single malcontent.

Do you agree that termination is the appropriate action?

Respectfully yours,

*Yvonne Hackney*

Yvonne Hackney
Principal
East Montgomery Elementary

Attachment:

It is my deepest regret to have this observation overdue, but I do not have an excuse. Ms. Ellison has been a challenge and a bone of contention.

I have made Mrs. McPherson and Ms. Webster aware of this situation. Mr. Webster suggested that I follow this procedure, and Mrs. McPherson will meet weekly to ensure the plan of action is in place. It will be pleasing to have another set of eyes view these situation.

**UNITED STATES POSTAL SERVICE**

**PRIORITY MAIL**
POSTAGE REQUIRED

*PRESS FIRMLY TO SEAL*

P

**US POSTAGE PAID**
**$6.65**

*Retail*

Origin: 37040
Destination: 37203
1 Lb 3.80 Oz
Apr 18, 17
478950044-14

1006

**PRIORITY MAIL ®1-Day**

Expected Delivery Day: 04/19/2017

**USPS TRACKING NUMBER**

9505 5158 5407 7108 0984 25

C032

LABEL MAY BE REQUIRED.

P S 0 0 0 0 1 0 0 0 0 1 4

EP14F July 2013
OD: 12.5 x 9.5

RECEIVED
IN CLERK'S OFFICE

APR 2 0 2017

U.S. DISTRICT COURT
MID. DIST. TENN.

FROM: Linda F. Ellison
149 Darlene Dr. Apt B
Clarksville, Tn. 37042

TO:
Court Clerk
Middle District Court
801 Broadway, Rm. 800
Nashville, Tn. 37203

**VISIT US AT USPS.COM®**
ORDER FREE SUPPLIES ONLINE

**UNITED STATES POSTAL SERVICE®**

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.