IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| LINDA F. ELLISON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 3:17-cv-00729 |
| ) | Judge Aleta A. Trauger |
| CLARKSVILLE MONTGOMERY ) | |
| COUNTY SCHOOL SYSTEM, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Before the court are *pro se* plaintiff Linda Ellison's Objections (Doc. No. 71) to the magistrate judge's Report and Recommendation ("R&R") (Doc. No. 70), which recommends that the defendant's Motion for Summary Judgment (Doc. No. 53) be granted, the plaintiff's Motion for Judgment on the Pleadings (Doc. No. 60) be denied, and this case be dismissed.

For the reasons explained in the accompanying Memorandum, the plaintiff's Objections are **OVERRULED**. The court accepts the R&R in its entirety and hereby **GRANTS** the defendant's Motion for Summary Judgment and **DENIES** the plaintiff's Motion for Judgment on the Pleadings. This case is **DISMISSED** with prejudice.

This is the final order in this case for purposes of Fed. R. Civ. P. 58.

It is so **ORDERED**.

ENTER this 22nd day of January 2019.

_____
ALETA A. TRAUGER
United States District Judge